# EXHIBIT C

US009078488B1

(12) **United States Patent**
Meir et al.

(10) **Patent No.:** **US 9,078,488 B1**
(45) **Date of Patent:** **Jul. 14, 2015**

(54) **ARTICLE OF FOOTWEAR INCORPORATING A LENTICULAR KNIT STRUCTURE**

(71) Applicant: **NIKE, Inc.**, Beaverton, OR (US)

(72) Inventors: **Adrian Meir**, Portland, OR (US);
**Daniel A. Podhajny**, Beaverton, OR (US)

(73) Assignee: **NIKE, Inc.**, Beaverton, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/535,448**

(22) Filed: **Nov. 7, 2014**

**Related U.S. Application Data**

(60) Provisional application No. 62/057,264, filed on Sep. 30, 2014, provisional application No. 62/057,293, filed on Sep. 30, 2014.

(51) **Int. Cl.**
| | |
|---|---|
| *A43B 1/04* | (2006.01) |
| *A43B 23/02* | (2006.01) |
| *D04B 1/14* | (2006.01) |
| *D04B 1/22* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *A43B 1/04* (2013.01); *A43B 23/0205* (2013.01); *D04B 1/14* (2013.01); *D04B 1/22* (2013.01); *D10B 2401/20* (2013.01); *D10B 2501/043* (2013.01)

(58) **Field of Classification Search**
CPC ...... A43B 1/00; A43B 1/0027; A43B 1/0081; A43B 1/02; A43B 1/04; A43B 23/0205
USPC ...................................................... 36/9 R, 45
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 601,192 | A | 3/1898 | Woodside |
| 1,215,198 | A | 2/1917 | Rothstein |
| 1,597,934 | A | 8/1926 | Stimpson |
| 1,888,172 | A | 11/1932 | Joha |
| 1,902,780 | A | 3/1933 | Holden et al. |
| 1,910,251 | A | 5/1933 | Joha |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 870963 C | 3/1953 |
| DE | 1084173 | 6/1960 |

(Continued)

OTHER PUBLICATIONS

Declaration of Dr. Edward C. Frederick from the US Patent and Trademark Office Inter Partes Review of US Patent No. 7,347,011 (178 pp).

(Continued)

*Primary Examiner* — Marie Bays
(74) *Attorney, Agent, or Firm* — Plumsea Law Group, LLC

(57) **ABSTRACT**

An article of footwear including an upper incorporating a knitted component having color-shifting properties is provided. Color-shift properties can be generated by one or more lenticular knit structures disposed across the upper of the article of footwear. The lenticular knit structures are formed of unitary knit construction with the remaining portions of the knitted component. The lenticular knit structures have portions formed with different yarns. The different yarns on the portions of the lenticular knit structures generate a visual effect that changes the color of the article of footwear depending on the viewing angle.

**20 Claims, 22 Drawing Sheets**



# US 9,078,488 B1

Page 2

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,001,293 A | | 5/1935 | Wilson |
| 2,047,724 A | | 7/1936 | Zuckerman |
| 2,147,197 A | | 2/1939 | Glidden |
| 2,314,098 A | | 3/1943 | McDonald |
| 2,330,199 A | | 9/1943 | Basch |
| 2,343,390 A | | 3/1944 | Ushakoff |
| 2,400,692 A | | 5/1946 | Herbert |
| 2,440,393 A | | 4/1948 | Clark |
| 2,569,764 A | | 10/1951 | Jonas |
| 2,586,045 A | | 2/1952 | Hoza |
| 2,608,078 A | | 8/1952 | Anderson |
| 2,641,004 A | | 6/1953 | Whiting et al. |
| 2,675,631 A | | 4/1954 | Doughty |
| 2,994,322 A | | 8/1961 | Cullen et al. |
| 3,015,170 A | * | 1/1962 | Kramer ........................... 36/9 R |
| 3,016,631 A | * | 1/1962 | Servin ............................ 36/3 R |
| 3,583,081 A | | 6/1971 | Hayashi |
| 3,694,940 A | | 10/1972 | Stohr |
| 3,704,474 A | | 12/1972 | Winkler |
| 3,766,566 A | | 10/1973 | Tadokoro |
| 3,778,856 A | | 12/1973 | Christie et al. |
| 3,952,427 A | | 4/1976 | Von den Benken et al. |
| 3,972,086 A | | 8/1976 | Belli et al. |
| 4,027,402 A | | 6/1977 | Liu et al. |
| 4,031,586 A | | 6/1977 | Von den Benken et al. |
| 4,211,806 A | | 7/1980 | Civardi et al. |
| 4,232,458 A | | 11/1980 | Bartels |
| 4,255,949 A | | 3/1981 | Thorneburg |
| 4,258,480 A | | 3/1981 | Famolare, Jr. |
| 4,317,292 A | | 3/1982 | Melton |
| 4,342,801 A | * | 8/1982 | Gerlach et al. ................... 428/91 |
| 4,373,361 A | | 2/1983 | Thorneburg |
| 4,447,967 A | | 5/1984 | Zaino |
| 4,465,448 A | | 8/1984 | Aldridge |
| 4,607,439 A | | 8/1986 | Sogabe et al. |
| 4,737,396 A | | 4/1988 | Kamat |
| 4,750,339 A | | 6/1988 | Simpson et al. |
| 4,756,098 A | | 7/1988 | Boggia |
| 4,785,558 A | | 11/1988 | Shiomura |
| 4,813,158 A | | 3/1989 | Brown |
| 5,031,423 A | | 7/1991 | Ikenaga |
| 5,095,720 A | | 3/1992 | Tibbals, Jr. |
| 5,117,567 A | | 6/1992 | Berger |
| 5,152,025 A | | 10/1992 | Hirmas |
| 5,192,601 A | | 3/1993 | Neisler |
| 5,345,638 A | | 9/1994 | Nishida |
| 5,353,524 A | | 10/1994 | Brier |
| 5,371,957 A | | 12/1994 | Gaudio |
| 5,461,884 A | | 10/1995 | McCartney et al. |
| 5,511,323 A | | 4/1996 | Dahlgren |
| 5,572,860 A | | 11/1996 | Mitsumoto et al. |
| 5,575,090 A | | 11/1996 | Condini |
| 5,623,840 A | | 4/1997 | Roell |
| 5,729,918 A | | 3/1998 | Smets |
| 5,735,145 A | | 4/1998 | Pernick |
| 5,746,013 A | | 5/1998 | Fay, Sr. |
| 5,765,296 A | | 6/1998 | Ludemann et al. |
| 5,884,419 A | | 3/1999 | Davidowitz et al. |
| 5,996,189 A | | 12/1999 | Wang |
| 6,029,376 A | | 2/2000 | Cass |
| 6,032,387 A | | 3/2000 | Johnson |
| 6,052,921 A | | 4/2000 | Oreck |
| 6,088,936 A | | 7/2000 | Bahl |
| 6,112,437 A | * | 9/2000 | Lovitt ........................... 36/137 |
| 6,151,802 A | | 11/2000 | Reynolds |
| 6,170,175 B1 | | 1/2001 | Funk |
| 6,308,438 B1 | * | 10/2001 | Throneburg et al. ........... 36/9 R |
| 6,333,105 B1 | | 12/2001 | Tanaka et al. |
| 6,401,364 B1 | | 6/2002 | Burt |
| 6,412,196 B1 | | 7/2002 | Gross |
| 6,558,784 B1 | | 5/2003 | Norton et al. |
| 6,588,237 B2 | | 7/2003 | Cole et al. |
| 6,745,395 B2 | * | 6/2004 | Noble ................................. 2/12 |
| 6,754,983 B2 | | 6/2004 | Hatfield et al. |
| 6,910,288 B2 | | 6/2005 | Dua |
| 6,922,917 B2 | | 8/2005 | Kerns et al. |
| 6,931,762 B1 | * | 8/2005 | Dua .................................. 36/9 R |
| D517,277 S | | 3/2006 | Jones et al. |
| 7,051,460 B2 | | 5/2006 | Orei et al. |
| 7,056,402 B2 | | 6/2006 | Koerwien et al. |
| 7,155,846 B2 | * | 1/2007 | Alfaro et al. ................... 36/136 |
| 7,347,011 B2 | | 3/2008 | Dua et al. |
| 7,441,348 B1 | | 10/2008 | Dawson |
| 7,543,397 B2 | | 6/2009 | Kilgore et al. |
| 7,568,298 B2 | | 8/2009 | Kerns |
| 7,682,219 B2 | | 3/2010 | Falla |
| 8,490,299 B2 | | 7/2013 | Dua et al. |
| 8,522,577 B2 | | 9/2013 | Huffa |
| 8,839,532 B2 | | 9/2014 | Huffa et al. |
| 2002/0078599 A1 | | 6/2002 | Delgorgue et al. |
| 2002/0148258 A1 | | 10/2002 | Cole et al. |
| 2003/0126762 A1 | * | 7/2003 | Tseng ................................ 36/48 |
| 2003/0191427 A1 | | 10/2003 | Jay et al. |
| 2004/0118018 A1 | | 6/2004 | Dua |
| 2004/0181972 A1 | | 9/2004 | Csorba |
| 2005/0115284 A1 | | 6/2005 | Dua |
| 2005/0136768 A1 | | 6/2005 | Huang |
| 2005/0193592 A1 | | 9/2005 | Dua et al. |
| 2005/0268497 A1 | * | 12/2005 | Alfaro et al. ................... 36/136 |
| 2005/0273988 A1 | | 12/2005 | Christy |
| 2005/0284000 A1 | | 12/2005 | Kerns |
| 2006/0059715 A1 | | 3/2006 | Aveni |
| 2006/0162187 A1 | | 7/2006 | Byrnes et al. |
| 2007/0016999 A1 | | 1/2007 | Harber et al. |
| 2007/0022627 A1 | | 2/2007 | Sokolowski et al. |
| 2007/0068047 A1 | | 3/2007 | Alfaro et al. |
| 2007/0180730 A1 | | 8/2007 | Greene et al. |
| 2007/0294920 A1 | | 12/2007 | Baychar |
| 2008/0017294 A1 | | 1/2008 | Bailey et al. |
| 2008/0078102 A1 | | 4/2008 | Kilgore et al. |
| 2008/0110048 A1 | | 5/2008 | Dua et al. |
| 2008/0189830 A1 | | 8/2008 | Egglesfield |
| 2008/0313939 A1 | | 12/2008 | Ardill |
| 2009/0068908 A1 | | 3/2009 | Hinchcliff |
| 2010/0051132 A1 | | 3/2010 | Glenn |
| 2010/0154256 A1 | | 6/2010 | Dua |
| 2010/0170651 A1 | | 7/2010 | Scherb et al. |
| 2011/0030244 A1 | | 2/2011 | Motawi et al. |
| 2011/0078921 A1 | | 4/2011 | Greene et al. |
| 2011/0277152 A1 | * | 11/2011 | Diepenbrock et al. .......... 36/136 |
| 2012/0180340 A1 | * | 7/2012 | Crowley et al. ................. 36/103 |
| 2012/0233882 A1 | | 9/2012 | Huffa et al. |
| 2012/0234052 A1 | | 9/2012 | Huffa et al. |
| 2012/0255201 A1 | | 10/2012 | Little |
| 2012/0284935 A1 | | 11/2012 | Dojan et al. |
| 2013/0318837 A1 | | 12/2013 | Dua et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19738433 | 4/1998 |
| DE | 19728848 | 1/1999 |
| EP | 0279970 A2 | 8/1988 |
| EP | 372370 | 6/1990 |
| EP | 0448714 | 7/1996 |
| EP | 0728860 | 8/1996 |
| EP | 0758693 | 2/1997 |
| EP | 0898002 A2 | 2/1999 |
| EP | 1233091 | 8/2002 |
| EP | 1437057 A1 | 7/2004 |
| EP | 1563752 A1 | 8/2005 |
| EP | 1602762 A1 | 12/2005 |
| EP | 1972706 A1 | 9/2008 |
| FR | 2171172 | 9/1973 |
| GB | 538865 | 8/1941 |
| GB | 2018837 A | 10/1979 |
| GB | 1603487 | 11/1981 |
| JP | H06113905 | 4/1994 |
| JP | H08109553 | 4/1996 |
| JP | H11302943 | 11/1999 |
| NL | 7304678 | 10/1974 |
| WO | 9003744 | 4/1990 |

**US 9,078,488 B1**

Page 3

(56)         **References Cited**

FOREIGN PATENT DOCUMENTS

WO          0032861          6/2000
WO          0231247          4/2002

OTHER PUBLICATIONS

David J. Spencer, Knitting Technology: A Comprehensive Handbook and Practical Guide (Third ed., Woodhead Publishing Ltd. 2001) (413 pp).

Excerpt of Hannelore Eberle et al., Clothing Technology (Third English ed., Beuth-Verlag GmnH 2002) (book cover and back; pp. 2-3, 83).

International Search Report and Written Opinion in connection with PCT/US2009/056795 mailed on Apr. 20, 2010.

International Search Report and Written Opinion in connection with PCT/US2012/028576 mailed on Oct. 1, 2012.

International Search Report and Written Opinion in connection with PCT/US2012/028559 mailed on Oct. 19, 2012.

International Search Report and Written Opinion in connection with PCT/US2012/028534 mailed on Oct. 17, 2012.

International Preliminary Report on Patentability in connection with PCT/US2012/028534 mailed Sep. 17, 2013.

International Preliminary Report on Patentability in connection with PCT/US2012/028576 mailed Sep. 17, 2013.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



**FIG. 4**



FIG. 5

Case 1:18-cv-10876-LTS   Document 1-3   Filed 05/03/18   Page 10 of 40



FIG. 6



**FIG. 7**



800

| 802 | KNIT BASE PORTION USING FIRST YARN |
| 804 | KNIT 1ST PORTION OF RIB STRUCTURE USING SECOND YARN |
| 806 | KNIT 2ND PORTION OF RIB STRUCTURE USING THIRD YARN |
| 808 | INLAY TENSILE ELEMENT (OPTIONAL) |

**FIG. 8**



FIG. 9



FIG. 10



FIG. 11



FIG. 12



**FIG. 13**



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



**FIG. 19**



**FIG. 20**



**FIG. 21**



FIG. 22

US 9,078,488 B1

**1**

# ARTICLE OF FOOTWEAR INCORPORATING A LENTICULAR KNIT STRUCTURE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This non-provisional patent application claims the benefit of priority under 35 U.S.C. §119(e) to U.S. Provisional Patent Application Ser. No. 62/057,264, which was filed in the U.S. Patent and Trademark Office on Sep. 30, 2014 and entitled "Article of Footwear Incorporating A Knitted Component with Inlaid Tensile Elements and Method of Assembly", and this non-provisional patent application also claims the benefit of priority under 35 U.S.C. §119(e) to U.S. Provisional Patent Application Ser. No. 62/057,293, which was filed in the U.S. Patent and Trademark Office on Sep. 30, 2014 and entitled "Article of Footwear Incorporating a Lenticular Knit Structure", the disclosures of which applications are entirely incorporated herein by reference.

## BACKGROUND

The present invention relates generally to articles of footwear, and, in particular, to articles of footwear incorporating knitted components.

Conventional articles of footwear generally include two primary elements, an upper and a sole structure. The upper is secured to the sole structure and forms a void on the interior of the footwear for comfortably and securely receiving a foot. The sole structure is secured to a lower area of the upper, thereby being positioned between the upper and the ground. In athletic footwear, for example, the sole structure may include a midsole and an outsole. The midsole often includes a polymer foam material that attenuates ground reaction forces to lessen stresses upon the foot and leg during walking, running, and other ambulatory activities. Additionally, the midsole may include fluid-filled chambers, plates, moderators, or other elements that further attenuate forces, enhance stability, or influence the motions of the foot. The outsole is secured to a lower surface of the midsole and provides a ground-engaging portion of the sole structure formed from a durable and wear-resistant material, such as rubber. The sole structure may also include a sockliner positioned within the void and proximal a lower surface of the foot to enhance footwear comfort.

The upper generally extends over the instep and toe areas of the foot, along the medial and lateral sides of the foot, under the foot, and around the heel area of the foot. In some articles of footwear, such as basketball footwear and boots, the upper may extend upward and around the ankle to provide support or protection for the ankle. Access to the void on the interior of the upper is generally provided by an ankle opening in a heel region of the footwear. A lacing system is often incorporated into the upper to adjust the fit of the upper, thereby permitting entry and removal of the foot from the void within the upper. The lacing system also permits the wearer to modify certain dimensions of the upper, particularly girth, to accommodate feet with varying dimensions. In addition, the upper may include a tongue that extends under the lacing system to enhance adjustability of the footwear, and the upper may incorporate a heel counter to limit movement of the heel.

A variety of material elements (e.g., textiles, polymer foam, polymer sheets, leather, synthetic leather) are conventionally utilized in manufacturing the upper. In athletic footwear, for example, the upper may have multiple layers that each include a variety of joined material elements. As examples, the material elements may be selected to impart stretch-resistance, wear-resistance, flexibility, air-permeability, compressibility, comfort, and moisture-wicking to different areas of the upper. In order to impart the different properties to different areas of the upper, material elements are often cut to desired shapes and then joined together, usually with stitching or adhesive bonding. Moreover, the material elements are often joined in a layered configuration to impart multiple properties to the same areas. As the number and type of material elements incorporated into the upper increases, the time and expense associated with transporting, stocking, cutting, and joining the material elements may also increase. Waste material from cutting and stitching processes also accumulates to a greater degree as the number and type of material elements incorporated into the upper increases. Moreover, uppers with a greater number of material elements may be more difficult to recycle than uppers formed from fewer types and numbers of material elements. By decreasing the number of material elements utilized in the upper, therefore, waste may be decreased while increasing the manufacturing efficiency and recyclability of the upper.

## SUMMARY

Various configurations of an article of footwear may have an upper and a sole structure secured to the upper. The upper may incorporate a knitted component. A knitted component may include color-shifting properties generated by one or more lenticular knit structures disposed across the upper of the article of footwear. The lenticular knit structures are formed of unitary knit construction with the remaining portions of the knitted component.

In one aspect, the invention provides an article of footwear including an upper and a sole structure attached to the upper. The upper incorporates a knitted component formed of unitary knit construction. The knitted component comprising at least one lenticular knit structure including a first portion and a second portion disposed on opposite sides of the lenticular knit structure. The knitted component further comprising a base portion disposed adjacent to the at least one lenticular knit structure. The at least one lenticular knit structure extends away from the base portion on an exterior surface of the upper. The first portion of the at least one lenticular knit structure is associated with a first visual effect when the upper is viewed from a first viewing angle and the second portion of the at least one lenticular knit structure is associated with a second visual effect when the upper is viewed from a second viewing angle that is different than the first viewing angle.

In another aspect, the invention provides a knitted component for incorporating into an article. The knitted component comprises a plurality of lenticular knit structures. Each of the lenticular knit structures include a first portion formed using a first yarn on one side of the lenticular knit structure and a second portion formed using a second yarn disposed on an opposite side of the lenticular knit structure. The first yarn and the second yarn are different. The knitted component further comprises a base portion disposed between adjacent lenticular knit structures. The first portion, the second portion, and the base portion are formed of unitary knit construction with the knitted component. The first portion of the lenticular knit structure is associated with a first visual effect when the knitted component is viewed from a first viewing angle and the second portion of the at least one lenticular knit structure is associated with a second visual effect when the knitted component is viewed from a second viewing angle that is different than the first viewing angle.

In another aspect, the invention provides a method of manufacturing a knitted component for incorporating into an

US 9,078,488 B1

**3**

article. The method comprises knitting a base portion of the knitted component, knitting a first portion of a lenticular knit structure using a first yarn, and knitting a second portion of the lenticular knit structure using a second yarn. The second yarn is different from the first yarn. The lenticular knit structure being formed so that the first portion and the second portion are disposed on opposite sides of the lenticular knit structure and the lenticular knit structure extends away from the base portion in a vertical direction. The first portion of the lenticular knit structure is associated with a first visual effect when the knitted component is viewed from a first viewing angle and the second portion of the at least one lenticular knit structure is associated with a second visual effect when the knitted component is viewed from a second viewing angle that is different than the first viewing angle.

Other systems, methods, features and advantages of the invention will be, or will become, apparent to one of ordinary skill in the art upon examination of the following figures and detailed description. It is intended that all such additional systems, methods, features and advantages be included within this description and this summary, be within the scope of the invention, and be protected by the following claims.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings and description. The components in the figures are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention. Moreover, in the figures, like reference numerals designate corresponding parts throughout the different views.

FIG. **1** is an isometric view of an exemplary embodiment of an article of footwear incorporating a knitted component having lenticular knit structures;

FIG. **2** is a medial side view of the exemplary embodiment of an article of footwear incorporating a knitted component having lenticular knit structures;

FIG. **3** is a lateral side view of the exemplary embodiment of an article of footwear incorporating a knitted component having lenticular knit structures;

FIG. **4** is a top front view of the exemplary embodiment of an article of footwear incorporating a knitted component having lenticular knit structures;

FIG. **5** is a representational view of the exemplary embodiment of an article of footwear a knitted component having lenticular knit structures viewed from a first viewing angle;

FIG. **6** is a representational view of the exemplary embodiment of an article of footwear a knitted component having lenticular knit structures viewed from a second viewing angle;

FIG. **7** is a schematic perspective view of an embodiment of a knitting machine configured for manufacturing the knitted component;

FIG. **8** is a flowchart of an exemplary process of knitting a lenticular knit structure;

FIG. **9** is a schematic illustration of an embodiment of a method of manufacturing an embodiment of the knitted component showing a base portion being formed;

FIG. **10** is a schematic illustration of an embodiment of a method of manufacturing an embodiment of the knitted component showing a first portion of a lenticular knit structure being formed;

FIG. **11** is a schematic illustration of an embodiment of a method of manufacturing an embodiment of the knitted component showing a second portion of the lenticular knit structure being formed;

**4**

FIG. **12** is a schematic knitting diagram of an embodiment of the knitted component incorporating lenticular knit structures;

FIG. **13** is a schematic knitting diagram of an embodiment of the knitted component incorporating lenticular knit structures including an inlaid tensile element;

FIG. **14** is a representational view of a cross section of a knitted component incorporating lenticular knit structures;

FIG. **15** is a representational view of a cross section of a knitted component incorporating lenticular knit structures including an inlaid tensile element;

FIG. **16** is an isometric view of an alternate embodiment of an article of footwear incorporating a knitted component having lenticular knit structures including an area associated with three colors;

FIG. **17** is a medial side view of the alternate embodiment of an article of footwear incorporating a knitted component having lenticular knit structures;

FIG. **18** is a lateral side view of the exemplary embodiment of an article of footwear incorporating a knitted component having lenticular knit structures including the area associated with three colors;

FIG. **19** is a top front view of the alternate embodiment of an article of footwear incorporating a knitted component having lenticular knit structures including an area associated with three colors;

FIG. **20** is a schematic knitting diagram of an alternate embodiment of the knitted component incorporating lenticular knit structures having three colors;

FIG. **21** is a schematic knitting diagram of an embodiment of the knitted component incorporating lenticular knit structures having three colors including an inlaid tensile element; and

FIG. **22** is a representational view of a cross section of a knitted component incorporating lenticular knit structures having three colors.

DETAILED DESCRIPTION

The following discussion and accompanying figures disclose a variety of concepts relating to knitted components and the manufacture of knitted components. Although the knitted components may be used in a variety of products, an article of footwear that incorporates one or more of the knitted components is disclosed below as an example. In addition to footwear, the knitted component may be used in other types of apparel (e.g., shirts, pants, socks, jackets, undergarments), athletic equipment (e.g., golf bags, baseball and football gloves, soccer ball restriction structures), containers (e.g., backpacks, bags), and upholstery for furniture (e.g., chairs, couches, car seats). The knitted component may also be used in bed coverings (e.g., sheets, blankets), table coverings, towels, flags, tents, sails, and parachutes. The knitted component may be used as technical textiles for industrial purposes, including structures for automotive and aerospace applications, filter materials, medical textiles (e.g. bandages, swabs, implants), geotextiles for reinforcing embankments, agrotextiles for crop protection, and industrial apparel that protects or insulates against heat and radiation. Accordingly, the knitted component and other concepts disclosed herein may be incorporated into a variety of products for both personal and industrial purposes.

FIGS. **1** through **22** illustrate exemplary embodiments of an article of footwear having an upper incorporating a knitted component including lenticular knit structures and the associated method of manufacturing. The upper incorporates a knitted component including one or more lenticular knit

5

structures that provide color-shifting properties to the upper and the article of footwear. The individual features of any of the knitted components described herein may be used in combination or may be provided separately in different configurations for articles of footwear. In addition, any of the features may be optional and may not be included in any one particular embodiment of a knitted component.

For consistency and convenience, directional adjectives are employed throughout this detailed description corresponding to the illustrated embodiments. The term "longitudinal" as used throughout this detailed description and in the claims refers to a direction extending a length or major axis of an article. In some cases, the longitudinal direction may extend from a forefoot region to a heel region of the article. Also, the term "lateral" as used throughout this detailed description and in the claims refers to a direction extending a width or minor axis of an article. In other words, the lateral direction may extend between a medial side and a lateral side of an article. Furthermore, the term "vertical" as used throughout this detailed description and in the claims refers to a direction generally perpendicular to a lateral and longitudinal direction. For example, in cases where an article is planted flat on a ground surface, the vertical direction may extend from the ground surface upward. It will be understood that each of these directional adjectives may be applied to individual components of an article, including an upper, a knitted component and portions thereof, and/or a sole structure.

FIGS. 1 through 6 illustrate an exemplary embodiment of an article of footwear 100, also referred to simply as article 100. In some embodiments, article of footwear 100 may include a sole structure 110 and an upper 120. Although article 100 is illustrated as having a general configuration suitable for running, concepts associated with article 100 may also be applied to a variety of other athletic footwear types, including soccer shoes, baseball shoes, basketball shoes, cycling shoes, football shoes, tennis shoes, training shoes, walking shoes, and hiking boots, for example. The concepts may also be applied to footwear types that are generally considered to be non-athletic, including dress shoes, loafers, sandals, and work boots. Accordingly, the concepts disclosed with respect to article 100 may be applied to a wide variety of footwear types.

For reference purposes, article 100 may be divided into three general regions: a forefoot region 10, a midfoot region 12, and a heel region 14, as generally shown in FIGS. 1, 2, and 3. Forefoot region 10 generally includes portions of article 100 corresponding with the toes and the joints connecting the metatarsals with the phalanges. Midfoot region 12 generally includes portions of article 100 corresponding with an arch area of the foot. Heel region 14 generally corresponds with rear portions of the foot, including the calcaneus bone. Article 100 also includes a lateral side 16 and a medial side 18, which extend through each of forefoot region 10, midfoot region 12, and heel region 14 and correspond with opposite sides of article 100. More particularly, lateral side 16 corresponds with an outside area of the foot (i.e., the surface that faces away from the other foot), and medial side 18 corresponds with an inside area of the foot (i.e., the surface that faces toward the other foot). Forefoot region 10, midfoot region 12, and heel region 14 and lateral side 16, medial side 18 are not intended to demarcate precise areas of article 100. Rather, forefoot region 10, midfoot region 12, and heel region 14 and lateral side 16, medial side 18 are intended to represent general areas of article 100 to aid in the following discussion. In addition to article 100, forefoot region 10, midfoot region 12,

6

and heel region 14 and lateral side 16, medial side 18 may also be applied to sole structure 110, upper 120, and individual elements thereof.

An exemplary coordinate system for describing the embodiment of article 100 shown in FIGS. 1 through 15 is illustrated in FIG. 4, where a longitudinal direction 2 extends along article 100 between forefoot 10 to heel region 14 of article 100, a lateral direction 4 extends along article 100 between lateral side 16 and medial side 18, and a vertical direction 6 extends along article 100 between sole structure 110 and a top of article 100.

In an exemplary embodiment, sole structure 110 is secured to upper 120 and extends between the foot and the ground when article 100 is worn. In some embodiments, sole structure 110 may include one or more components, including a midsole, an outsole, and/or a sockliner or insole. In an exemplary embodiment, sole structure 110 may include an outsole that is secured to a lower surface of upper 120 and/or a base portion configured for securing sole structure 110 to upper 120. In one embodiment, outsole may be formed from a wear-resistant rubber material that is textured to impart traction. Although this configuration for sole structure 110 provides an example of a sole structure that may be used in connection with upper 120, a variety of other conventional or nonconventional configurations for sole structure 110 may also be used. Accordingly, in other embodiments, the features of sole structure 110 or any sole structure used with upper 120 may vary.

For example, in other embodiments, sole structure 110 may include a midsole and/or a sockliner. A midsole may be secured to a lower surface of an upper and in some cases may be formed from a compressible polymer foam element (e.g., a polyurethane or ethylvinylacetate foam) that attenuates ground reaction forces (i.e., provides cushioning) when compressed between the foot and the ground during walking, running, or other ambulatory activities. In other cases, a midsole may incorporate plates, moderators, fluid-filled chambers, lasting elements, or motion control members that further attenuate forces, enhance stability, or influence the motions of the foot. In still other cases, the midsole may be primarily formed from a fluid-filled chamber that is located within an upper and is positioned to extend under a lower surface of the foot to enhance the comfort of an article.

In some embodiments, upper 120 defines a void within article 100 for receiving and securing a foot relative to sole structure 110. The void is shaped to accommodate the foot and extends along a lateral side of the foot, along a medial side of the foot, over the foot, around the heel, and under the foot. Upper 120 includes an exterior surface 121 and an opposite interior surface 122. Whereas the exterior surface faces outward and away from article 100, the interior surface faces inward and defines a majority or a relatively large portion of the void within article 100 for receiving the foot. Moreover, the interior surface may lay against the foot or a sock covering the foot. Upper 120 may also include a collar 142 that is located in at least heel region 14 and forms a throat opening 140. Access to the void is provided by throat opening 140. More particularly, the foot may be inserted into upper 120 through throat opening 140 formed by collar 142, and the foot may be withdrawn from upper 120 through throat opening 140 formed by collar 142. In some embodiments, an instep area 150 extends forward from collar 142 and throat opening 140 in heel region 14 over an area corresponding to an instep of the foot in midfoot region 12 to an area adjacent to forefoot region 10.

In some embodiments, upper 120 may include a throat portion disposed between lateral side 16 and medial side 18 of

7
8

upper **120** through instep area **150**. In an exemplary embodiment, the throat portion may be integrally attached to and formed of unitary knit construction with portions of upper **120** along lateral and medial sides through instep area **150**. Accordingly, as shown in the Figures, upper **120** may extend substantially continuously across instep area **150** between lateral side **16** and medial side **18**. In other embodiments, the throat portion may be disconnected along lateral and medial sides through instep area **150** such that the throat portion is moveable within an opening between a lateral portion and a medial portion on opposite sides of instep area **150**, thereby forming a tongue.

In some embodiments, a lace **152** extends through a plurality of lace receiving members **154** in upper **120** and permits the wearer to modify dimensions of upper **120** to accommodate proportions of the foot. In some embodiments, lace **152** may extend through lace receiving members **154** that are disposed along either side of instep area **150**. More particularly, lace **152** permits the wearer to tighten upper **120** around the foot, and lace **152** permits the wearer to loosen upper **120** to facilitate entry and removal of the foot from the void (i.e., through throat opening **140**). In addition, the throat portion of upper **120** in instep area **150** extends under lace **152** to enhance the comfort of article **100**. Lace **152** is illustrated with article **100** in FIG. **1**, while in the remaining Figures, lace **152** has been omitted for purposes of clarity. In further configurations, upper **120** may include additional elements, such as (a) a heel counter in heel region **14** that enhances stability, (b) a toe guard in forefoot region **10** that is formed of a wear-resistant material, and (c) logos, trademarks, and placards with care instructions and material information.

Many conventional footwear uppers are formed from multiple material elements (e.g., textiles, polymer foam, polymer sheets, leather, synthetic leather) that are joined through stitching or bonding, for example. In contrast, in some embodiments, a majority of upper **120** is formed from a knitted component **130**, which will be discussed in more detail below. Knitted component **130** may, for example, be manufactured through a flat knitting process and extends through each of forefoot region **10**, midfoot region **12**, and heel region **14**, along both lateral side **16** and medial side **18**, over forefoot region **10**, and around heel region **14**. In an exemplary embodiment, knitted component **130** forms substantially all of upper **120**, including exterior surface **121** and a majority or a relatively large portion of interior surface **122**, thereby defining a portion of the void within upper **120**. In some embodiments, knitted component **130** may also extend under the foot. In other embodiments, however, a strobel sock or thin sole-shaped piece of material is secured to knitted component **130** to form an attachment portion of upper **120** that extends under the foot for attachment with sole structure **110**.

In addition, in this embodiment, a seam **160** extends substantially vertically along lateral side **16** from collar **142** in a downwards direction towards sole structure **110** to join edges of knitted component **130**. In other embodiments, seam **160** may be disposed in a substantially similar manner on medial side **18**. In still other embodiments, seam **160** may instead extend vertically through heel region **14** from collar **142** in downwards direction towards sole structure **110** at the rear of article **100**.

Although seams may be present in knitted component **130**, a majority of knitted component **130** has a substantially seamless configuration. Moreover, knitted component **130** may be formed of unitary knit construction. As utilized herein, a knitted component (e.g., knitted component **130**) is defined as being formed of "unitary knit construction" when formed as

a one-piece element through a knitting process. That is, the knitting process substantially forms the various features and structures of knitted component **130** without the need for significant additional manufacturing steps or processes. A unitary knit construction may be used to form a knitted component having structures or elements that include one or more courses of yarn, strands, or other knit material that are joined such that the structures or elements include at least one course in common (i.e., sharing a common yarn) and/or include courses that are substantially continuous between each of the structures or elements. With this arrangement, a one-piece element of unitary knit construction is provided.

Although portions of knitted component **130** may be joined to each other (e.g., edges of knitted component **130** being joined together) following the knitting process, knitted component **130** remains formed of unitary knit construction because it is formed as a one-piece knit element. Moreover, knitted component **130** remains formed of unitary knit construction when other elements (e.g., a lace, logos, trademarks, placards with care instructions and material information, structural elements) are added following the knitting process.

In different embodiments, any suitable knitting process may be used to produce knitted component **130** formed of unitary knit construction, including, but not limited to a warp knitting or a weft knitting process, including a flat knitting process or a circular knitting process, or any other knitting process suitable for providing a knitted component. Examples of various configurations of knitted components and methods for forming knitted component **130** with unitary knit construction are disclosed in one or more of U.S. Pat. No. 6,931,762 to Dua; U.S. Pat. No. 7,347,011 to Dua, et al.; U.S. Pat. No. 8,490,299 to Dua et al.; and U.S. Pat. No. 8,839,532 to Huffa et al., the disclosures of which are incorporated by reference in their entirety. In an exemplary embodiment, a flat knitting process may be used to form knitted component **130**, as will be described in more detail.

In various embodiments, an article of footwear may be provided with an upper incorporating a knitted component with color-shifting properties. In general, color-shifting properties refer to the characteristic of an element to appear different colors depending on the viewing angle of the element. In an exemplary embodiment, color-shifting properties may be provided to an article of footwear using a visual effect similar to or inspired by lenticular printing techniques. Lenticular printing includes the use of lenses to cause a shift in the visible image or pattern when viewed from different viewing angles. This technique of lenticular printing can be used to create simple animations and visual effects for advertising and other purposes.

In some embodiments, a knitted component may be provided with color-shifting properties through the use of a lenticular knit structure. A lenticular knit structure is configured to present at least two different colors to a viewer when the lenticular knit structure is viewed from different viewing angles. For example, when viewed from a first viewing angle, a lenticular knit structure may cause the knitted component to appear a first color, but when viewed from a second viewing angle that is different than the first viewing angle, the lenticular knit structure causes the knitted component to appear a second color that is different from the first color. With this configuration, the lenticular knit structure may alter the visual color appearance of the knitted component as the knitted component and/or the viewer moves relative to the article of footwear. The change in the viewing angle associated with such movement of the knitted component and/or the viewer causes the lenticular knit structure to present different colors

9

to the viewer, thereby generating color-shifting properties to the knitted component and the article of footwear.

In an exemplary embodiment, at least a portion of knitted component **130** may be provided with color-shifting properties through incorporation of one or more lenticular knit structures **132**. In this embodiment, lenticular knit structure **132** may be in the form of a tubular rib structure. In some cases, tubular rib structures can be non-planar structures extending away from the surface of knitted component **130** and defining hollow tubes formed in knitted component **130** by co-extensive and overlapping knit layers that are closed to form the tube. In other cases, tubular rib structures may include additional components that are disposed within the tubes, as will be described in more detail below.

In some embodiments, at least a portion of knitted component **130** may include areas extending between lenticular knit structures **132**, i.e., located between the adjacent tubular rib structures forming lenticular knit structures **132**, on exterior surface **121** of knitted component. In an exemplary embodiment, a base portion **136** of knitted component **130** is disposed between lenticular knit structures **132**. In some cases, base portion **136** can be flexible, elastic, and resilient and assist with stretching of knitted component **130**.

The properties that a particular type of yarn will impart to an area of knitted component **130** partially depend upon the materials that form the various filaments and fibers within the yarn. Cotton, for example, provides a soft hand, natural aesthetics, and biodegradability. Elastane and stretch polyester each provide substantial stretch and recovery, with stretch polyester also providing recyclability. Rayon provides high luster and moisture absorption. Wool also provides high moisture absorption, in addition to insulating properties and biodegradability. Nylon is a durable and abrasion-resistant material with relatively high strength. Polyester is a hydrophobic material that also provides relatively high durability. In addition to materials, other aspects of the yarns selected for knitted component **130** may affect the properties of upper **120**. For example, a yarn forming knitted component **130** may include separate filaments that are each formed of different materials. In addition, the yarn may include filaments that are each formed of two or more different materials, such as a bicomponent yarn with filaments having a sheath-core configuration or two halves formed of different materials. Different degrees of twist and crimping, as well as different deniers, may also affect the properties of upper **120**. Accordingly, both the materials forming the yarn and other aspects of the yarn may be selected to impart a variety of properties to separate areas of upper **120**.

In some configurations of knitted component **130**, materials forming yarns may be non-fusible or fusible. For example, a non-fusible yarn may be substantially formed from a thermoset polyester material and fusible yarn may be at least partially formed from a thermoplastic polyester material. When a fusible yarn is heated and fused to non-fusible yarns, this process may have the effect of stiffening or rigidifying the structure of knitted component **130**. Moreover, joining portions of non-fusible yarn using fusible yarns may have the effect of securing or locking the relative positions of non-fusible yarns within knitted component **130**, thereby imparting stretch-resistance and stiffness. That is, portions of non-fusible yarn may not slide relative to each other when fused with the fusible yarn, thereby preventing warping or permanent stretching of knitted component **130** due to relative movement of the knit structure. Another feature of using fusible yarns in portions of knitted component **130** relates to limiting unraveling if a portion of knitted component **130** becomes damaged or one of the non-fusible yarns is severed.

10

Accordingly, areas of knitted component **130** may be configured with both fusible and non-fusible yarns within the knit structure.

In an exemplary embodiment, lenticular knit structures **132** may provide color-shifting properties to knitted component **130** through incorporation of two or more types of yarn being used to knit the lenticular knit structure **132**. For example, in embodiments where lenticular knit structure **132** is in the form of a tubular rib structure, different portions of the lenticular knit structure **132** may include different types of yarn along each side of the tubular rib structure. In one embodiment, a first portion **133** of lenticular knit structure **132** disposed on one side of the tubular rib structure may be knit using a first yarn and a second portion **134** of lenticular knit structure **132** disposed on the opposite side of the tubular rib structure may be knit using a second yarn that is different from the first yarn. In some cases, the types of yarn may vary in color to provide the color-shifting properties to knitted component **130**. In other cases, the types of yarn may vary in texture or denier to provide the color-shifting properties to knitted component **130**.

Referring to FIG. **1**, in this embodiment, knitted component **130** includes a plurality of lenticular knit structures **132** in the form of tubular rib structures that extend approximately along the lateral direction between lateral side **16** and medial side **18** through forefoot region **10**, midfoot region **12**, and a portion of heel region **14**. Each lenticular knit structure **132** includes first portion **133** disposed on one side of the tubular rib structure facing towards forefoot region **10** at the front of article **100** and second portion **134** disposed on the opposite side of the tubular rib structure facing towards heel region **14** at the back or rear of article **100**. With this configuration, the color-shifting properties of knitted component **130** caused by lenticular knit structures **132** may vary as article **100** is viewed from different viewing angles.

In addition, in an exemplary embodiment, at least a portion of knitted component **130** may include lenticular knit structures **132** that have a different orientation. For example, in an area of knitted component **130** disposed near heel region **14** on lateral side **16** and medial side **18**, lenticular knit structures **132** transition from being oriented approximately along the lateral direction to being oriented approximately along the longitudinal direction. Medial side **18** may be seen with particular reference to medial side view shown in shown in FIG. **2** and lateral side **16** may be seen with particular reference to lateral side view shown in FIG. **3**. As a result of this varying orientation, lenticular knit structures **132** in these areas may include first portion **133** disposed on one side of the tubular rib structure facing vertically downwards towards sole structure **110** at the bottom of article **100** and second portion **134** disposed on the opposite side of the tubular rib structure facing vertically upwards towards collar **142** and throat opening **140** at the top of article **100**. With this configuration, the color-shifting properties of knitted component **130** caused by lenticular knit structures **132** may vary as article **100** is viewed from different viewing angles.

Additionally, because of the different orientation of lenticular knit structures **132** disposed approximately along the longitudinal direction, the viewing angles from which the color-shifting properties are visible may be different than the viewing angles for the lenticular knit structures **132** disposed approximately along the lateral direction. With this configuration, different areas of knitted component **130** and article **100** may have color-shifting properties across various viewing angles, such that as article **100** and/or the viewer move

**11**

relative to each other, the different areas of knitted component **130** appear to color-shift separately or at different times during movement.

FIGS. **5** and **6** illustrate two representational views of the color-shifting properties of knitted component **130** caused by lenticular knit structures **132** when article **100** is viewed from two different viewing angles. In this embodiment, knitted component **130** includes lenticular knit structures **132** that have first portion **133** formed using a first yarn and second portion **134** formed using a second yarn. As noted above, in various embodiments, the first yarn and the second yarn may be different types that provide different visual effects. For example, in this embodiment, the first yarn may be associated with a first color and the second yarn may be associated with a second color that is different from the first. In other embodiments, however, the first yarn and the second yarn may be of types having different characteristics that may cause a visual color-shifting effect.

Referring now to FIG. **5**, in this embodiment, article **100** is being viewed by a viewer from a first viewing angle **500**. First viewing angle **500** is disposed approximately in front of article **100** and is oriented at least partially along the longitudinal direction of article **100**. From first viewing angle **500**, article **100** presents knitted component **130** appearing to have a first color. In an exemplary embodiment, the first color is the same as the first yarn used to knit first portion **133** of lenticular knit structures **132**. That is, from first viewing angle **500**, first portion **133** of each lenticular knit structure **132** is aligned so as to be facing towards the viewer. With this orientation, the first yarn used to form first portion **133** of lenticular knit structure **132** is visible from first viewing angle **500**, while the second yarn used to form second portion **134** of lenticular knit structure **132** is disposed on the opposite side and shielded from being viewed from first viewing angle **500**. In this case, the properties of the first yarn forming first portion **133** of lenticular knit structure **132** (i.e., the type, color, texture, denier, etc.) are primarily responsible for the visual effect to knitted component **130** to cause it to appear the first color from first viewing angle **500**.

Referring now to FIG. **6**, in this embodiment, article **100** is being viewed by a viewer from a second viewing angle **600**. Second viewing angle **600** is different than first viewing angle **500** shown in FIG. **5** and may be oriented at least partially along the longitudinal direction of article **100** disposed approximately behind article **100**. From second viewing angle **600**, article **100** presents knitted component **130** appearing to have a second color that is different from the first color appearing to the viewer from first viewing angle **500**. In an exemplary embodiment, the second color is the same as the second yarn used to knit second portion **134** of lenticular knit structures **132**. That is, from second viewing angle **600**, second portion **134** of each lenticular knit structure **132** is aligned so as to be facing towards the viewer. With this orientation, the second yarn used to form second portion **134** of lenticular knit structure **132** is visible from second viewing angle **600**, while the first yarn used to form first portion **133** of lenticular knit structure **132** that was visible from first viewing angle **500** is now disposed on the opposite side and shielded from being viewed from second viewing angle **600**. In this case, the properties of the second yarn forming second portion **134** of lenticular knit structure **132** (i.e., the type, color, texture, denier, etc.) are primarily responsible for the visual effect to knitted component **130** to cause it to appear the second color from second viewing angle **600**. With this configuration, color-shifting properties of knitted component **130** may be provided by lenticular knit structure **132**.

**12**

Additionally, in some embodiments, base portion **136** of knitted component **130** may be visible from each of first viewing angle **500** and second viewing angle **600**. Base portion **136** may be formed using a yarn type, including yarn color, that is substantially similar to either of the first yarn or the second yarn forming first portion **133** or second portion **134** of lenticular knit structure **132**. With this configuration, the type of yarn used to form base portion **136** may further assist with providing the visual effect of the first color or the second color to knitted component **130** from first viewing angle **500** or second viewing angle **600**. In other embodiments, however, base portion **136** may be formed using a different yarn type, including a different yarn color, from either of the first yarn or the second yarn forming first portion **133** or second portion **134** of lenticular knit structure **132**. With this configuration, base portion **136** may provide a contrasting visual effect from either of the first color or the second color.

In still other embodiments, lenticular knit structures **132** may be closely spaced so that base portion **136** is not initially partially or wholly visible from either of first viewing angle **500** or second viewing angle **600**. Upon stretching of knitted component **130**, however, base portion **136** may be revealed from between adjacent lenticular knit structures **132**. Accordingly, in these embodiments, base portion **136** may be formed using a yarn type, including yarn color, that is highly contrasting from either yarn type or color of the first yarn or the second yarn forming first portion **133** or second portion **134** of lenticular knit structure **132**. For example, in one embodiment, base portion **136** may be formed using a yarn with reflective or retroreflective properties.

Knitted component **130** can be manufactured with the configurations described above using any suitable machine, implement, and technique. For example, in some embodiments, knitted component **130** can be automatically manufactured using a knitting machine, such as the knitting machine **700** shown in FIG. **7**. Knitting machine **700** can be of any suitable type, such as a flat knitting machine. However, it will be appreciated that knitting machine **700** could be of another type in different embodiments without departing from the scope of the present disclosure.

As shown in the embodiment of FIG. **7**, knitting machine **700** can include a front needle bed **701** with a plurality of front needles **703** and a rear needle bed **702** with a plurality of rear needles **704**. Front needles **703** can be arranged in a common plane, and rear needles **704** can be arranged in a different common plane that intersects the plane of front needles **703**. Front needle bed **701** and rear needle bed **702** may be angled with respect to each other. In some embodiments, front needle bed **701** and rear needle bed **702** may be angled so they form a V-bed. Knitting machine **700** can further include one or more feeders that are configured to move over front needle bed **701** and rear needle bed **702**. In FIG. **7**, a first type of feeder **720** and a second type of feeder **722** are indicated. Knitting machine **700** further includes a carriage **730** that moves across the needle beds and assists with moving the feeders relative to the needle beds. In this embodiment, knitting machine **700** is illustrated with a plurality of first type of feeder **720** and at least one of second type of feeder **722**. As first type of feeder **720** moves, feeder **720** can deliver yarn to front needles **703** and/or rear needles **704** for one or more of knitting, tucking, or floating using the yarn to form a knitted component, including knitted component **130**. As second type of feeder **722** moves, second type of feeder **722** can deliver a yarn to front needles **703** and/or rear needles **704** for one or more of knitting, tucking, or floating. In some embodiments, second type of feeder **722** may be a combination

**13**

feeder that may additionally be configured to inlay a yarn. In an exemplary embodiment, second type of feeder **722** may deliver a tensile element **724** to be inlaid within knitted component **130**.

A pair of rails, including a forward rail **710** and a rear rail **711**, may extend above and parallel to the intersection of front needle bed **701** and rear needle bed **702**. Rails may provide attachment points for feeders. Forward rail **710** and rear rail **711** may each have two sides, including a front side **712** and a back side **714**. Each of front side **712** and back side **714** can accommodate one or more feeders. As depicted, rear rail **711** includes two of feeders **720** on opposite sides, and forward rail **710** includes feeder **722**. Although two rails are depicted, further configurations of knitting machine **700** may incorporate additional rails to provide attachment points for more feeders.

Feeders can move along forward rail **710** and rear rail **711**, thereby supplying yarns to needles. As shown in FIG. **7**, yarns are provided to a feeder by one or spools that route yarns through yarn guides **728** to the feeders for knitting. Although not depicted, additional spools may be used to provide yarns to feeders in a substantially similar manner. A suitable knitting machine including conventional and combination feeders for knitting machine **700**, as well as the associated method of knitting using the machine to form knitted components, is described in U.S. Pat. No. 8,522,577 to Huffa, the disclosure of which is incorporated by reference in its entirety.

FIG. **8** illustrates an exemplary process **800** of knitting a knitted component to include a lenticular knit structure, including knitted component **130** having lenticular knit structure **132**. In one embodiment, process **800** may include one or more steps that may be repeated to form a completed knitted component. The order of the steps is exemplary, and in other embodiments, additional or different steps not shown in FIG. **8** may be included to knit a knitted component. At a first step **802**, base portion **136** of knitted component **130** may be knit using a first yarn. Next, at step **804**, first portion **133** of the tubular rib structure forming lenticular knit structure **132** may be knit using a second yarn. At a step **806**, second portion **134** of the tubular rib structure forming lenticular knit structure **132** may be knit using a third yarn. As noted above, in exemplary embodiments, the second yarn used at step **804** and the third yarn used at step **806** may be different types of yarn, including yarns having different characteristics, including, but not limited to: color, texture, denier, or other qualities, to provide the color-shifting properties to knitted component **130** caused by lenticular knit structure **132**.

In some embodiments, the first yarn used at step **802** to form base portion **136** may be different from one or both of the second yarn and the third yarn. In other embodiments, the first yarn used at step **802** may be similar to either of the second yarn and the third yarn.

In some embodiments, tensile elements **724** can be incorporated, inlaid, or extended into one or more tubular rib structures during the unitary knit construction of the knitted component **130**. Stated another way, tensile elements **724** can be incorporated during knitting process **800** of knitted component **130**. As shown in FIG. **8**, process **800** may include an optional step **808** to inlay a tensile element within one or more of the tubular rib structures forming lenticular knit structure **132**. In some embodiments, tensile elements **724** may lie within unsecured areas forming tunnels within the tubular rib structures of lenticular knit structures **132**. In different embodiments, one or more tensile elements **724** can be incorporated in knitted component **130**. For example, in the embodiment shown in FIG. **1**, tensile element **724** may be used to form lace receiving member **154** that forms a loop to

**14**

receive lace **152** through instep area **150**. Tensile elements **724** may also provide support to knitted component **130** by resisting deformation, stretching, or otherwise providing support for the wearer's foot during running, jumping, or other movements.

With this configuration, process **800** may be used to form a plurality of base portions **136** and a plurality of lenticular knit structures **132** disposed throughout a portion or a substantial majority of knitted component **130** to be incorporated into upper **120** for article **100**. Generally, base portions **136** of knitted component **130** may be connecting portions between various elements and/or components of knitted component **130**. Base portions **136** are formed of unitary knit construction with the remaining portions of knitted component **130** and may serve to connect various portions together as a one-piece knit element. Knitted component **130** can include any suitable number of base portions **136**. In different embodiments, base portions **136** can be an area of knitted component **130** comprising one knit layer. In some embodiments, base portions **136** may extend between one portion of knitted component and another portion of knitted component **130**. In one embodiment, base portions **136** can extend between one tubular rib structure and another tubular rib structure forming adjacent lenticular knit structures **132**. In a different embodiment, base portions **136** may extend between one tubular rib structure and another portion of knitted component **130**. In another embodiment, base portions **136** may extend between one tubular rib structure and an edge of knitted component **130**. Suitable configurations of base portions **136** may be in the form of a webbed area described in co-pending and commonly-owned U.S. Provisional Patent Application Ser. No. 62/057,264, filed on Sep. 30, 2014, which was filed as U.S. patent application Ser. No. 14/535,413, on Nov. 7, 2014, and entitled "Article of Footwear Incorporating A Knitted Component with Inlaid Tensile Elements and Method of Assembly", the disclosure of which applications are hereby incorporated by reference in its entirety.

As described above, in some embodiments, lenticular knit structures **132** may be formed as tubular rib structures that are areas of knitted component **130** constructed with two or more co-extensive and overlapping knit layers. Knit layers may be portions of knitted component **130** that are formed by knitted material, for example, threads, yarns, or strands, and two or more knit layers may be formed of unitary knit construction in such a manner so as to form tubes or tunnels, identified as tubular rib structures, in knitted component **130**. Although the sides or edges of the knit layers forming the tubular rib structures may be secured to the other layer, a central area is generally unsecured to form a hollow between the two layers of knitted material forming each knit layer. In some embodiments, the central area of the tubular rib structures may be configured such that another element (e.g., a tensile element) may be located between and pass through the hollow between the two knit layers forming the tubular rib structures. Suitable tubular rib structures, including with or without inlaid tensile elements, that may be used to form lenticular knit structures **132** are described in co-pending and commonly-owned U.S. Provisional Patent Application Ser. No. 62/057,264, filed on Sep. 30, 2014 and U.S. patent application Ser. No. 14/535, 413, filed on Nov. 7, 2014, incorporated by reference above.

FIGS. **9** through **11** illustrate a sequence of representative views of knitting process **800** using knitting machine **700** to form a portion of knitted component **130**. Additional steps or processes not shown here may be used to form a completed knitted component that is to be incorporated into an upper for an article of footwear, including upper **120** for article **100**. In addition, only a relatively small section of a knitted compo-

15

16

nent **130** may be shown in order to better illustrate the knit structure of the various portions of knitted component **130**. Moreover, the scale or proportions of the various elements of knitting machine **700** and knitted component **130** may be enhanced to better illustrate the knitting process.

It should be understood that although knitted component **130** is formed between front needle bed **701** and rear needle bed **702**, for purposes of illustration, in FIGS. **9** through **11**, knitted component **130** is shown adjacent to front needle bed **701** and rear needle bed **702** to (a) be more visible during discussion of the knitting process and (b) show the position of portions of knitted component **130** relative to each other and needle beds. The front needles and rear needles are not depicted in FIGS. **9-11** for purposes of clarity. Also, although one rail, and limited numbers of feeders are depicted, additional rails, feeders, and spools may be used. Accordingly, the general structure of knitting machine **700** is simplified for purposes of explaining the knitting process.

Referring to FIG. **9**, a portion of knitting machine **700** is shown. In this embodiment, knitting machine **700** may include a first feeder **900**, a second feeder **902**, and a third feeder **904**. In other embodiments, additional or fewer feeders may be used and may be located on the front or rear side of forward rail **710** and/or rear rail **711**. In this embodiment, a first yarn **901** from a spool (not shown) passes through first feeder **900** and an end of first yarn **901** extends outward from a dispensing tip at the end of first feeder **900**. Any type of yarn (e.g., filament, thread, rope, webbing, cable, chain, or strand) may pass through first feeder **900**. Second yarn **903** similarly passes through second feeder **902** and extends outward from a dispensing tip at the end of second feeder **902**. In an exemplary embodiment, a third yarn **905** also similarly passes through third feeder **904** and extends outward from a dispensing tip at the end of third feeder **904**. In some embodiments, first yarn **901**, second yarn **903**, and third yarn **905** may be used to form various portions of knitted component **130**, as will be further discussed below.

In an exemplary embodiment, each of first yarn **901**, second yarn **903**, and third yarn **905** may be different yarn types associated with different characteristics, including, but not limited to: color, texture, denier, or other qualities, to provide the color-shifting properties to knitted component **130** caused by lenticular knit structure **132**. In FIG. **9**, first feeder **900** may use first yarn **901** to knit base portion **136** of knitted component **136**. Each pass of first feeder **900** across the needle beds **701**, **702** of knitting machine **700** produces a course of intermeshed loops formed with first yarn **901**. Multiple passes of first feeder **900** may be used to knit base portion **136** having the desired number of courses. Next, according to step **804** of process **800**, FIG. **10** illustrates second feeder **902** using second yarn **903** to form first portion **133** of the tubular rib structure forming one side of lenticular knit structure **132**. Second feeder **902** may similarly make multiple passes to knit the desired number of courses using second yarn **903** to form first portion **133**.

After the desired number of courses of second yarn **903** have been knit by second feeder **902**, knitting process **800** may proceed to step **806** to knit second portion **134**. As shown in FIG. **11**, third feeder **904** is used to knit third yarn **905** to form one or more courses forming second portion **134** of the tubular rib structure forming the opposite side of lenticular knit structure **132**. The optional step **808** of inlaying a tensile element may then be performed to place tensile element **724** within the tubular rib structure.

FIGS. **9** through **11** have been used to illustrate exemplary knitting process **800** without specific regard for the sequencing of knitting being performed with respect to any one par-

ticular sets of needles associated with either front needle bed **701** and/or rear needle bed **702**. FIGS. **12** and **13** illustrate exemplary knitting or looping diagrams of the sequencing of knitting each of the portions of knitted component **130**, including base portion **136**, first portion **133**, and second portion **134**, with respect to the specific needle beds that may be used to form each portion. It should be noted, however, that FIGS. **12** and **13** illustrate one exemplary configuration of implementing process **800**. Other configurations may be readily obtained according to the principles of the invention described herein to form other lenticular knit structures to provide color-shifting properties to an article.

In one embodiment of a first knitting diagram **1200**, represented in FIG. **12**, base portion **136** can be formed from first yarn **901** using rear needle bed **702**, followed by first portion **133** of lenticular knit structure **132** being formed from second yarn **903** and second portion **134** of lenticular knit structure **132** being formed from third yarn **905** using a combination of rear needle bed **702** and front needle bed **701**, and another base portion **136** can be formed from first yarn **901** using rear needle bed **702**. The following discussion describes the knitting process schematically illustrated in FIGS. **12-13**, and it will be understood that the front needle bed **701** and rear needle bed **702** referred to in this discussion are shown schematically in FIG. **7**.

Referring again to FIG. **12**, after formation of a final course **1202** of base portion **136** using first yarn **901**, a linking course **1204** may be formed extending between rear needle bed **702** and front needle bed **701**. Next, one or more courses may be knit on the front needle bed **701**. For example, courses forming first portion **133** of lenticular knit structure **132** can be formed in a similar manner as course **1206** knit using second yarn **903** on front needle bed **701**. Next, after a final course **1208** of first portion **133** is knit on front needle bed **701** using second yarn **903**, additional courses forming second portion **134** of lenticular knit structure **132** can be formed in a similar manner as course **1210** using third yarn **905** on front needle bed **701**. After the desired number of courses forming second portion **134** are knit on front needle bed **701**, third yarn **905** may be used to knit a course **1212** with rear needle bed **702**. For example, course **1212** may form the last course of second portion **134** of lenticular knit structure **132** that closes the tubular rib structure and forms a hollow tunnel. After course **1212** finishes lenticular knit structure **132**, another linking course **1214** may be formed extending between rear needle bed **702** and front needle bed **701** that is interlooped to the previous courses on the front needle bed **701** and rear needle bed **702**. By using a knit stitch at linking course **1214** that extends between rear needle bed **702** and front needle bed **701**, third yarn **905** forming second portion **134** of lenticular knit structure **132** can be prepared to be associated with additional courses forming another base portion **136** with first yarn **901** using rear needle bed **702** by transferring knitted component **130** to rear needle bed **702** at step **1216** and repeating the process described above until knitted component **130** is completed.

In various embodiments, different numbers of courses may be knit on one or both of front needle bed **701** and rear needle bed **702** so as to change the shape and/or size of the tubular rib structure forming lenticular knit structure **132**. In some cases, by increasing or decreasing the number of courses knit on the rear needle bed **702** and/or front needle bed **701** the size of the tubular rib structure may be correspondingly enlarged or reduced. In other cases, by increasing the number of courses knit on one of the rear needle bed **702** or front needle bed **701** relative to the other, the shape of the tubular rib structure may be altered. For example, by increasing the number of courses

17

knit on the rear needle bed **702**, the shape of the tubular rib structure may be changed so as to round out the curvature on interior surface **122** of knitted component **130** to be similar to the curvature on exterior surface **121** of knitted component **130**. Additionally, by increasing or decreasing the number of courses knit with each of second yarn **903** and/or third yarn **905**, the extent or amount of first portion **133** and/or second portion **134** may be similarly modified.

For example, by increasing the number of courses knit with second yarn **903** to form first portion **133** and/or decreasing the number of courses knit with third yarn **905** to form second portion **134**, the color-shifting properties provided to knitted component **130** by a lenticular knit structure with this configuration may be altered so as to increase the number of viewing angles that are associated with the visual effect or color from first portion **133** and/or decreasing the number of viewing angles that are associated with the visual effect or color from second portion **134**. Thus, a lenticular knit structure having a larger first portion than a second portion will have more viewing angles that are associated with the visual effect caused by the first portion than the second portion, given the greater extent of the second yarn forming the resulting lenticular knit structure.

In the exemplary knitting diagram **1200** described in reference to FIG. **12**, lenticular knit structure **132** is formed as a hollow tubular rib structure. In other embodiments, a tensile element may be inlaid within the unsecured central area of one or more lenticular knit structures **132** forming tubular rib structures. FIG. **13** illustrates an exemplary knitting diagram **1300** for forming lenticular knit structure **132** including inlaid tensile element **724**. As shown in FIG. **13**, the process is substantially similar as the process shown in knitting diagram **1200** for forming lenticular knit structure **132** as a hollow tubular rib structure illustrated in FIG. **12**.

However, in the process of FIG. **13**, after forming course **1212** on rear needle bed **702**, tensile element **724** is inlaid within a portion of the tubular rib structure forming lenticular knit structure **132** at an inlaying step **1302**. Tensile element **724** may be inlaid at step **1302** using a combination feeder and associated method of inlaying described in described in U.S. Pat. No. 8,522,577 to Huffa, incorporated by reference above.

After tensile element **724** is inlaid within lenticular knit structure **132** at step **1302**, the process shown in knitting diagram **1300** proceeds in a substantially similar manner as in knitting diagram **1200**. That is, another linking course **1214** may be formed extending between rear needle bed **702** and front needle bed **701** that is interlooped to the previous courses on the front needle bed **701** and rear needle bed **702**. By using a knit stitch at linking course **1214** that extends between rear needle bed **702** and front needle bed **701**, third yarn **905** forming second portion **134** of lenticular knit structure **132** can be prepared to be associated with additional courses forming another base portion **136** with first yarn **901** using rear needle bed **702** by transferring knitted component **130** to rear needle bed **702** at step **1216** and repeating the process described above until knitted component **130** is completed. With this configuration, lenticular knit structure **132** including an inlaid tensile element **724** is formed with tensile element **724** being contained within the hollow unsecured area within the tubular rib structure extending along the length of lenticular knit structure **132**.

In other embodiments, the formation of knitted component **130** may be similar but entail a switch in the needle beds used. For example, the knitting process shown in FIGS. **12** and **13** may be performed using opposite needle beds, such that base portion **136** can be formed using front needle bed **701** and the remaining steps shown in FIGS. **12** and **13** can be performed

18

in identical order using the opposite needle bed than illustrated. Other methods of using the various needle beds of knitting machine **700** to form base portion **136** and lenticular knit structure **132**, including first portion **133** and second portion **134**, will be apparent to one of ordinary skill in the art based on the above description.

FIGS. **14** and **15** illustrate representational views of a cross section of knitted component **130** incorporating lenticular knit structures **132**. FIG. **14** illustrates representational view **1400** of a portion of knitted component **130** incorporating lenticular knit structures **132** with hollow unsecured areas **1410**. As shown in this embodiment, each lenticular knit structure **132** includes first portion **133** formed using second yarn **903** and second portion **134** formed using third yarn **905**. In an exemplary embodiment, at least one course of first portion **133** formed with second yarn **903** is interlooped with at least one course of second portion **134** formed with third yarn **905**. With this configuration, first portion **133** and second portion **134** are formed of unitary knit construction. Spaced between and separating each of lenticular knit structures **132** are base portion **136** of knitted component **130**. Base portion **136** is formed from first yarn **901**, as described above, and is also formed of unitary knit construction with first portion **133** and second portion **134** on respective sides of lenticular knit structure **132**.

The configuration of lenticular knit structure **132** including first portion **133** formed by second yarn **903** on one side of the tubular rib structure and second portion **134** formed by third yarn **905** on the opposite side of the tubular rib structure provides the color-shifting properties to knitted component **130**. As noted above, in various embodiments, second yarn **903** and third yarn **905** may be different types that provide different visual effects. For example, in this embodiment, second yarn **903** may be associated with a first color and third yarn **905** may be associated with a second color that is different from the first. In other embodiments, however, second yarn **903** and third yarn **905** may be of types having different characteristics that may cause a visual color-shifting effect.

The color-shifting properties of knitted component **130** provided by lenticular knit structures **132** will be described with reference to representational view **1400**. In this embodiment, when knitted component **130** is viewed from a first viewing angle **1402**, first portion **133** formed by second yarn **903** is primarily and substantially presented towards the viewer. Thus, from first viewing angle **1402**, first portion **133** of lenticular knit structure **132** may provide the primary overall visual effect of knitted component **130** to the viewer. In this case, the characteristics associated with second yarn **903** forming first portion **133** provide the visual effect, for example, the color of second yarn **903**.

In contrast, when knitted component **130** is viewed from a second viewing angle **1404** that is different from first viewing angle **1402**, the viewer is presented with a different visual effect. In this embodiment, when knitted component **130** is viewed from second viewing angle **1404**, second portion **134** formed by third yarn **905** is primarily and substantially presented towards the viewer. Thus, from second viewing angle **1404**, second portion **134** of lenticular knit structure **132** may provide the primary overall visual appearance of knitted component **130** to the viewer. In this case, the characteristics associated with third yarn **905** forming second portion **134** provide the visual effect, for example, the color of third yarn **905** that is different from the color of second yarn **903**. As noted previously, in other embodiments, the varying visual effect provided between second yarn **903** and third yarn **905**

**19**

may include other characteristics, including, but not limited to yarn type, denier, texture, or other properties that generate differing visual effects.

With this configuration of lenticular knit structures **132** on knitted component **130**, the color-shifting properties of upper **120** and/or article **100** may be provided so that a viewer observes a change in the visual effect of upper **120** and/or article **100** as the viewing angle changes, for example, as the viewing angle changes between first viewing angle **1402** and second viewing angle **1404**. In addition, as noted above, in some embodiments, base portion **136** may be formed using first yarn **901** that is similar or different to either or both of second yarn **903** and third yarn **905** to coordinate or contrast with first portion **133** and/or second portion **134** of lenticular knit structure **132** to further assist with the visual effect provided to knitted component **130**.

Referring now to FIG. **15**, a representational view **1500** of a portion of knitted component **130** incorporating lenticular knit structures **132** with unsecured areas **1410** including tensile elements **724** is illustrated. In this embodiment, each of lenticular knit structures **132** includes an inlaid tensile element **724** extending through unsecured area **1410** within the interior of the tubular rib structure forming lenticular knit structure **132**. As shown in FIG. **15**, each lenticular knit structure **132** includes an accompanying tensile element **724**. In other embodiments, however, tensile elements **724** may be disposed in only selected lenticular knit structures **132** located in specific areas or regions of knitted component **130**. For example, as shown in FIG. **1**, tensile elements **724** may be included in lenticular knit structures **132** located along instep area **150** so as to provide lace receiving members **154** that forms loops to receive lace **152**. In still other embodiments, tensile elements **724** may be omitted.

The previous embodiments of knitted component **130** illustrated lenticular knit structures **132** having two portions formed using different yarns to provide the color-shifting properties to upper **120** and article **100**. In other embodiments, a lenticular knit structure may be formed that includes additional portions formed using another type of yarn different from both of the yarns forming the first and second portions of the lenticular knit structure. FIGS. **16** through **22** illustrate an exemplary embodiment of an article of footwear **1600** that includes lenticular knit structures having three portions formed using different yarns.

An exemplary coordinate system for describing the exemplary embodiment of article **1600** shown in FIGS. **16** through **22** is illustrated in FIG. **19**, where a longitudinal direction **2** extends along article **1600** between forefoot region **10** to heel region **14** of article **1600**, a lateral direction **4** extends along article **1600** between lateral side **16** and medial side **18**, and a vertical direction **6** extends along article **1600** between sole structure **110** and a top of article **1600**.

In some embodiments, article **1600** includes an upper **1620** that includes components that are substantially similar to the components associated with upper **120**, described above. For example, upper **1620** may include throat opening **140** surrounded by collar **142**, and may be joined along seam **160**, as described above. Similarly, upper **1620** may include exterior surface **121** and interior surface **122** associated with, respectively, the outside and inside of article **1600**. Upper **1620** may be joined or secured to sole structure **110** to complete article of footwear **1600**.

In an exemplary embodiment, upper **1620** incorporates a knitted component **1630** that includes first lenticular knit structures **1632** having two portions formed from two different yarns, in a substantially similar manner as, and substantially similar to, lenticular knit structures **132**, described

**20**

above. In an exemplary embodiment, knitted component **1630** further includes at least one area **1602** with second lenticular knit structures **1638** having three portions formed from three different yarns. Additionally, in this embodiment, knitted component **1630** includes base portions **1636** that are disposed between one or more of first lenticular knit structures **1632** and/or second lenticular knit structures **1638**. In one embodiment, base portions **1636** may be formed in a substantially similar manner as, and substantially similar to, base portions **136**, described above.

Referring to FIG. **16**, in this embodiment, knitted component **1630** includes area **1602** having one or more second lenticular knit structures **1638**, while the remaining portion of knitted component **1630** includes first lenticular knit structures **1632**. While this embodiment illustrates a single area **1602** having second lenticular knit structures **1638**, it should be understood that additional or different areas located on other areas or portions of knitted component **1630** may be provided. Additionally, in some embodiments, area **1602** may be selected so as to serve as an indicia, logo, pattern, or other visual effect that is different from the remaining portions of knitted component **1630**.

In an exemplary embodiment, first lenticular knit structures **1632** may provide color-shifting properties to knitted component **1630** through incorporation of two or more types of yarn being used to knit first lenticular knit structure **1632**. For example, in embodiments where lenticular knit structure **1632** is in the form of a tubular rib structure, different portions of first lenticular knit structure **1632** may include different types of yarn along each side of the tubular rib structure. In one embodiment, a first portion **1633** of first lenticular knit structure **1632** disposed on one side of the tubular rib structure may be knit using a first yarn and a second portion **1634** of first lenticular knit structure **1632** disposed on the opposite side of the tubular rib structure may be knit using a second yarn that is different from the first yarn. In some cases, the types of yarn may vary in color to provide the color-shifting properties to knitted component **1630**. In other cases, the types of yarn may vary in texture or denier to provide the color-shifting properties to knitted component **1630**.

In some embodiments, knitted component **1630** further includes area **1602** with second lenticular knit structures **1638**. Second lenticular knit structures **1638** may similarly provide color-shifting properties to knitted component **1630** through incorporation of two or more types of yarn being used to knit the lenticular knit structure **1638**, as with first lenticular knit structure **1632**. For example, in embodiments where second lenticular knit structure **1638** is in the form of a tubular rib structure, different portions of second lenticular knit structure **1638** may similarly include different types of yarn along each side of the tubular rib structure, including first portion **1633** of second lenticular knit structure **1638** disposed on one side of the tubular rib structure knit using the first yarn and second portion **1634** of second lenticular knit structure **1638** disposed on the opposite side of the tubular rib structure may be knit using the second yarn that is different from the first yarn. In this embodiment, second tubular knit structure **1638** further includes an upper portion **1637** disposed on the top of the tubular rib structure using a third yarn that is different from both the first yarn and the second yarn used for each of first portion **1633** and second portion **1634**. With this configuration, second lenticular knit structure **1638** may present a third visual effect caused by upper portion **1637** to knitted component **1630** that is different from the visual effects presented by first portion **1633** and/or second portion **1634** disposed along the sides of second lenticular knit structures **1638** and first lenticular knit structures **1632**.

21

In one embodiment, area **1602** having second lenticular knit structures **1638** may be located approximately in a portion of forefoot region **10** and/or midfoot region **12** and be offset towards lateral side **16** of article **1600**. With this arrangement, area **1602** may present the third visual effect to a viewer when article **1600** and upper **1620** are viewed from a viewing angle that includes at least a portion of lateral side **16**, while area **1602** may not present the third visual effect to a viewer when article **1600** and upper **1620** are viewed from a viewing angle that is primarily along medial side **18**. For example, as shown in medial side view illustrated in FIG. **17**, area **1602** is not visible from medial side **18**. However, as shown in lateral side view illustrated in FIG. **18**, area **1602** is visible from lateral side **16**. Similarly, when viewing article **1600** and upper **1620** from a top or front view illustrated in FIG. **19**, area **1602** is also visible to the viewer. With this configuration, area **1602** including second lenticular knit structures **1638** may be selectively provided on various portions of knitted component **1630**. In different embodiments, however, area **1602** or additional areas, may be located on different portions of upper **1620** as desired to produced different color-shifting properties to those portions of upper **1620**.

As noted above, first lenticular knit structure **1632** may be formed in a substantially similar manner as lenticular knit structure **132**, described above and shown in particular with reference to knitting diagrams **1200** and **1300** in FIGS. **12** and **13**. The knitting process for knitting second lenticular knit structure **1638** may include many similar steps as first lenticular knit structure **1632** and/or lenticular knit structure **132**. In contrast, however, a third yarn may be used to form upper portion **1637** of second lenticular knit structure **1638** so as to present the third visual effect to knitted component **1630**. FIGS. **20** and **21** illustrate exemplary knitting or looping diagrams of the sequencing of knitting each of the portions of knitted component **1630**, including base portion **1636**, first portion **1633**, second portion **1634**, and upper portion **1637**, with respect to the specific needle beds that may be used to form each portion. It should be noted, however, that FIGS. **20** and **21** illustrate one exemplary configuration of implementing a knitting process for forming knitted component **1630**. Other configurations may be readily obtained according to the principles of the invention described herein to form other lenticular knit structures to provide color-shifting properties to an article.

In one embodiment of a third knitting diagram **2000**, represented in FIG. **20**, base portion **1636** can be formed from first yarn **901** using rear needle bed **702**, followed by first portion **1633** of second lenticular knit structure **1638** being formed from second yarn **903** and second portion **1634** of second lenticular knit structure **1638** being formed from third yarn **905** using a combination of rear needle bed **702** and front needle bed **701**, and another base portion **1636** can be formed from first yarn **901** using rear needle bed **702**. The following discussion describes the knitting process schematically illustrated in FIGS. **20-21**, and it will be understood that the front needle bed **701** and rear needle bed **702** referred to in this discussion are shown schematically in FIG. **7**.

Referring again to FIG. **20**, after formation of a final course **2002** of base portion **1636** using first yarn **901**, a linking course **2004** may be formed extending between rear needle bed **702** and front needle bed **701**. Next, one or more courses may be knit on the front needle bed **701**. For example, courses forming first portion **1633** of second lenticular knit structure **1638** can be formed in a similar manner as course **2006** knit using second yarn **903** on front needle bed **701**. Next, after a final course **2008** of first portion **1633** is knit on front needle

22

bed **701** using second yarn **903**, courses forming upper portion **1637** of second lenticular knit structure **1638** can be formed in a similar manner as course **2010** using fourth yarn **907**.

After the desired number of courses forming upper portion **1637** are knit using fourth yarn **907**, additional courses forming second portion **1634** of second lenticular knit structure **1638** can be formed in a similar manner as course **2012** using third yarn **905** on front needle bed **701**. After the desired number of courses forming second portion **1634** are knit on front needle bed **701**, third yarn **905** may be used to knit a course **2014** with rear needle bed **702**. For example, course **2014** may form the last course of second portion **1634** of second lenticular knit structure **1638** that closes the tubular rib structure and forms a hollow tunnel. After course **2014** finishes second lenticular knit structure **1638**, another linking course **2016** may be formed extending between rear needle bed **702** and front needle bed **701** that is interlooped to the previous courses on the front needle bed **701** and rear needle bed **702**. By using a knit stitch at linking course **2016** that extends between rear needle bed **702** and front needle bed **701**, third yarn **905** forming second portion **1634** of second lenticular knit structure **1638** can be prepared to be associated with additional courses forming another base portion **1636** with first yarn **901** using rear needle bed **702** by transferring knitted component **1630** to rear needle bed **702** at step **2018** and repeating the process described above until knitted component **1630** is completed.

In various embodiments, different numbers of courses may be knit on one or both of front needle bed **701** and rear needle bed **702** so as to change the shape and/or size of the tubular rib structure forming second lenticular knit structure **1638**, as described above with regard to lenticular knit structure **132**.

In the exemplary knitting diagram **2000** described in reference to FIG. **20**, second lenticular knit structure **1638** is formed as a hollow tubular rib structure. In other embodiments, a tensile element may be inlaid within the unsecured central area of one or more second lenticular knit structures **1638** forming tubular rib structures, in a similar manner as first lenticular knit structures **1632** and/or lenticular knit structures **132**. FIG. **21** illustrates an exemplary knitting diagram **2100** for forming second lenticular knit structure **1638** including inlaid tensile element **724**. As shown in FIG. **21**, the process is substantially similar as the process shown in knitting diagram **2000** for forming second lenticular knit structure **1638** as a hollow tubular rib structure illustrated in FIG. **20**.

However, in the process of FIG. **21**, after forming course **2014** on rear needle bed **702**, tensile element **724** is inlaid within a portion of the tubular rib structure forming second lenticular knit structure **1638** at an inlaying step **2102**. Tensile element **724** may be inlaid at step **2102** using a combination feeder and associated method of inlaying described in described in U.S. Pat. No. 8,522,577 to Huffa, incorporated by reference above.

After tensile element **724** is inlaid within second lenticular knit structure **1638** at step **2102**, the process shown in knitting diagram **2100** proceeds in a substantially similar manner as in knitting diagram **2000**. That is, another linking course **2016** may be formed extending between rear needle bed **702** and front needle bed **701** that is interlooped to the previous courses on the front needle bed **701** and rear needle bed **702**. By using a knit stitch at linking course **2016** that extends between rear needle bed **702** and front needle bed **701**, third yarn **905** forming second portion **1634** of second lenticular knit structure **1638** can be prepared to be associated with additional courses forming another base portion **1636** with

23

first yarn **901** using rear needle bed **702** by transferring knitted component **1630** to rear needle bed **702** at step **2018** and repeating the process described above until knitted component **1630** is completed. With this configuration, second lenticular knit structure **1638** including an inlaid tensile element **724** is formed with tensile element **724** being contained within the hollow unsecured area within the tubular rib structure extending along the length of second lenticular knit structure **1638**.

FIG. **22** illustrates a representational view **2200** of a cross section of a portion of knitted component **1630** incorporating second lenticular knit structures **1638**. For example, view **2200** may be a portion of knitted component associated with area **1602**. In this embodiment, the portion of knitted component **1630** incorporates second lenticular knit structures **1638** with hollow unsecured areas **2210**. It should be understood that second lenticular knit structures **1638** including inlaid tensile elements **724** may have a substantially similar structure with inlaid tensile element **724** being located with hollow unsecured areas **2210**. As shown in this embodiment, each second lenticular knit structure **1638** includes first portion **1633** formed using second yarn **903** and second portion **1634** formed using third yarn **905**. In addition, in contrast to first lenticular knit structure **1632**, second lenticular knit structure **1638** further includes upper portion **1637** formed using fourth yarn **907**.

In an exemplary embodiment, upper portion **1637** is located at the top of the tubular rib structure forming second lenticular knit structure **1638**. In some embodiments, upper portion **1637** formed using fourth yarn **907** may be disposed between first portion **1633** and second portion **1634**. That is, at least one course of first portion **1633** formed with second yarn **903** is interlooped with at least one course of upper portion **1637** formed with fourth yarn **907** and at least one course of second portion **1634** formed with third yarn **905** is also interlooped with at least one course of upper portion **1637** formed with fourth yarn **907**. With this configuration, each of first portion **1633**, upper portion **1637**, and second portion **1634** are formed of unitary knit construction. Spaced between and separating each of second lenticular knit structures **1638** are base portion **1636** of knitted component **1630**. Base portion **1636** is formed from first yarn **901**, as described above, and is also formed of unitary knit construction with first portion **1633** and second portion **1634** on respective sides of second lenticular knit structure **1638**.

The configuration of second lenticular knit structure **1638** including first portion **1633** formed by second yarn **903** on one side of the tubular rib structure and second portion **1634** formed by third yarn **905** on the opposite side of the tubular rib structure provides the color-shifting properties to knitted component **1630**. In addition, upper portion **1637** of second lenticular knit structure **1638** formed by fourth yarn **907** on the top of the tubular rib structure may provide an additional visual effect to knitted component **1630**. As noted above, in various embodiments, second yarn **903** and third yarn **905** may be different types that provide different visual effects. For example, in this embodiment, second yarn **903** may be associated with a first color and third yarn **905** may be associated with a second color that is different from the first. In other embodiments, however, second yarn **903** and third yarn **905** may be of types having different characteristics that may cause a visual color-shifting effect. In addition, fourth yarn **907** may be a different type from either or both of second yarn **903** and third yarn **905**.

The color-shifting properties of knitted component **1630** provided by second lenticular knit structures **1638** will be described with reference to representational view **2200**. In

24

this embodiment, when knitted component **1630** is viewed from a first viewing angle **2202**, first portion **1633** formed by second yarn **903** is primarily and substantially presented towards the viewer. Thus, from first viewing angle **2202**, first portion **1633** of second lenticular knit structure **1638** may provide the primary overall visual effect of knitted component **1630** to the viewer. In this case, the characteristics associated with second yarn **903** forming first portion **1633** provide the visual effect, for example, the color of second yarn **903**.

In contrast, when knitted component **1630** is viewed from a second viewing angle **2204** that is different from first viewing angle **2202**, the viewer is presented with a different visual effect. In this embodiment, when knitted component **1630** is viewed from second viewing angle **2204**, second portion **1634** formed by third yarn **905** is primarily and substantially presented towards the viewer. Thus, from second viewing angle **2204**, second portion **1634** of second lenticular knit structure **1638** may provide the primary overall visual appearance of knitted component **1630** to the viewer. In this case, the characteristics associated with third yarn **905** forming second portion **1634** provide the visual effect, for example, the color of third yarn **905** that is different from the color of second yarn **903**. As noted previously, in other embodiments, the varying visual effect provided between second yarn **903** and third yarn **905** may include other characteristics, including, but not limited to yarn type, denier, texture, or other properties that generate differing visual effects.

With this configuration of second lenticular knit structures **1638** on knitted component **1630**, as well as the similar components forming first lenticular knit structures **1632**, the color-shifting properties of upper **1620** and/or article **1600** may be provided so that a viewer observes a change in the visual effect of upper **1620** and/or article **1600** as the viewing angle changes, for example, as the viewing angle changes between first viewing angle **2202** and second viewing angle **2204**. In contrast with first lenticular knit structures **1632** and lenticular knit structures **132** shown in representational view **1400**, described above, second lenticular knit structures **1638** are configured to provide a third visual effect caused by upper portion **1637** formed using fourth yarn **907**.

As shown in FIG. **22**, the third visual effect generated by upper portion **1637** of second lenticular knit structures **1638** may be visible when viewing knitted component **1630** from a third viewing angle **2206** that is viewing the tops of second lenticular knit structures **1638** from an approximately vertical direction. However, because of the location of upper portion **1637** on the tops of second lenticular knit structures **1638**, upper portion **1637** is also visible when viewing knitted component **1630** from either or both of first viewing angle **2202** and second viewing angle **2204**. That is, the third visual effect provided by upper portion **1637** formed using fourth yarn **907** may remain substantially constant across multiple viewing angles. For example, the same visual effect generated by upper portion **1637** is visible from first viewing angle **2202**, second viewing angle **2204**, and third viewing angle **2206**. With this configuration, second lenticular knit structure **1638** may provide a visual effect within area **1602** of knitted component **1630** that remains substantially unchanged through multiple viewing angles.

In addition, in some embodiments, base portion **1636** may be formed using first yarn **901** that is similar or different to one or more of second yarn **903**, third yarn **905**, and/or fourth yarn **907** to coordinate or contrast with first portion **1633**, upper portion **1637**, and/or second portion **1634** of second lenticular knit structure **1638** to further assist with the visual effects provided to knitted component **1630**.

25

While various embodiments have been described, the description is intended to be exemplary, rather than limiting and it will be apparent to those of ordinary skill in the art that many more embodiments and implementations are possible that are within the scope of the embodiments. Accordingly, the embodiments are not to be restricted except in light of the attached claims and their equivalents. Also, various modifications and changes may be made within the scope of the attached claims. As used in the claims, "any of" when referencing the previous claims is intended to mean (i) any one claim, or (ii) any combination of two or more claims referenced.

What is claimed is:

**1**. An article of footwear including an upper and a sole structure attached to the upper, the upper incorporating a knitted component formed of unitary knit construction, the knitted component comprising:

at least one lenticular knit structure including a first portion and a second portion disposed on opposite sides of the lenticular knit structure; and

a base portion disposed adjacent to the at least one lenticular knit structure;

wherein the at least one lenticular knit structure extends away from the base portion on an exterior surface of the upper; and

wherein the first portion of the at least one lenticular knit structure is associated with a first visual effect when the upper is viewed from a first viewing angle and the second portion of the at least one lenticular knit structure is associated with a second visual effect when the upper is viewed from a second viewing angle that is different than the first viewing angle.

**2**. The article of footwear according to claim **1**, wherein the first portion of the at least one lenticular knit structure is formed using a first yarn and the second portion of the at least one lenticular knit structure is formed using a second yarn, the first yarn and the second yarn having different characteristics.

**3**. The article of footwear according to claim **2**, wherein the first yarn and the second yarn are one or more of different yarn types, different colors, different textures, and different deniers.

**4**. The article of footwear according to claim **2**, wherein the first yarn substantially generates the first visual effect when the upper is viewed from the first viewing angle and the second yarn substantially generates the second visual effect when the upper is viewed from the second viewing angle.

**5**. The article of footwear according to claim **1**, wherein the knitted component further comprises a plurality of lenticular knit structures.

**6**. The article of footwear according to claim **5**, wherein the plurality of lenticular knit structures comprises a first lenticular knit structure and a second lenticular knit structure, the first lenticular knit structure having the first portion formed using a first yarn and the second portion formed using a second yarn, and the second lenticular knit structure having the first portion formed using the first yarn, the second portion formed using the second yarn, and an upper portion disposed between the first portion and the second portion, the upper portion being formed using a third yarn.

**7**. The article of footwear according to claim **6**, wherein one or more of the second lenticular knit structures are located in a first area on the knitted component and the remaining portion of the knitted component includes a plurality of the first lenticular knit structures.

**8**. The article of footwear according to claim **6**, wherein the first yarn, the second yarn, and the third yarn are different colors.

26

**9**. The article of footwear according to claim **6**, wherein the upper portion generates a third visual effect that is visible from both the first viewing angle and the second viewing angle.

**10**. A knitted component for incorporating into an article, the knitted component comprising:

a plurality of lenticular knit structures, each of the lenticular knit structures including a first portion formed using a first yarn on one side of the lenticular knit structure and a second portion formed using a second yarn disposed on an opposite side of the lenticular knit structure, the first yarn and the second yarn being different; and

a base portion disposed between adjacent lenticular knit structures;

wherein the first portion, the second portion, and the base portion are formed of unitary knit construction with the knitted component; and

wherein the first portion of the lenticular knit structure is associated with a first visual effect when the knitted component is viewed from a first viewing angle and the second portion of the at least one lenticular knit structure is associated with a second visual effect when the knitted component is viewed from a second viewing angle that is different than the first viewing angle.

**11**. The knitted component according to claim **10**, wherein the base portion is formed using a yarn that is different from the first yarn and the second yarn; and

wherein the base portion includes at least one course that is connected to: (a) at least one course of the first yarn forming the first portion, and (b) at least one course of the second yarn forming the second portion.

**12**. The knitted component according to claim **10**, wherein each of the plurality of lenticular knit structures have the configuration of a tubular rib structure, including a hollow unsecured area disposed between overlapping knit layers of the tubular rib structure.

**13**. The knitted component according to claim **12**, wherein at least one of the plurality of lenticular knit structures further includes a tensile element disposed within the hollow unsecured area.

**14**. The knitted component according to claim **10**, wherein the plurality of lenticular knit structures comprises a first lenticular knit structure and a second lenticular knit structure, the first lenticular knit structure having the first portion formed using the first yarn and the second portion formed using the second yarn, and the second lenticular knit structure having the first portion formed using the first yarn, the second portion formed using the second yarn, and an upper portion disposed between the first portion and the second portion, the upper portion being formed using a third yarn.

**15**. The knitted component according to claim **14**, wherein the upper portion generates a third visual effect that is visible from both the first viewing angle and the second viewing angle.

**16**. A method of manufacturing a knitted component for incorporating into an article, the method comprising:

knitting a base portion of the knitted component;

knitting a first portion of a lenticular knit structure using a first yarn;

knitting a second portion of the lenticular knit structure using a second yarn, the second yarn being different from the first yarn;

the lenticular knit structure being formed so that the first portion and the second portion are disposed on opposite sides of the lenticular knit structure and the lenticular knit structure extends away from the base portion in a vertical direction; and

US 9,078,488 B1

27

28

wherein the first portion of the lenticular knit structure is associated with a first visual effect when the knitted component is viewed from a first viewing angle and the second portion of the at least one lenticular knit structure is associated with a second visual effect when the knitted component is viewed from a second viewing angle that is different than the first viewing angle.

**17**. The method according to claim **16**, wherein the base portion, the first portion, and the second portion are formed of unitary knit construction during a knitting process.

**18**. The method according to claim **16**, wherein the method further comprises knitting an upper portion of the lenticular knit structure disposed between the first portion and the second portion, the upper portion being knit using a third yarn.

**19**. The method according to claim **18**, wherein the upper portion generates a third visual effect that is visible from both the first viewing angle and the second viewing angle.

**20**. The method according to claim **16**, further comprising inlaying a tensile element within the lenticular knit structure.

\*   \*   \*   \*   \*