# EXHIBIT E

US007401420B2

(12) **United States Patent**
Dojan et al.

(10) Patent No.: **US 7,401,420 B2**
(45) Date of Patent: **\*Jul. 22, 2008**

(54) **ARTICLE OF FOOTWEAR HAVING A FLUID-FILLED BLADDER WITH A REINFORCING STRUCTURE**

(75) Inventors: **Frederick J. Dojan**, Vancouver, WA (US); **Thomas Foxen**, Portland, OR (US); **John F. Swigart**, Portland, OR (US); **Eric Steven Schindler**, Portland, OR (US)

(73) Assignee: **Nike, Inc.**, Beaverton, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 108 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/434,301**

(22) Filed: **May 12, 2006**

(65) **Prior Publication Data**

US 2006/0201029 A1    Sep. 14, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/767,211, filed on Jan. 28, 2004, now Pat. No. 7,086,179.

(60) Provisional application No. 60/531,674, filed on Dec. 23, 2003.

(51) **Int. Cl.**
*A43B 13/20*    (2006.01)

(52) **U.S. Cl.** ........................................ **36/29**

(58) **Field of Classification Search** .................... 36/29, 36/153, 154, 35 B
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 900,867 | A | 10/1908 | Miller |
| 1,069,001 | A | 7/1913 | Guy |
| 1,181,441 | A | 5/1916 | Franklin |
| 1,240,153 | A | 9/1917 | Olsen |
| 1,304,915 | A | 5/1919 | Spinney |
| 1,323,610 | A | 12/1919 | Price |
| 1,514,468 | A | 11/1924 | Schopf |
| 1,584,034 | A | 5/1926 | Klotz |
| 1,625,582 | A | 4/1927 | Anderson |
| 1,625,810 | A | 4/1927 | Krichbaum |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AT | 181938 | 2/1906 |

(Continued)

OTHER PUBLICATIONS

Sport Research Review, NIKE, Inc., Jan./Feb. 1990.

(Continued)

*Primary Examiner*—Ted Kavanaugh
(74) *Attorney, Agent, or Firm*—Plumsea Law Group, LLC

(57)    **ABSTRACT**

A sole component and a method of manufacturing the sole component are disclosed. In general, the sole component includes a fluid-filled bladder and a reinforcing structure extending around the bladder. The reinforcing structure is bonded to the exterior of the bladder, and may be recessed into the bladder. In some embodiments, the reinforcing structure extends along the side surfaces of the bladder and between upper and lower surfaces of bladder. In manufacturing the sole component, the reinforcing structure may be located within a mold, and the polymer material forming the bladder may be bonded to the reinforcing structure during the molding process.

**20 Claims, 32 Drawing Sheets**



**US 7,401,420 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,869,257 | A | 7/1932 | Hitzler | |
| 1,916,483 | A | 7/1933 | Krichbaum | |
| 1,970,803 | A | 8/1934 | Johnson | |
| 2,004,906 | A | 6/1935 | Simister | |
| 2,080,469 | A | 5/1937 | Gilbert | |
| 2,086,389 | A | 7/1937 | Pearson | |
| 2,269,342 | A | 1/1942 | Johnson | |
| 2,365,807 | A | 12/1944 | Dialynas | |
| 2,488,382 | A | 11/1949 | Davis | |
| 2,546,827 | A | 3/1951 | Lavinthal | |
| 2,600,239 | A | 6/1952 | Gilbert | |
| 2,645,865 | A | 7/1953 | Town | |
| 2,677,906 | A | 5/1954 | Reed | |
| 2,703,770 | A | 3/1955 | Melzer | |
| 2,748,401 | A | 6/1956 | Winstead | |
| 2,762,134 | A | 9/1956 | Town | |
| 3,030,640 | A | 4/1962 | Gosman | |
| 3,048,514 | A | 8/1962 | Bentele et al. | |
| 3,120,712 | A | 2/1964 | Menken | |
| 3,121,430 | A | 2/1964 | O'Reilly | |
| 3,204,678 | A | 9/1965 | Worcester | |
| 3,251,076 | A | 5/1966 | Burke | |
| 3,284,264 | A | 11/1966 | O'Rourke | |
| 3,335,045 | A | 8/1967 | Post | |
| 3,366,525 | A | 1/1968 | Jackson | |
| 3,469,576 | A | 9/1969 | Smith et al. | |
| 3,568,227 | A | 3/1971 | Dunham | |
| 3,589,037 | A | 6/1971 | Gallagher | |
| 3,608,215 | A | 9/1971 | Fukuoka | |
| 3,685,176 | A | 8/1972 | Rudy | |
| 3,758,964 | A | 9/1973 | Nishimura | |
| 3,765,422 | A | 10/1973 | Smith | |
| 4,017,931 | A | 4/1977 | Golden | |
| 4,054,960 | A | 10/1977 | Pettit et al. | |
| 4,115,934 | A | 9/1978 | Hall | |
| 4,123,855 | A | 11/1978 | Thedford | |
| 4,129,951 | A | 12/1978 | Petrosky | |
| 4,167,795 | A | 9/1979 | Lambert, Jr. | |
| 4,183,156 | A | 1/1980 | Rudy | |
| 4,187,620 | A | 2/1980 | Seiner | |
| 4,217,705 | A | 8/1980 | Donzis | |
| 4,219,945 | A | 9/1980 | Rudy | |
| 4,271,606 | A | 6/1981 | Rudy | |
| 4,287,250 | A | 9/1981 | Rudy | |
| 4,292,702 | A | 10/1981 | Phillips | |
| 4,297,797 | A | 11/1981 | Meyers | |
| 4,305,212 | A | 12/1981 | Coomer | |
| 4,328,599 | A | 5/1982 | Mollura | |
| 4,358,902 | A | 11/1982 | Cole et al. | |
| 4,431,003 | A | 2/1984 | Sztancsik | |
| 4,446,634 | A | 5/1984 | Johnson et al. | |
| 4,458,430 | A | 7/1984 | Peterson | |
| 4,483,030 | A | 11/1984 | Plick et al. | |
| 4,486,964 | A | 12/1984 | Rudy | |
| 4,506,460 | A | 3/1985 | Rudy | |
| 4,547,919 | A | 10/1985 | Wang | |
| 4,662,087 | A | 5/1987 | Beuch | |
| 4,670,995 | A | 6/1987 | Huang | |
| 4,686,130 | A | 8/1987 | Kon | |
| 4,698,864 | A | 10/1987 | Graebe | |
| 4,722,131 | A | 2/1988 | Huang | |
| 4,744,157 | A | 5/1988 | Dubner | |
| 4,779,359 | A | 10/1988 | Famolare, Jr. | |
| 4,782,602 | A | 11/1988 | Lakic | |
| 4,803,029 | A | 2/1989 | Iversen et al. | |
| 4,817,304 | A | 4/1989 | Parker et al. | |
| 4,823,482 | A | 4/1989 | Lakic | |
| 4,845,338 | A | 7/1989 | Lakic | |
| 4,845,861 | A | 7/1989 | Moumdgian | |
| 4,874,640 | A | 10/1989 | Donzis | |
| 4,891,855 | A | 1/1990 | Cheng-Chung | |
| 4,906,502 | A | 3/1990 | Rudy | |
| 4,912,861 | A | 4/1990 | Huang | |
| 4,936,029 | A | 6/1990 | Rudy | |
| 4,965,899 | A | 10/1990 | Sekido et al. | |
| 4,972,611 | A | 11/1990 | Swartz et al. | |
| 4,991,317 | A | 2/1991 | Lakic | |
| 4,999,931 | A | 3/1991 | Vermeulen | |
| 4,999,932 | A | 3/1991 | Grim | |
| 5,014,449 | A | 5/1991 | Richard et al. | |
| 5,022,109 | A | 6/1991 | Pekar | |
| 5,025,575 | A | 6/1991 | Lakic | |
| 5,042,176 | A | 8/1991 | Rudy | |
| 5,044,030 | A | 9/1991 | Balaton | |
| 5,046,267 | A | 9/1991 | Kilgore et al. | |
| 5,083,361 | A | 1/1992 | Rudy | |
| 5,104,477 | A | 4/1992 | Williams et al. | |
| 5,131,174 | A | 7/1992 | Drew et al. | |
| 5,155,927 | A | 10/1992 | Bates et al. | |
| 5,158,767 | A | 10/1992 | Cohen et al. | |
| 5,179,792 | A | 1/1993 | Brantingham | |
| 5,193,246 | A | 3/1993 | Huang | |
| 5,199,191 | A | 4/1993 | Moumdjian | |
| 5,224,277 | A | 7/1993 | Sang Do | |
| 5,224,278 | A | 7/1993 | Jeon | |
| 5,228,156 | A | 7/1993 | Wang | |
| 5,235,715 | A | 8/1993 | Donzis | |
| 5,238,231 | A | 8/1993 | Huang | |
| 5,245,766 | A | 9/1993 | Warren | |
| 5,253,435 | A | 10/1993 | Auger et al. | |
| 5,257,470 | A | 11/1993 | Auger et al. | |
| 5,297,349 | A | 3/1994 | Kilgore | |
| 5,335,382 | A | 8/1994 | Huang | |
| 5,337,492 | A | 8/1994 | Anderie et al. | |
| 5,353,459 | A | 10/1994 | Potter et al. | |
| 5,353,523 | A | 10/1994 | Kilgore et al. | |
| 5,355,552 | A | 10/1994 | Huang | |
| 5,367,791 | A | 11/1994 | Gross et al. | |
| 5,406,719 | A | 4/1995 | Potter | |
| 5,425,184 | A | 6/1995 | Lyden et al. | |
| 5,493,792 | A | 2/1996 | Bates et al. | |
| 5,543,194 | A | 8/1996 | Rudy | |
| 5,545,463 | A | 8/1996 | Schmidt et al. | |
| 5,558,395 | A | 9/1996 | Huang | |
| 5,572,804 | A | 11/1996 | Skaja et al. | |
| 5,595,004 | A | 1/1997 | Lyden et al. | |
| 5,625,964 | A | 5/1997 | Lyden et al. | |
| 5,669,161 | A | 9/1997 | Huang | |
| 5,686,167 | A | 11/1997 | Rudy | |
| 5,704,137 | A | 1/1998 | Dean et al. | |
| 5,713,141 | A | 2/1998 | Mitchell et al. | |
| 5,741,568 | A | 4/1998 | Rudy | |
| 5,753,061 | A | 5/1998 | Rudy | |
| 5,755,001 | A | 5/1998 | Potter et al. | |
| 5,771,606 | A | 6/1998 | Litchfield et al. | |
| 5,802,739 | A | 9/1998 | Potter et al. | |
| 5,830,553 | A | 11/1998 | Huang | |
| 5,832,630 | A | 11/1998 | Potter | |
| 5,846,063 | A | 12/1998 | Lakic | |
| 5,902,660 | A | 5/1999 | Huang | |
| 5,907,911 | A | 6/1999 | Huang | |
| 5,916,664 | A | 6/1999 | Rudy | |
| 5,925,306 | A | 7/1999 | Huang | |
| 5,937,462 | A | 8/1999 | Huang | |
| 5,952,065 | A | 9/1999 | Mitchell et al. | |
| 5,976,451 | A | 11/1999 | Skaja et al. | |
| 5,979,078 | A | 11/1999 | McLaughlin | |
| 5,987,780 | A | 11/1999 | Lyden et al. | |
| 5,993,585 | A | 11/1999 | Goodwin et al. | |
| 6,009,637 | A | 1/2000 | Pavone | |
| 6,013,340 | A | 1/2000 | Bonk et al. | |
| 6,027,683 | A | 2/2000 | Huang | |
| 6,029,962 | A | 2/2000 | Shorten et al. | |
| 6,055,746 | A | 5/2000 | Lyden et al. | |

**US 7,401,420 B2**

Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,065,150 | A | 5/2000 | Huang | CN | 54221 | 6/1978 |
| 6,098,313 | A | 8/2000 | Skaja | DE | 32 34 086 | 9/1982 |
| 6,119,371 | A | 9/2000 | Goodwin et al. | DE | 92 01 758.4 | 12/1992 |
| 6,127,010 | A | 10/2000 | Rudy | EP | 0 094 868 | 5/1983 |
| 6,128,837 | A | 10/2000 | Huang | EP | 0 215 974 A1 | 9/1985 |
| 6,192,606 | B1 | 2/2001 | Pavone | EP | 0 605 485 B1 | 9/1992 |
| 6,253,466 | B1 | 7/2001 | Harmon-Weiss | FR | 1195549 | 11/1959 |
| 6,374,514 | B1 | 4/2002 | Swigart | FR | 1406610 | 11/1965 |
| 6,457,262 | B1 | 10/2002 | Swigart | FR | 2144464 | 1/1973 |
| 6,550,085 | B2 | 4/2003 | Roux | FR | 2404413 | 4/1979 |
| 6,665,958 | B2 | 12/2003 | Goodwin | FR | 2407008 | 5/1979 |
| 6,783,184 | B2 | 8/2004 | DiBattista et al. | FR | 2483321 | 4/1981 |
| 6,796,056 | B2 | 9/2004 | Swigart | FR | 2614510 | 4/1987 |
| 6,837,951 | B2 | 1/2005 | Rapaport | FR | 2639537 | 11/1988 |
| 6,889,451 | B2 | 5/2005 | Passke et al. | GB | 7441 | 0/1906 |
| 6,918,198 | B2 | 7/2005 | Chi | GB | 14955 | 0/1893 |
| 6,931,764 | B2 | 8/2005 | Swigart et al. | GB | 233387 | 1/1924 |
| 6,971,193 | B1 | 12/2005 | Potter et al. | GB | 978654 | 12/1964 |
| 7,000,335 | B2 | 2/2006 | Swigart et al. | GB | 1128764 | 10/1968 |
| 7,051,456 | B2 | 5/2006 | Swigart et al. | JP | 4-266718 | 9/1992 |
| 7,070,845 | B2 | 7/2006 | Thomas et al. | JP | 6-181802 | 1/1994 |
| 7,073,276 | B2 | 7/2006 | Swigart | WO | WO89/10074 | 11/1989 |
| 7,076,891 | B2 | 7/2006 | Goodwin | WO | WO90/10396 | 9/1990 |
| 7,086,179 | B2 | 8/2006 | Dojan et al. | WO | WO91/11928 | 8/1991 |
| 7,131,218 | B2 | 11/2006 | Schindler | WO | WO91/11931 | 8/1991 |
| | | | | WO | WO92/08384 | 5/1992 |
| | | | | WO | WO95/20332 | 8/1995 |
| FOREIGN PATENT DOCUMENTS | | | | WO | WO01/19211 | 3/2001 |

| | | |
|---|---|---|
| AT | 200963 | 12/1958 |
| CA | 727582 | 2/1966 |
| CN | 75100322 | 1/1975 |

OTHER PUBLICATIONS

Brooks Running Catalog, Fall 1991.



Figure 1



Figure 2



Figure 3



Figure 4

Case 1:18-cv-10876-LTS   Document 1-5   Filed 05/03/18   Page 9 of 48



**Figure 5**



**Figure 6**



Figure 7

Figure 8



## Figure 9A



## Figure 9B



**Figure 9C**



**Figure 9D**



## Figure  9E



## Figure  9F



**Figure 9G**



Figure 10



**Figure 11**



Figure 12A



Figure 12B

Figure 13B



**Figure 13A**



**Figure 14A**



Figure 14B



Figure 14C



Figure 14D

Figure 14E



Figure 15



Figure 16



Figure 17



Figure 18



**Figure 19**



Figure 20



**Figure 21**



**Figure 22**



Figure 23



Figure 24



**Figure  25**

**1**

# ARTICLE OF FOOTWEAR HAVING A FLUID-FILLED BLADDER WITH A REINFORCING STRUCTURE

## CROSS-REFERENCE To RELATED APPLICATION

This non-provisional U.S. patent application is a continuation of and claims priority to non-provisional U.S. patent application Ser. No. 10/767,211 now U.S. Pat. No 7,086,179, which was filed in the U.S. Patent and Trademark Office on Jan. 28, 2004 and entitled Article Of Footwear Having A Fluid-Filled Bladder With A Reinforcing Structure, such U.S. patent application being entirely incorporated herein by reference. U.S. patent application Ser. No. 10/767,211, in turn, claims priority to provisional U.S. patent application Ser. No. 60/531,674, which was filed in the U.S. Patent and Trademark Office on Dec. 23, 2003 and entitled Article Of Footwear Having A Fluid-Filled Bladder With A Reinforcing Structure.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to footwear. The invention concerns, more particularly, a sole component for an article of footwear and a method of manufacturing the sole component. Although the configuration of the sole component may vary significantly within the scope of the present invention, the sole component generally includes a fluid-filled bladder and an external reinforcing structure secured to the bladder.

### 2. Description of Background Art

A conventional article of athletic footwear includes two primary elements, an upper and a sole structure. The upper provides a covering for the foot that securely receives and positions the foot with respect to the sole structure. In addition, the upper may have a configuration that protects the foot and provides ventilation, thereby cooling the foot and removing perspiration. The sole structure is secured to a lower surface of the upper and is generally positioned between the foot and the ground. In addition to attenuating ground reaction forces and absorbing energy (i.e., imparting cushioning), the sole structure may provide traction and control foot motions, such as over pronation. Accordingly, the upper and the sole structure operate cooperatively to provide a comfortable structure that is suited for a wide variety of ambulatory activities, such as walking and running.

The sole structure of athletic footwear generally exhibits a layered configuration that includes a comfort-enhancing insole, a resilient midsole formed from a polymer foam, and a ground-contacting outsole that provides both abrasion-resistance and traction. Suitable polymer foam materials for the midsole include ethylvinylacetate or polyurethane that compress resiliently under an applied load to attenuate ground reaction forces and absorb energy. Conventional polymer foam materials are resiliently compressible, in part, due to the inclusion of a plurality of open or closed cells that define an inner volume substantially displaced by gas. That is, the polymer foam includes a plurality of bubbles that enclose the gas. Following repeated compressions, the cell structure may deteriorate, thereby resulting in decreased compressibility of the foam. Accordingly, the force attenuation and energy absorption characteristics of the midsole may decrease over the lifespan of the footwear.

One manner of reducing the weight of a polymer foam midsole and decreasing the effects of deterioration following repeated compressions is disclosed in U.S. Pat. No. 4,183,156 to Rudy, hereby incorporated by reference, in which cushion-

**2**

ing is provided by a fluid-filled bladder formed of an elastomeric materials. The bladder includes a plurality of tubular chambers that extend longitudinally along a length of the sole structure. The chambers are in fluid communication with each other and jointly extend across the width of the footwear. The bladder may be encapsulated in a polymer foam material, as disclosed in U.S. Pat. No. 4,219,945 to Rudy, hereby incorporated by reference. The combination of the bladder and the encapsulating polymer foam material functions as a midsole. Accordingly, the upper is attached to the upper surface of the polymer foam material and an outsole or tread member is affixed to the lower surface.

Bladders of the type discussed above are generally formed of an elastomeric material and are structured to have an upper and lower portions that enclose one or more chambers therebetween. The chambers are pressurized above ambient pressure by inserting a nozzle or needle connected to a fluid pressure source into a fill inlet formed in the bladder. Following pressurization of the chambers, the fill inlet is sealed and the nozzle is removed.

Fluid-filled bladders suitable for footwear applications may be manufactured by a two-film technique, in which two separate sheets of elastomeric film are formed to exhibit the overall peripheral shape of the bladder. The sheets are then bonded together along their respective peripheries to form a sealed structure, and the sheets are also bonded together at predetermined interior areas to give the bladder a desired configuration. That is, the interior bonds provide the bladder with chambers having a predetermined shape and size. Such bladders have also been manufactured by a blow-molding technique, wherein a molten or otherwise softened elastomeric material in the shape of a tube is placed in a mold having the desired overall shape and configuration of the bladder. The mold has an opening at one location through which pressurized air is provided. The pressurized air induces the liquefied elastomeric material to conform to the shape of the inner surfaces of the mold. The elastomeric material then cools, thereby forming a bladder with the desired shape and configuration.

## SUMMARY OF THE INVENTION

The present invention is an article of footwear incorporating a sole component that includes a bladder and a reinforcing structure. The bladder is formed of a barrier material, and the bladder encloses a pressurized fluid that exerts an outward force upon the barrier material. The reinforcing structure is at least partially recessed into the barrier material and bonded to the barrier material. At least a portion of the reinforcing structure may be placed in tension by the outward force upon the barrier material. The reinforcing structure may also restrain distension or outwardly-directed swelling of the bladder due to the outward force upon the barrier material, and the reinforcing structure may be formed of a material with a greater modulus of elasticity than the barrier material.

The bladder may include a first surface and an opposite second surface. The first surface may be joined to the second surface by a plurality of interior bonds that are spaced inward from a sidewall of the bladder. In addition, the bladder may include at least one flexion indentation formed in the second surface, the indentation may extend, for example, from a lateral side of the bladder to a medial side of the bladder. As an alternative, the indentation may extend in a generally longitudinal direction. At least one of the interior bonds may join the first surface with the indentation.

The reinforcing structure may include a first portion, a second portion, and a plurality of connecting portions. The

US 7,401,420 B2

**3**

first portion may be positioned at an interface of the first surface and the sidewall, and the first portion may extend along a lateral side of the bladder, around a heel region of the bladder, and along a medial side of the bladder. The second portion may be spaced from the first portion and positioned at an interface of the second surface and the sidewall. In addition, the second portion may extend along the lateral side, around the heel region, and along a medial side of the bladder. The connecting portions may extend along the sidewall and between the first portion and the second portion, with the connecting portions being recessed into sidewall. The connecting portions may also be inclined with respect to the first portion and the second portion.

Another aspect of the present invention involves a method of manufacturing a sole component for an article of footwear. The method includes the steps of molding a fluid-filled bladder from a polymer material, recessing a-reinforcing member into the bladder, and bonding the reinforcing member to the bladder. Accordingly, the reinforcing member may be placed within the mold prior to introducing the polymer material forming the bladder.

The advantages and features of novelty characterizing the present invention are pointed out with particularity in the appended claims. To gain an improved understanding of the advantages and features of novelty, however, reference may be made to the following descriptive matter and accompanying drawings that describe and illustrate various embodiments and concepts related to the invention.

DESCRIPTION OF THE DRAWINGS

The foregoing Summary of the Invention, as well as the following Detailed Description of the Invention, will be better understood when read in conjunction with the accompanying drawings.

FIG. **1** is a lateral side elevational view of an article of footwear having a first sole component in accordance with the present invention.

FIG. **2** is a first perspective view of the first sole component.

FIG. **3** is a second perspective view of the first sole component.

FIG. **4** is a third perspective view of the first sole component.

FIG. **5** is a top plan view of the first sole component.

FIG. **6** is a bottom plan view of the first sole component.

FIG. **7** is a first side elevational view of the first sole component.

FIG. **8** is a second side elevational view of the first sole component.

FIGS. **9A-9E** are cross-sectional views of the first sole component, as defined by section lines 9A-9E in FIG. **5**.

FIG. **9F** is a cross-sectional view of the first sole component, as defined by section line 9F-9F in FIG. **7**.

FIG. **9G** is a cross-sectional view of the article of footwear, as defined by section line 9G-9G in FIG. **1**.

FIG. **10** is a first exploded perspective view of the first sole component.

FIG. **11** is a second exploded perspective view of the first sole component.

FIG. **12A** is a top plan view of an upper mold portion of a mold for forming the first sole component.

FIG. **12B** is a side elevational view of the upper mold portion.

FIG. **13A** is a top plan view of a lower mold portion of the mold.

**4**

FIG. **13B** is a side elevational view of the lower mold portion.

FIGS. **14A-14E** depict various manufacturing steps in forming the first sole component.

FIG. **15** is a perspective view of a second sole component in accordance with the present invention.

FIG. **16** is an exploded perspective view of the second sole component.

FIG. **17** is a perspective view of a third sole component in accordance with the present invention.

FIG. **18** is an exploded perspective view of the third sole component.

FIG. **19** is a perspective view of another embodiment of the third sole component.

FIG. **20** is a side elevational view of the footwear depicting yet another embodiment of the third sole component.

FIG. **21** is a top plan view of a fourth sole component.

FIG. **22** is a lateral side elevational view of an article of footwear having a fifth sole component in accordance with the present invention.

FIG. **23** is a perspective view of the fifth sole component.

FIG. **24** is a lateral side elevational view of an article of footwear having a sixth sole component in accordance with the present invention.

FIG. **25** is a perspective view of a seventh sole component in accordance with the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Introduction

The following discussion and accompanying figures disclose various embodiments of a sole component suitable for footwear applications. In addition, a method of manufacturing the sole component is disclosed. Concepts related to the sole component and manufacturing method are disclosed with reference to footwear having a configuration that is suitable for running. The sole component is not limited solely to footwear designed for running, and may be applied to a wide range of athletic footwear styles, including basketball shoes, cross-training shoes, walking shoes, tennis shoes, soccer shoes, and hiking boots, for example. The sole component may also be applied to footwear styles that are generally considered to be non-athletic, including dress shoes, loafers, sandals, and work boots. The concepts disclosed herein apply, therefore, to a wide variety of footwear styles.

An article of footwear **10**, as depicted in FIG. **1**, includes an upper **11** and a sole structure **12**. Upper **11** may incorporate a plurality material elements (e.g., textiles, foam, and leather) that are stitched or adhesively bonded together to form an interior void for securely and comfortably receiving a foot. The material elements may be selected and located with respect to upper **11** in order to selectively impart properties of durability, air-permeability, wear-resistance, flexibility, and comfort, for example. In addition, upper **11** may include a lace that is utilized in a conventional manner to modify the dimensions of the interior void, thereby securing the foot within the interior void and facilitating entry and removal of the foot from the interior void. The lace may extend through apertures in upper **11**, and a tongue portion of upper **11** may extend between the interior void and the lace. Accordingly, upper **11** itself may have a substantially conventional configuration within the scope of the present invention.

Sole structure **12** is secured to upper **11** and includes a midsole **13** and an outsole **14**. A conventional midsole is primarily formed of a polymer foam material, such as polyurethane or ethylvinylacetate, as discussed in the Background

5
6

of the Invention section. In contrast with the structure of a conventional midsole, midsole **13** incorporates a sole component **20**, as depicted in FIGS. **2-11**, that includes a fluid-filled bladder **30** and an external reinforcing structure **40**. Sole component **20** provides ground reaction force attenuation and energy absorption (i.e., cushioning) as footwear **10** impacts the ground during running, walking, or other ambulatory activities. In addition, sole component **20** may impart stability or otherwise control foot motions, such as the degree of pronation. Outsole **14** is secured to a lower surface of midsole **13** and is formed of a durable, wear-resistant material suitable for engaging the ground. Sole structure **12** may also include an insole **18** with the configuration of a thin cushioning member. Insole **18** may be positioned within the interior void formed by upper **11** and located to contact a plantar surface of the foot, thereby enhancing the overall comfort of footwear **10**.

The following discussion references various general regions of footwear **10**, upper **11**, and sole structure **12** based upon their relative locations. For reference purposes, footwear **10** may be divided into three general regions: a forefoot region **15**, a midfoot region **16**, and a heel region **17**, as depicted in FIG. **1**. Forefoot region **15** generally includes portions of footwear **10** corresponding with the toes and the joints connecting the metatarsals with the phalanges. Midfoot region **16** generally includes portions of footwear **10** corresponding with the arch area of the foot, and heel region **17** corresponds with rear portions of the foot, including the calcaneus bone. Regions **15-17** are not intended to demarcate precise areas of footwear **10**. Rather, regions **15-17** are intended to represent general areas of footwear **10** to aid in the following discussion. In addition to footwear **10**, regions **15-17** may also be applied to upper **11**, sole structure **12**, and individual elements thereof.

Sole Component Structure

Sole component **20** includes an upper surface **21** and an opposite lower surface **22**. Upper surface **21** is secured to upper **11** in a conventional manner, such as adhesive bonding, and may be contoured to conform with the shape of the plantar surface of the foot. Accordingly, upper surface **21** may exhibit an elevation in heel region **15** that is greater than an elevation in forefoot region **15**, with midfoot region **16** forming a transition between the elevations. Differences in the overall thickness of sole component **20** account for the elevation in heel region **15** that is greater than the elevation in forefoot region **15**. In general, the thickness of sole component **20** may range, for example, from 0.15 inches in the forward-most portion of forefoot region **15** to approximately 0.70 inches at the interface of forefoot region **15** and midfoot region **16**. Similarly, the thickness of sole component **20** may range, for example, from 0.70 inches to approximately 1.20 inches in heel region **17**.

The overall shape of sole component **20**, as depicted in the plan view of FIGS. **5** and **6**, corresponds with the shape of a foot. Accordingly, the width of heel region **17** may be less than a width of forefoot region **15** to accommodate the varying width dimensions of the foot. Outsole **14** is also secured to lower surface **22** in a conventional manner, such as adhesive bonding. In addition to upper surface **21** and lower surface **22**, sole component **20** includes a lateral side surface **23** and an opposite medial side surface **24**. Both side surfaces **23** and **24** are exposed portions of midsole **13** and have a tapered configuration from heel region **17** to forefoot region **15** that facilitates the difference in elevation between heel region **17** and forefoot region **15**.

The primary elements of bladder **30** are a upper barrier layer **31** and a lower barrier layer **32** that are substantially impermeable to a pressurized fluid contained by bladder **30**. Upper barrier layer **31** and lower barrier layer **32** are bonded together around their respective peripheries to form a peripheral bond **33** and cooperatively form a sealed chamber, in which the pressurized fluid is located. The pressurized fluid contained by bladder **30** induces an outward force upon barrier layers **31** and **32** that tends to separate or otherwise press outward upon barrier layers **31** and **32**, thereby distending barrier layers **31** and **32**. In order to restrict the degree of outwardly-directed swelling (i.e., distension) of barrier layers **31** and **32** due to the outward force of the pressurized fluid, a plurality of interior bonds **34** are formed between barrier layers **31** and **32**. Interior bonds **34** are spaced inward from side surfaces **23** and **24**, and interior bonds **34** are distributed throughout sole component **20**. In the absence of interior bonds **34**, the outward force induced by the pressurized fluid would impart a rounded or otherwise bulging configuration to bladder **30**, particularly in areas corresponding with upper surface **21** and lower surface **22**. Interior bonds **34**, however, restrict the degree of the outwardly-directed swelling or distension of barrier layers **31** and **32** and retain the intended contours of upper surface **21** and lower surface **22**.

Interior bonds **34** may exhibit a variety of configurations within the scope of the present invention. In heel region **17**, the indentations formed by interior bonds **34** have a greater depth than in forefoot region **15** due to the increased overall thickness of sole component **20** in heel region **17**. In addition, the area of each interior bond **34** in heel region **17** is generally greater than the area of each interior bond **34** in forefoot region **15**. The position of interior bonds **34** with respect to upper surface **21** and lower surface **22** may also vary. For example, interior bonds **34** may be positioned so as to be closer to upper surface **21**, midway between surfaces **21** and **22**, or at a position that is closer to lower surface **22**.

During running or walking, sole component **20** generally flexes or otherwise bends to accommodate the natural flexing of the foot, particularly in forefoot region **15**. In order to facilitate the flexing of sole component **20**, a pair of flexion indentations **35** are formed in bladder **30**. Each flexion indentation **35** extends laterally across a lower portion of bladder **30**. That is, flexion indentations **35** extend between side surfaces **23** and **24**, and flexion indentations **35** are formed in lower surface **22**. The location of flexion indentations **35** is also selected based upon the average location of the joints between the metatarsals and the proximal phalanges of the foot. More particularly, flexion indentations **35** are spaced such that one flexion indentation **35** is located forward of the joints between the metatarsals and the proximal phalanges and the other flexion indentation **35** is located behind the joints between the metatarsals and the proximal phalanges. The specific locations of flexion indentations **35** may be selected, for example, to be three standard deviations away from the average position of the joints between the metatarsals and the proximal phalanges, as determined through statistical anatomical data. Depending upon the specific configuration and intended use of sole component **20**, however, the location of flexion indentations **35** may vary significantly from the positions discussed above.

Flexion indentations **35** extend laterally (i.e., between side surfaces **23** and **24**) across lower surface **22**. Although this configuration is suitable for footwear structured for running and a variety of other athletic activities, flexion indentations **35** may extend in a generally longitudinal direction (i.e., between forefoot region **15** and heel region **17**) in footwear structured for athletic activities such as basketball, tennis, or

US 7,401,420 B2

7

cross-training. Accordingly, flexion indentations **35** may extend in a variety of directions in order to provide a defined line of flexion in sole component **20**. The figures also depict flexion indentations **35** as extending entirely across bladder **30**. In some embodiments, however, flexion indentations **35** may extend only partially across a portion of bladder **30**.

Flexion indentations **35** define portions of sole component **20** that have a reduced thickness. Given that the degree of force necessary to bend an object is generally dependent upon the thickness of the object, the reduced thickness of sole component **20** in the areas of flexion indentations **35** facilitates flexing. In addition, portions of outsole **14** may extend into flexion indentations **35**, thereby forming a stiffer, less compressible areas of sole structure **12** that also facilitate flexing about flexion indentations **35**.

Flexion indentations **35** form an indentation in lower surface **22** that corresponds with the locations of various interior bonds **34**. Referring to FIG. 9D, a cross-section through one of flexion indentations **35** is depicted. With respect to this area, interior bonds **34** extend downward to bond upper barrier layer **31** with the portion of lower barrier layer **32** that defines the flexion indentation **35**. Some prior art bladders incorporate bonds that form flexion points, and the flexion points may form relatively hard areas due to the lack of a fluid cushion in the area of the flexion points. That is, the flexion points generally form non-cushioning areas of the prior art bladders. In contrast with the prior art flexion points, flexion indentations **35** form a fluid-filled portion of bladder **30** in areas between the connection of interior bonds **34** to flexion indentations **35**. In other words, a space is formed between flexion indentations **35** and upper barrier layer **31** that includes the fluid such that flexion indentations **35** provide an advantage of simultaneously accommodating flexing and providing cushioning. As an alternative, no interior bonds **34** may be formed in areas that define flexion indentations **35**.

A variety of thermoplastic polymer materials may be utilized for bladder **30**, and particularly barrier layers **31** and **32**, including polyurethane, polyester, polyester polyurethane, and polyether polyurethane. Another suitable material for bladder **30** is a film formed from alternating layers of thermoplastic polyurethane and ethylene-vinyl alcohol copolymer, as disclosed in U.S. Pat. Nos. 5,713,141 and 5,952,065 to Mitchell et al, hereby incorporated by reference. A variation upon this material wherein the center layer is formed of ethylene-vinyl alcohol copolymer; the two layers adjacent to the center layer are formed of thermoplastic polyurethane; and the outer layers are formed of a regrind material of thermoplastic polyurethane and ethylene-vinyl alcohol copolymer may also be utilized. Bladder **30** may also be formed from a flexible microlayer membrane that includes alternating layers of a gas barrier material and an elastomeric material, as disclosed in U.S. Pat. Nos. 6,082,025 and 6,127,026 to Bonk et al., both hereby incorporated by reference. In addition, numerous thermoplastic urethanes may be utilized, such as PELLETHANE, a product of the Dow Chemical Company; ELASTOLLAN, a product of the BASF Corporation; and ESTANE, a product of the B.F. Goodrich Company, all of which are either ester or ether based. Still other thermoplastic urethanes based on polyesters, polyethers, polycaprolactone, and polycarbonate macrogels may be employed, and various nitrogen blocking materials may also be utilized. Additional suitable materials are disclosed in U.S. Pat. Nos. 4,183,156 and 4,219,945 to Rudy, hereby incorporated by reference. Further suitable materials include thermoplastic films containing a crystalline material, as disclosed in U.S. Pat. Nos. 4,936,029 and 5,042,176 to Rudy, hereby incorporated by reference, and polyurethane including a polyester polyol, as

8

disclosed in U.S. Pat. Nos. 6,013,340; 6,203,868; and 6,321,465 to Bonk et al., also hereby incorporated by reference.

The fluid within bladder **30** may be any of the gasses disclosed in U.S. Pat. No. 4,340,626 to Rudy, hereby incorporated by reference, such as hexafluoroethane and sulfur hexafluoride, for example. The fluid may also include gasses such as pressurized octafluoropropane, nitrogen, or air. In addition to gasses, various gels or liquids may be sealed within bladder **30**. Accordingly, a variety of fluids are suitable for bladder **30**. With regard to pressure, a suitable fluid pressure is fifteen pounds per square inch, but may range from zero to thirty pounds per square inch. Accordingly, the fluid pressure within bladder **30** may be relatively high, or the fluid pressure may be at ambient pressure or at a pressure that is slightly elevated from ambient in some embodiments of the invention.

Reinforcing structure **40** forms a reinforcing cage that is bonded or otherwise secured to an exterior of bladder **30**. In general, reinforcing structure **40** generally extends around portions of the periphery of bladder **30**, and portions of reinforcing structure **40** extend along side surfaces **23** and **24** of sole component **20**. Reinforcing structure **40** extends, therefore, between upper surface **21** and lower surface **22**. In addition, the material forming reinforcing structure **40** exhibits a greater modulus of elasticity than the material forming bladder **30**. Accordingly, the configuration and material properties of reinforcing structure **40** may impart reinforcement to sole component **20**.

Interior bonds **34**, as discussed above, are spaced inward from side surfaces **23** and **24** to restrict the degree of outwardly-directed swelling (i.e., distension) of barrier layers **31** and **32**, particularly in areas corresponding with upper surface **21** and lower surface **22**. Interior bonds **34** may not, however, significantly restrict the outwardly-directed swelling of side surfaces **23** and **24**. One purpose of reinforcing structure **40** is, therefore, to restrict the degree of outwardly-directed swelling in side surfaces **23** and **24**, thereby retaining the intended overall shape of sole component **20**.

Reinforcing structure **40** includes an upper portion **41**, a lower portion **42**, and a plurality of connecting portions **43**. Upper portion **41** exhibits a generally U-shaped configuration and is positioned at the interface of upper surface **21** and side surfaces **23** and **24**. Accordingly, upper portion **41** extends along lateral side **23** from forefoot region **15** to heel region **17**, extends around heel region **17**, and also extends along medial side **24** from forefoot region **15** to heel region **17**. Lower portion **42** also exhibits a generally U-shaped configuration and is positioned at the interface of lower surface **22** and side surfaces **23** and **24**. Whereas upper portion **41** extends over portions of both upper surface **21** and side surfaces **23** and **24**, lower portion **42** extends over side surfaces **23** and **24**. That is, lower portion **42** covers areas of side surfaces **23** and **24** that are adjacent to lower surface **22**, but lower portion **42** does not generally extend over lower surface **22**. Lower portion **42** extends through heel region **17** and may extend into midfoot region **16**. As depicted in the figures, however, lower portion **42** does not extend into forefoot region **15**. Connecting portions **43** extend along side surfaces **23** and **24** and also extend between upper portion **41** and lower portion **42**. Connecting portions **43** extend in a diagonal direction between upper portion **41** and lower portion **42**. More particularly, connecting portions **43** exhibit a forwardly-inclined configuration, but may also be substantially vertical or rearwardly-inclined.

Upper portion **41**, lower portion **42**, and connecting portions **43** collectively form a plurality of apertures that expose portions of bladder **30**. The apertures extend along side surfaces **23** and **24** in at least heel region **17**, and the shape of the

**9**

apertures generally depends upon the orientations of connecting portions **43** and the configurations of upper portion **41** and lower portion **42**. The apertures formed through reinforcing structure **40** have a variety of shapes that include, for example, a parallelogram, oval, hexagon, triangle, circle, or various non-geometric shapes. The shape of the apertures may affect the compression characteristics of reinforcing structure **40** and may be selected, therefore, to provide particular properties to reinforcing structure **40**.

Reinforcing structure **40** restricts the degree of outwardly-directed swelling in side surfaces **23** and **24**, thereby retaining the intended overall shape of sole component **20**. That is, the pressurized fluid within bladder **30** presses outward upon barrier layers **31** and **32**, and reinforcing structure **40** restrains the distension in side surfaces **23** due to the fluid. Portions of reinforcing structure **40** are, therefore, placed in tension by the pressurized fluid. Although upper portion **41** and lower portion **42** may experience such tension, connecting portions **43**, which extend along side surfaces **23** and **24**, may generally experience greater degrees of tension. Accordingly, connecting portions **43** are placed in tension by the fluid pressure and operate to restrict the degree of outwardly-directed swelling or distension in side surfaces **23** and **24**.

The specific configuration of reinforcing structure **40** discussed above is intended to provide an understanding of reinforcing structure **40** according to one embodiment of the invention, and as depicted in FIGS. **2-11**. In further embodiments of the invention, however, the configuration of reinforcing structure **40** may be significantly modified. For example, upper portion **41** may be limited to heel region **17** and midfoot region **16**, upper portion **41** may extend only over portions upper surface **21**, or upper portion **41** may extend only over portions of side surface **23** and **24**. Similarly, lower portion **42** may extend through each of regions **15-17**, or lower portion **42** may extend over portions of lower surface **22**. Connecting portions **43** may also exhibit a configuration that extends along side surfaces **23** and **24** in midfoot region **16** and forefoot region **15**, and the numbers and dimensions of connecting portions **43** may vary significantly. Accordingly, reinforcing structure **40** may have a variety of configurations within the scope of the present invention.

Reinforcing structure **40** is recessed into bladder **30** such that an outward-facing surface of reinforcing structure **40** is generally flush with surfaces **21-24** of bladder **30**. Referring to FIG. **9**F, a cross-sectional view through a portion of sole component **20** is depicted. The outward-facing surface of connecting portion **43**, as depicted in the cross-sectional view, is generally flush with lateral side surface **23**. Accordingly, lateral side surface **23** forms a recess that receives connecting portion **43**. That is, lateral side surface **23** curves into bladder **30** so as to form a depression in which connecting portion **43** is positioned. In this manner, the various outward-facing surfaces of reinforcing structure **40** are generally flush with surfaces **21-24** of bladder **30**. Forming the various outward-facing surfaces of reinforcing structure **40** to be generally flush with surfaces **21-24** of bladder **30** has an advantage of providing a smooth exterior configuration to sole component **20**. In some embodiments of the invention, however, the outward-facing surfaces of reinforcing structure **40** may be inset or recessed into bladder **30** or may protrude outward beyond bladder **30**.

The various recesses that receive reinforcing structure **40** are depicted in the exploded view of FIG. **10**. More particularly, bladder **30** defines a first recess **51**, a second recess **52**, and a plurality of third recesses **53**. First recess **51** corresponds with the location of upper portion **41** and extends, therefore, around the perimeter of upper surface **21**. Portions

**10**

of first recess **51** also extend along side surfaces **23** and **24** at the interface of upper surface **21** and side surfaces **23** and **24**. Second recess **52** corresponds with the location of lower portion **42** and is, therefore, positioned adjacent to peripheral bond **33** in heel region **17** and portions of midfoot region **16**. In addition, the plurality of third recesses **51** extend between first recess **51** and second recess **52** to correspond with the locations of connecting portions **43**.

An injection-molding process or compression-molding process, for example, may be utilized to form reinforcing structure **40** from a diverse range of materials. Suitable materials for reinforcing structure **40** include polyester, thermoset urethane, thermoplastic urethane, various nylon formulations, blends of these materials, or blends that include glass fibers. In addition, reinforcing structure **40** may be formed from a high flex modulus polyether block amide, such as PEBAX, which is manufactured by the Atofina Company. Polyether block amide provides a variety of characteristics that benefit the present invention, including high impact resistance at low temperatures, few property variations in the temperature range of minus 40 degrees Celsius to positive 80 degrees Celsius, resistance to degradation by a variety of chemicals, and low hysteresis during alternative flexure. Another suitable material for reinforcing structure **40** is a polybutylene terephthalate, such as HYTREL, which is manufactured by E.I. duPont de Nemours and Company. Composite materials may also be formed by incorporating glass fibers or carbon fibers into the polymer materials discussed above in order to enhance the strength of reinforcing structure **40**. As discussed above, the material forming reinforcing structure **40** exhibits a greater modulus of elasticity than the material forming bladder **30**. Whereas the material forming bladder **30** is generally flexible, the material forming reinforcing structure **40** may exhibit semi-rigid or rigid properties.

Although reinforcing structure **40** may be formed from a single material, two or more materials may be incorporated into reinforcing structure **40** in some embodiments of the invention. For example, upper portion **41** may be formed from a material that exhibits lesser stiffness than a material forming lower portion **42** and connecting portions **43**. This configuration provides a softer material adjacent to upper **11**, which may enhance the comfort of footwear **10** and promote bonding between sole structure **12** and upper **11**. Portions of reinforcing structure **40** corresponding with lateral side surface **23** may also be formed with lesser stiffness than the portions of reinforcing structure **40** corresponding with medial side surface **24**. In addition, some embodiments may vary the materials throughout reinforcing structure **40** in order to provide specific compression, stability, and flexibility properties to particular portions of reinforcing structure **40**.

Sole component **20**, as described above, provides ground reaction force attenuation and energy absorption (i.e., cushioning) as footwear **10** impacts the ground during running, walking, or other ambulatory activities. In addition, sole component **20** may impart stability or otherwise control foot motions, such as the degree of pronation. The degree of cushioning provided by sole component **20**, and the manner in which sole component **20** controls foot motions, are primarily determined by the configuration of both bladder **30** and reinforcing structure **40** and the properties of the materials forming bladder **30** and reinforcing structure **40**. Accordingly, variations in the configuration of both bladder **30** and reinforcing structure **40**, and the materials utilized therein, may be employed to tune or otherwise control the cushioning and motion control properties of sole structure **12**. The manner in which sole component **20** may be configured to control the

US 7,401,420 B2

11

cushioning and motion control properties of footwear **10** will be discussed in greater detail in the following material.

Lower surface **22** forms an upwardly-beveled area **25** in a rear-lateral portion of sole component **20** in order to permit the footwear to smoothly roll both forward and to the medial side following heel strike. As depicted in FIGS. **1**, **6**, and **7**, the vertical thicknesses of the portions of bladder **30** and reinforcing structure **40** forming lateral side surface **23** decrease in rear portions of heel region **17**. The rationale for the decreased thickness, which forms beveled area **25**, corresponds with the typical motion of the foot during running, which proceeds as follows: Initially, the heel strikes the ground, followed by the ball of the foot. As the heel leaves the ground, the foot rolls forward so that the toes make contact, and finally the entire foot leaves the ground to begin another cycle. During the time that the foot is in contact with the ground and rolling forward, it also rolls from the outside or lateral side to the inside or medial side, a process called pronation. While the foot is air-borne and preparing for another cycle, the opposite process, called supination, occurs.

An advantage of beveled area **25** is to permit footwear **10** to smoothly transition from the position at heel strike, wherein only the rear-lateral portion of sole structure **12** is in contact with the ground, to the position where a substantial portion of outsole **14** is in contact with the ground. That is, beveled area **25** permits footwear **10** to smoothly roll both forward and to the medial side following heel strike. As with bladder **30**, the thickness of reinforcing structure **40** is also reduced to form beveled area **25**. Furthermore, the positions of connecting portions **43** are selected such that a space is formed between two adjacent connecting portions **43** at the location of beveled area **25**. The space between adjacent connecting portions **43** further facilitates a smooth transition from the position at heel strike by providing greater compressibility to sole component **20** at the position of beveled area **25**.

The compressibility of specific areas of sole component **20** affects the cushioning and motion control properties of sole component **20**. In general, forming sole component **20** such that peripheral areas (i.e., the areas adjacent to side surfaces **23** and **24**) are less compressible than interior areas enhances the stability of sole component **20**. One manner in which peripheral compressibility is decreased in sole component **20** is through reinforcing structure **40**. The position of reinforcing structure **40** around the periphery of sole component **20**, coupled with the semi-rigid, less flexible properties of the material forming reinforcing structure **40**, operates to decrease the compressibility of the periphery, thereby enhancing stability.

The distribution and configurations of the various interior bonds **34** also affects the compressibility and flexibility of sole component **20**. In general, interior bonds **34** are spaced inward from side surfaces **23** and **24**, and interior bonds **34** are spaced from each other. Interior bonds **34** form indentations in bladder **30**. Whereas surfaces **21** and **22** are generally horizontal, the material forming barrier layers **31** and **32** extend in a generally vertical direction to form the indentations of interior bonds **34**. During compression of sole component **20**, the vertically-extending material forming interior bonds **34** also compresses, bends, or otherwise deforms, thereby decreasing the compressibility of sole component **20** in areas immediately adjacent to interior bonds **34**. That is, the presence of an interior bond **34** decreases the compressibility of sole component **20** in the area immediately adjacent to the interior bond **34**.

Pronation, which is the rolling of the foot from the outside or lateral side to the inside or medial side, is a natural motion of the foot during running. Some individuals, however,

12

pronate to a degree that is generally considered to be undesirable and sole component **20** may be configured, therefore, to limit the degree of pronation. As discussed above, interior bonds **34** decrease the compressibility of sole component **20** in specific areas. By positioning a greater number, for example, of interior bonds **34** on the medial side of sole component **20**, the compressibility of the medial side may be decreased. As the foot rolls from the lateral side to the medial side, the increased compressibility may operate to limit the degree of pronation in the foot. Accordingly, the distribution of interior bonds **34** may be selected to control foot motions, such as pronation.

The cushioning and motion control properties of sole component **20** may also be affected by the configuration of reinforcing structure **40**. The dimensions of upper portion **41**, lower portion **42**, and connecting portions **43** may be selected to provide specific degrees of flexibility and compressibility to portions of reinforcing structure **40**. For example, the compressibility of peripheral areas of sole component **20** may be selected through modifications in the overall thickness of upper portion **41**. Similarly, the compressibility of heel region **17** may be selected through modifications in the dimensions or number of connecting portions **43**. The thickness of reinforcing structure **40** may also be tapered between upper portion **41** and lower portion **42** in order to control the compressibility of reinforcing structure **40** or limit the degree to which reinforcing structure creases or buckles during compression. In addition, a central area of connecting portions **43** may be thicker than upper or lower portions in order to impart a specific compressibility, for example. In some embodiments of the invention, reinforcing structure **40** may be formed from two or more materials. As discussed above, structuring sole component **20** to exhibit lesser medial compressibility may reduce the degree of pronation in the foot. Accordingly, the material selected for a lateral side of reinforcing structure **40** may have a lesser modulus of elasticity than the material selected for a medial side of reinforcing structure **40**, thereby decreasing the compressibility of the medial side.

Manufacturing Process

One suitable manufacturing process for sole component **20** utilizes a mold **100**, as depicted in FIGS. **12**A-**13**B. Mold **100** includes an upper mold portion **110** and a corresponding lower mold portion **120**. When joined together, mold portions **110** and **120** form a cavity having dimensions substantially equal to the exterior dimensions of sole component **20**. Mold **100** may be utilized for thermoforming bladder **30** and simultaneously bonding or otherwise securing reinforcing structure **40** to the exterior of bladder **30**. In general, reinforcing structure **40** is placed within upper mold portion **110** and two thermoplastic polymer sheets are placed between mold portions **110** and **120**. The thermoplastic sheets are then drawn into the contours of mold **100** such that at least one of the thermoplastic sheets contacts and is bonded to reinforcing structure **40**. In addition, mold portions **110** and **120** compress the thermoplastic sheets together to form peripheral bond **33**. Once the thermoplastic sheets have conformed to the shape of bladder **30**, reinforcing structure **40** is bonded to the thermoplastic sheets, peripheral bond **33** is formed, and bladder **30** may be pressurized with a fluid and sealed, thereby forming sole component **20**.

Upper mold portion **110** is depicted individually in FIGS. **12**A and **12**B and includes a cavity **111** that forms the portions of sole component **20** corresponding with upper surface **21** and side surfaces **23** and **24**. A ridge **112** extends around cavity **111** and is partially responsible for forming peripheral bond **33**. In addition, a plurality of protrusions **113** extend

13

14

from a surface of cavity 111 and are partially responsible for forming interior bonds 34. Accordingly, the area of upper mold portion 110 located within the area bounded by ridge 112 forms upper surface 21 and side surfaces 23 and 24. An extension of ridge 112 extends outward from cavity 111 and forms an L-shaped channel 114. As discussed in greater detail below, channel 114 is utilized to form a conduit through which a fluid may be injected into sole component 20. Another feature of upper mold portion 110 is a plurality of slot vents 115 distributed throughout cavity 111. Vents 115 provide outlets for air as a thermoplastic sheet of polymer material is drawn into the contours of upper mold portion 110 during the formation of sole component 20.

Lower mold portion 120 is depicted individually in FIGS. 13A and 13B and includes a surface 121 that forms the portion of sole component 20 corresponding with lower surface 22. A ridge 122 extends around surface 121 and, in combination with ridge 112, is responsible for forming peripheral bond 33. In addition, a plurality of protrusions 123 extend from surface 121 and join with protrusions 113 to form interior bonds 34. Accordingly, the area of lower mold portion 120 located within the area bounded by ridge 122 forms lower surface 22. An extension of ridge 122 extends outward from surface 121 and forms an L-shaped channel 124. Channel 124 joins with channel 114 to form the conduit through which the fluid may be injected into sole component 20. Another feature of lower mold portion 120 is a plurality of slot vents 125 distributed throughout surface 121. Vents 125 provide outlets for air as a thermoplastic sheet of polymer material is drawn into the contours of lower mold portion 120 during the formation of sole component 20.

The manner in which mold 100 is utilized to form sole component 20 from reinforcing structure 40 and barrier layers 31 and 32 will now be discussed. An injection-molding process, for example, may be utilized to form reinforcing structure 40 from the materials discussed above. Reinforcing structure 40 is then cleansed with a detergent or alcohol, for example, in order to remove surface impurities, such as a mold release agent or fingerprints. The surface of reinforcing structure 40 may also be plasma treated to enhance bonding with bladder 30.

Following formation and cleansing, reinforcing structure 40 is placed between mold portions 110 and 120 and then positioned within upper mold portion 110, as depicted in FIGS. 14A and 14B, respectively. As discussed in the above material, upper mold portion 110 forms the portions of sole component 20 corresponding with upper surface 21 and side surfaces 23 and 24. In the embodiment of sole component 20 discussed above, reinforcing structure 40 is generally bonded to upper surface 21 and side surfaces 23 and 24. Accordingly, positioning reinforcing structure 40 within upper mold portion 110, as depicted in FIG. 14B, properly positions reinforcing structure 40 with respect to mold 100 for the process of forming sole component 20. A variety of techniques may be utilized to secure reinforcing structure 40 within upper mold portion 110, including a vacuum system, various seals, or non-permanent adhesive elements, for example. In addition, reinforcing structure 40 may include various tabs that define apertures, and upper mold portion 110 may include protrusion that engage the apertures to secure reinforcing structure 40 within upper mold portion 110.

A plurality of conduits may extend through mold 100 in order to channel a heated liquid, such as water, through mold 100. The heated liquid raises the overall temperature of mold 100 to approximately 180 degrees Fahrenheit. As noted above, reinforcing structure 40 is positioned within mold 100, and reinforcing structure 40 conducts the heat from mold 100,

thereby raising the temperature of reinforcing structure 40 to approximately 180 degrees Fahrenheit. In some embodiments of the invention, reinforcing structure 40 may be heated prior to placement within mold 100 in order to decrease manufacturing times.

Following placement of reinforcing structure 40 within upper mold portion 110, a pair of thermoplastic polymer sheets that form barrier layers 31 and 32 are heated and then positioned between mold portions 110 and 120, as depicted in FIG. 14C. The temperature to which barrier layers 31 and 32 are heated depends upon the specific material used. As noted above, barrier layers 31 and 32 may be formed from a variety of materials, including alternating layers of thermoplastic polyurethane and ethylene-vinyl alcohol copolymer, which has a melting temperature between 350 and 360 degrees Fahrenheit. The temperature to which the surfaces of barrier layers 31 and 32 may be heated is between 400 and 450 degrees Fahrenheit, which generally melts the surface of barrier layers 31 and 32 without melting the interior.

The thickness of upper barrier layer 31 prior to molding may be greater than the thickness of lower barrier layer 32. Although barrier layers 31 and 32 may exhibit different thicknesses prior to molding, each of barrier layers 31 and 32 may have a substantially uniform thickness prior to molding. A suitable thickness range for upper barrier layer 31 prior to molding is 0.045 to 0.090 inches, with one preferred thickness being 0.075 inches, and a suitable thickness range for lower barrier layer 32 prior to molding is 0.045 to 0.065 inches, with one preferred thickness being 0.055 inches. Whereas lower barrier layer 32 only forms lower surface 22, upper barrier layer 31 forms both upper surface 21 and side surfaces 23 and 24. The rationale for the difference in thickness is that upper barrier layer 31 may stretch to a greater degree in order to form both upper surface 21 and side surfaces 23 and 24. Accordingly, differences between the original, pre-stretched thicknesses of barrier layers 31 and 32 compensate for thinning in upper barrier layer 31 that may occur when upper barrier layer 31 is stretched or otherwise distorted during the formation of upper surface 21 and side surfaces 23 and 24.

Once barrier layers 31 and 32 are positioned, mold portions 110 and 120 are then located such that ridge 112 aligns with ridge 122 and the various protrusions 113 are aligned with protrusions 123. In this position, the areas of mold portions 110 and 120 that form corresponding portions of sole component 20 are positioned on opposite sides of barrier layers 31 and 32 and are also aligned. Mold portions 110 and 120 then translate toward each other such that mold 100 contacts and compresses barrier layers 31 and 32, as depicted in FIG. 14D.

As mold 100 contacts and compresses portions of barrier layers 31 and 32, a fluid, such as air, having a positive pressure in comparison with ambient air may be injected between barrier layers 31 and 32 to induce barrier layers 31 and 32 to respectively contact and conform to the contours of mold portions 110 and 120. A variety of methods may be employed to pressurize the area between barrier layers 31 and 32. For example, the fluid may be directed through the conduit formed by channels 114 and 124. That is, a needle may placed between barrier layers 31 and 32 and between channels 114 and 124 to deliver a fluid that travels down the conduit and into the area forming sole component 20. Air may also be removed from the area between barrier layers 31 and 32 and mold portions 110 and 120 through vents 115 and 125, thereby drawing barrier layers 31 and 32 onto the surfaces of mold portions 110 and 120. That is, at least a partial vacuum may be formed between the barrier layers 31 and 32 and the surfaces of mold portions 110 and 120. In addition, drawing

15

barrier layers **31** and **32** onto the surfaces of mold portions **110** and **120** also draws barrier layers **31** and **32** into contact with reinforcing structure **40**. Accordingly, barrier layers **31** and **32** contact and are bonded to reinforcing structure **40** during this portion of the manufacturing process.

As the area between barrier layers **31** and **32** is pressurized and air is removed from the area between barrier layers **31** and **32** and from between mold portions **110** and **120**, barrier layers **31** and **32** conform to the shape of mold **100** and are bonded together. More specifically, barrier layers **31** and **32** stretch, bend, or otherwise conform to extend along the surfaces of cavity **111** and surface **121** and form the general shape of bladder **30**. Ridge **112** and ridge **122** also compress a linear area of barrier layers **31** and **32** to form peripheral bond **33**. In addition, barrier layers **31** and **32** conform to the shapes of protrusions **113** and **123** and are bonded together by being compressed between protrusions **113** and **123**, thereby forming interior bonds **34**.

Although barrier layers **31** and **32** conform to extend along the surfaces of cavity **111** and surface **121**, upper barrier layer **31** generally does not contact the portions of cavity **111** that are covered by reinforcing structure **40**. Rather, upper barrier layer **31** contacts and is compressed against the inward-facing surface of reinforcing structure **40**, thereby bonding upper barrier layer **31** to reinforcing structure **40**. Referring to FIG. **9F**, the outward-facing surface of connecting portion **43** is generally flush with lateral side surface **23**, and lateral side surface **23** forms a recess that receives connecting portion **43**. That is, lateral side surface **23** curves into bladder **20** so as to form a depression in which connecting portion **43** is positioned. This configuration results from the manner in which reinforcing structure **40** is placed within upper mold portion **110** and upper barrier layer **31** is compressed against the inward-facing surface of reinforcing structure **40** and bonded to reinforcing structure **40**.

The various outward-facing surfaces of reinforcing structure **40** are generally flush with surfaces **21-24** of bladder **30**. As air pressurizes the area between barrier layers **31** and **32** and air is drawn out of mold **100** through vents **115** and **125**, both upper barrier layer **31** and reinforcing structure **40** are compressed against the surface of cavity **111**. Upper barrier layer **31** contacts the inward-facing surface of reinforcing structure **40**, conforms to the shape of reinforcing structure **40**, extends around reinforcing structure **40**, and contacts the surface of cavity **111**. In this manner, the surfaces of reinforcing structure **40** are formed to be generally flush with surfaces **21-24** of bladder **30**.

As barrier layers **31** and **32** conform to the shape of mold **100** and are bonded together, upper barrier layer **31** bends at the location of upper portion **41** to form side surfaces **23** and **24**. Accordingly, upper barrier layer **31** extends in a generally horizontal direction to form upper surface **21**, and upper barrier layer **31** bends at the location of upper portion **41** to extend in a generally vertical direction and form side surfaces **23** and **24**. Accordingly, upper barrier layer **31** bends during the process of molding bladder **30** in order to form upper surface **21** and side surfaces **23** and **24**.

The edges of reinforcing structure **40** exhibit a beveled configuration, as depicted in FIG. **9F**, in order to facilitate the flush nature of the interface between reinforcing structure **40** and bladder **30**. In general, if reinforcing structure **40** were formed to have a rectangular cross-section without beveling, for example, upper barrier layer **31** may be required to stretch to a greater degree, thereby causing undue thinning of upper barrier layer **31** in areas adjacent to reinforcing structure **40**. In addition, a lack of beveling may also cause a gap or space

16

to form between upper barrier layer **31** and reinforcing structure **40**. Accordingly, reinforcing structure **40** is formed to exhibit beveled edges.

During formation of the bond between upper barrier layer **31** and reinforcing structure **40**, air may become trapped between upper barrier layer **31** and reinforcing structure **40**, thereby reducing the effectiveness of the bond. In order to facilitate the removal of air from between upper barrier layer **31** and reinforcing structure **40**, a plurality of vent apertures **44** may be formed through selected locations of reinforcing structure **40**, and may be formed through the area of upper portion **41** that corresponds with upper surface **21** in order to limit the visibility of vent apertures **44**. Vent apertures provide outlets for air and may correspond in position with the various vents **115** in upper mold portion **110**.

Once sole component **20** is formed within mold **100**, mold portions **110** and **120** separate such that reinforcing structure **40** and barrier layers **31** and **32** may be removed from mold **100**, as depicted in FIG. **14E**. The polymer materials forming reinforcing structure **40** and barrier layers **31** and **32** are then permitted to cool, and a pressurized fluid may be injected through the conduit formed by channels **114** and **124**. The conduit is then sealed to enclose the fluid within bladder **30**. In addition, excess portions of barrier layers **31** and **32** may be trimmed or otherwise removed from sole component **20**. The excess portions may them be recycled or reutilized to form additional thermoplastic sheets.

Connecting portions **43** are placed in tension by the pressurized fluid and operate to restrict the degree of outwardly-directed swelling (i.e., distension) in side surfaces **23** and **24**. Prior to pressurization, reinforcing structure **40** and bladder **30** are generally in a non-tensioned state. The pressurized fluid, however, exerts an outward force upon bladder **30**, thereby placing barrier layers **31** and **32** in tension. In the absence of reinforcing structure **40**, the degree of outwardly-directed swelling of barrier layers **31** and **32** may induce a rounded or otherwise bulging configuration in side surfaces **23** and **24**. Reinforcing member **40**, and particularly connecting portions **43**, restrain the outwardly-directed swelling due to the outward force of the pressurized fluid. Accordingly, tension is induced in connecting portions **43** through the pressurization of bladder **30**.

The distribution and configurations of the various interior bonds **34**, as discussed above, has an effect upon the compressibility of sole component **20**. Modifications relating to the distribution and configurations of interior bonds **34**, which are determined by the positions of protrusions **113** and **123** may be utilized to control various foot motions, such as pronation. Accordingly, foot motions may be controlled through modifications of mold portions **110** and **120**. Footwear **10** may also be configured for use during different activities, such as running, basketball, and football, through modifications in the overall thickness of sole component **20**, the distribution and configurations of the various interior bonds **34**, and the configuration of reinforcing structure **40**. Whereas a greater overall thickness of sole component **20** is suitable for running activities in order to provide greater cushioning, for example, a lesser overall thickness may be more appropriate for basketball and football in order to enhance stability. Controlling pronation may also be an issue with running activities, and protrusions **113** and **123** may be distributed and configured to control pronation when footwear **10** is intended for running. In contrast, the degree to which pronation is controlled through the distribution and configuration of protrusion **113** and **123** may be lessened when footwear **10** is intended for basketball or football.

17

18

Accordingly, variations in the dimensions and configuration of sole component **20** may be utilized to tailor footwear **10** to specific athletic activities.

Interior bonds **34** may also be configured to affect other properties of sole component **20**, such as stability. In some embodiments of the invention, selected interior bonds **34** may have an elongated configuration. Referring to the figures, an elongated interior bond **34** is positioned at the interface of midfoot region **16** and heel region **17** and extends in a medial-lateral direction. Another elongated interior bond **34** is positioned in heel region **17**. Additional elongated interior bonds **34** are positioned in forefoot region **15** and may be oriented longitudinally or in the medial-lateral direction. In forward portions of forefoot region **15**, for example, the elongate interior bonds **34** extend longitudinally. In comparison with round, triangular, or otherwise non-elongated interior bonds **34**, the elongated interior bond **34** may exhibit increased resistance to shear forces, thereby enhancing the medial to lateral stability of sole component **20**. Accordingly, the formation of elongated interior bonds **34** may be one manner of enhancing the overall stability of footwear **10**.

The degree of elongation in the various interior bonds **34** also has an effect upon the compressibility of sole component **20** in the area of interior bonds **34**. In general, circular interior bonds **34** exhibit greater compressibility than elongate interior bonds **34**. With respect to forefoot region **15**, many of the interior bonds **34** positioned between flexion indentations **35** exhibit a circular configuration in order to enhance the compressibility of this area. In forward portions of forefoot region **15**, however, many of the interior bonds **34** exhibit an elongate configuration that decreases the compressibility of this area.

Various characteristics relating to the configuration of interior bonds **34** affects the overall configuration of sole component **20**. In general, the spacing of interior bonds **34** in the medial to lateral direction is approximately 0.86 inches, but may be in a range of 0.5 to 0.6 inches in forward portions of forefoot region **15**. The spacing of interior bonds **34** in the longitudinal direction is approximately 0.98 inches through heel region **17** and portions of midfoot region **16**, but may be in a range of 0.4 to 0.9 inches in forefoot region **17**. The radius formed in the transitions between surfaces **21** and **22** and the material extending inward to form interior bonds **34** has an effect upon the compressibility of interior bonds **34** and is generally selected to be in a range of 0.125 and 0.150 inches. In forward portions of forefoot region **15**, however, the radius may be 0.1 inches.

Following the formation of sole component **20**, upper **11** may be secured to upper surface **21** and outsole **14** may be secured to lower surface **22**, thereby substantially completing the manufacture of footwear **10**. The surface characteristics of sole component **20** may be adjusted to promote bonding between sole component **20** and other components of footwear **10**. In general, the strength of an adhesive bond between lower surface **22** and outsole **14**, for example, may be strengthened by forming lower surface **22** to have a relatively rough texture. Whereas an adhesive may not effectively adhere to an entirely smooth surface, the texture of a rough surface provides enhanced adhesive bonding. Although imparting a relatively rough texture to surfaces **21** and **22** may enhance bonding, a detriment to the relatively rough texture is decreased visibility through the polymer material forming bladder **30**. Accordingly, a relatively smooth texture may be imparted to side surfaces **23** and **24** to enhance the visibility of those portions of sole component **20** that are visible when incorporated into footwear **10**. The surface characteristics of sole component **20** are generally determined by the surface characteristics of mold **100**. The portions of cavity **111** and surface **121** that form upper surface **21** and lower surface **22** may, therefore, be less smooth than portions of cavity **111** that form side surfaces **23** and **24**. Texturing surfaces of sole component **20** may also enhance bonding between bladder **30** and reinforcing structure **40**. In some embodiments of the invention, the inward-facing surface of reinforcing structure **40** and the portions of upper barrier layer **31** that contact reinforcing structure **40** may be textured prior to bonding.

The process of bonding outsole **14** to lower surface **22** may be performed following the formation of sole component **20**, as discussed above. Alternately, one or more traction elements may be located within mold **100** in order to form a bond between the traction elements and lower surface **22** during the thermoforming process. That is, the traction elements may be bonded to bladder **30** through a process that is similar to the process of bonding reinforcing structure **40** to bladder **30**. The traction elements may be one or more elements of rubber material, for example, that are similar in configuration to a conventional outsole. The traction elements may also be additional elements of thermoplastic material that reinforce those areas of sole component **20** that contact the ground. Accordingly, the traction elements may have a variety of configurations within the scope of the present invention.

Upper portion **41** of reinforcing structure **40** extends along both the medial and lateral sides of sole component **40** and provides a defined lasting line for securing upper **11** to sole component **20**, as depicted in FIG. 9G. One issue with some sole structures is that the precise extent to which the upper should be secured to the sole structure is not evident from the configuration of the sole structure. Referring to the cross-sections of FIGS. 9A-9E and 9G, reinforcing structure **40** forms a ridge **45** on both the medial and lateral sides of sole component **20**. Ridge **45** is an identifiable line that defines a lasting surface, thereby defining the portions of sole component **20** to which upper **11** should be secured.

More particularly, upper **11** should be secured to the pasting surface, which is the portions of upper surface **21** that are positioned inward of ridge **45**. Accordingly, an adhesive, for example, may be placed between the portions of ridge **45** that are located on the medial and lateral sides in order to properly secure upper **11** to the lasting surface of sole component **20**.

The manner in which mold **100** is structured affects the resulting properties of sole component **20**. For example, the configurations of mold portions **110** and **120** have an effect upon the degree of stretch that may occur in barrier layers **31** and **32**. As discussed above, the thicknesses of barrier layers **31** and **32** may be selected to account for stretching during the molding process. In addition, however, mold portions **110** and **120** may be configured with draft angles that limit the degree of stretching in barrier layers **31** and **32**, thereby controlling the resulting thickness of barrier layers **31** and **32**. For example, the draft angles of the various protrusions **113** and **123** may range from 5 to 8 degrees and may extend upward to 13 degrees in heel region **17**.

The configurations of mold portions **110** and **120** also affect the placement of peripheral bond **33**. One advantage of placing peripheral bond **33** at the interface of lower surface **22** and side surfaces **23** and **24** is that unobstructed visibility is retained through side surfaces **23** and **24**. This configuration requires that upper barrier layer **31** stretch to a greater degree than lower barrier layer **32** in order to also form side surfaces **23** and **24**. In further embodiments of the invention, however, peripheral bond **33** may be positioned at a midpoint of side surface **23** and **24**, or peripheral bond **33** may be positioned at the interface of upper surface **21** and side surfaces **23** and **24**.

US 7,401,420 B2

19

20

Accordingly, the elevation of peripheral bond **33** may be selected to limit or otherwise control the degree of stretch in barrier layers **31** and **32**.

The relative elevations of interior bonds **34** also affect the degree of stretching that occurs in barrier layers **31** and **32**. If, for example, interior bonds **34** are located closer to lower surface **22** than upper surface **21**, then upper barrier layer **31** must stretch downward to form the indentations associated with interior bonds **34**. Similarly, locating interior bonds **34** closer to upper surface **21** causes lower barrier layer **32** to stretch upward to form the indentations associated with interior bonds **34**. When determining the configuration of mold **100**, the degree of stretch in barrier layers **31** and **32** may be calculated, and the relative heights of protrusions **113** and **123** may be selected to either increase or decrease the degree of stretch that occurs in areas of barrier layers **31** and **32**. Accordingly, the various interior bonds may each be formed at different elevations in order to control stretch in barrier layers **31** and **32**.

The relative heights of the various interior bonds **34** also affects the compressibility of sole component **20**. In general, the thicknesses of barrier layers **31** and **32** is proportional to the stiffness of barrier layers **31** and **32**. By forming interior bonds **34** adjacent to lower surface **22**, upper barrier layer **31** is drawn downward and stretched. The stretching lessens the thickness of upper barrier layer **31** and decreases the stiffness of upper barrier layer **31**, thereby increasing compressibility. By forming interior bonds **34** adjacent to upper surface **21**, however, upper barrier layer **31** is stretched to a lesser degree, thereby increasing the thickness of upper barrier layer **31** and decreasing compressibility.

As barrier layers **31** and **32** stretch during the thermoforming process, the thickness of barrier layers **31** and **32** decreases. The desired resulting thickness of barrier layers **31** and **32** generally depends upon the specific use and configuration of footwear **10**. Selecting the position of peripheral bond **33**, the locations of interior bonds **34**, and the initial thicknesses of barrier layers **31** and **32** provides control over the degree of stretch in barrier layers **31** and **32**. Accordingly, the position of peripheral bond **33**, the locations of interior bonds **34**, and the initial thicknesses of barrier layers **31** and **32** may be selected in order to optimize the overall thickness of bladder **30** in each area of sole component **20**.

Controlling the degree of stretch in barrier layers **31** and **32** may also be utilized to provide reinforcement to portions of bladder **30**. In general, areas of bladder **30** that have a greater thickness will be more durable than areas with a lesser thickness. The differences in the modulus of elasticity between the material forming bladder **30** and the material forming reinforcing structure **40** may cause wear at the interfaces between bladder **30** and reinforcing structure **40**. Accordingly, the degree of stretch in barrier layers **31** and **32** may be controlled to increase the thickness of bladder **30** in areas adjacent to reinforcing structure **40**. As discussed above, the degree of stretch in barrier layers **31** and **32** may be controlled through a variety of mechanisms, including the configuration of mold **100**, the relative thicknesses of barrier layers **31** and **32**, and the positions for forming interior bonds **34**, for example.

The degree of outwardly-directed swelling (i.e., distension) of barrier layers **31** and **32** due to the outward force of the pressurized fluid is restricted by interior bonds **34**. Despite the presence of interior bonds **34**, the portions of barrier layers **31** and **32** forming upper surface **21** and lower surface **22** may bow outward upon pressurization with the fluid sealed within bladder **30**. The outward bowing effectively bends areas of barrier layers **31** and **32** and may induce additional stresses in the thermoplastic polymer material forming bladder **30**. One manner of reducing the additional stresses in the thermoplastic polymer material forming bladder **30** is to mold or otherwise form barrier layers **31** and **32** to include curved surfaces corresponding with the distension that would occur as a result of pressurization.

Although thermoforming is a suitable manner of forming sole component **20**, a blow-molding process may also be utilized. In general, a suitable blow-molding process involves positioning reinforcing structure **40** within at least one of two mold portions and then positioning a parison between the mold portions, such as mold portions **110** and **120**. The parison is a generally hollow and tubular structure of molten polymer material. In forming the parison, the molten polymer material is extruded from a die. The wall thickness of the parison may be substantially constant, or may vary around the perimeter of the parison. Accordingly, a cross-sectional view of the parison may exhibit areas of differing wall thickness. Suitable materials for the parison include the materials discussed above with respect to bladder **30**. Following placement of the parison between the mold portions, the mold portions close upon the parison and pressurized air within the parison induces the liquefied elastomeric material to contact the surfaces of the mold. In addition, closing of the mold portions and the introduction of pressurized air induces the liquefied elastomeric material to contact the surfaces of reinforcing structure **40**. Air may also be evacuated from the area between the parison and the mold to further facilitate molding and bonding. Accordingly, sole component **20** may also be formed through a blow molding process wherein reinforcing structure **40** is placed within the mold prior to the introduction of the molten polymer material.

A variety of other manufacturing techniques may also be utilized to form sole component **20**, in addition to thermoforming and blow-molding. For example, bladder **30** may be formed separate from reinforcing structure **40**, and both components may be subsequently bonded together. A dual-injection technique may also be utilized to simultaneously form bladder **30** and reinforcing structure **40** from separate materials. In some embodiments, a first element corresponding with upper surface **21** and side surfaces **23** and **24** may be formed, a second element corresponding with lower surface **22** may be joined thereto, and a third element corresponding with reinforcing structure **40** may then be secured to the exterior. Accordingly, structures having the general shape and features of sole component **20** may be formed from a variety of processes.

Additional Sole Component Configurations

The specific configuration of sole component **20** disclosed above is intended to provide an example of a sole component within the scope of the present invention. Various alternate configurations, however, may also be utilized. Referring to FIGS. **15** and **16**, sole component **20** is depicted as having a plurality of bridges **46** that extend laterally across upper surface **21**. More particularly, four bridges **46** extend between medial and lateral sides of upper portion **41** and enhance the stability of sole component **20**. As depicted in the figures, bridges **46** are relatively narrow structures that are formed of unitary (i.e., one piece) construction with reinforcing structure **40** and are, therefore, secured to bladder **30**. As with other portions of reinforcing structure **40**, bridges **46** may be recessed within indentations in bladder **30** and may be bonded to bladder **30** during the thermoforming process. Although bridges **46** are depicted as being relatively narrow, the width of bridges **46** may be increased significantly depending upon the desired properties of sole component **20**, and bridges **46** may form a plate that extends over heel region

21                                                    22

17. Furthermore, bridges **46** may extend over lower surface **22** or both of surfaces **21** and **22**, and bridges **46** may extend through midfoot region **16** or heel region **17**. Accordingly, the specific configuration of bridges **46** may vary significantly within the scope of the present invention.

In addition to bridges **46**, sole component **20** may also include a plurality of extensions **47**, as depicted in FIGS. **17** and **18**. Extensions **47** are portions of reinforcing structure **40** that extend upward from sole component **20**. Extensions **47** may be secured to an exterior of upper **11** or may extend between the material elements forming upper **11** in order to further secure sole component **20** to upper **11**. One purpose of extensions **47** may be to extend around the foot in heel region **17**, for example, to provide additional support for the foot. Accordingly, extensions **47** may serve the purpose of a conventional heel counter or other stabilizing structure. Although extensions **47** may exhibit the elongated structure depicted in the figures, a similarly-located cup-like structure **48** that is analogous to structure of the conventional heel counter may be formed as a part of reinforcing structure **40**, as depicted in FIG. **19**. In yet another embodiment, as depicted in FIG. **20**, extensions **47** may be replaced by a plurality of lacing members **49** that are positioned to extend over the instep portion of upper **11** and form apertures for receiving the lace. Lacing members **49** may be utilized, therefore, as part of the lacing system that modifies the dimensions of the interior void, thereby securing the foot within the interior void and facilitating entry and removal of the foot from the interior void.

Bladder **30**, as disclosed in the above material, forms a single, sealed chamber for enclosing the pressurized fluid. Referring to FIG. **21**, bladder **30** is depicted as having a first chamber **36** and a second chamber **37** that are separated by a bond **38**. First chamber **36** extends through each of regions **15**-**17**, whereas second chamber **37** is limited to heel region **17**. The pressure of the fluid within second chamber **37** may be less than the pressure of the fluid within first chamber **36** such that different areas of bladder **30** exhibit differing cushioning and compressibility properties. In further embodiments, bladder **30** may incorporate two or more separate sealed chambers positioned in other portions of bladder **30**. Accordingly, the configurations of the separate sealed chambers, as well as the pressures of the fluid within the chambers may vary significantly within the scope of the present invention.

The sole structures of conventional articles of athletic footwear generally incorporates a polymer foam material, such as polyurethane or ethylvinylacetate. One drawback to polymer foam relates to the concept of compression set. As an individual utilizes an article of footwear, the sole structure is repetitively compressed. Polymer foam materials generally incorporate various gas-filled cells that may collapse or otherwise deteriorate following repetitive compressions, thereby modifying the cushioning or stability properties of the sole structure. In contrast with the conventional sole structures, sole structure **12**, as described above, does not incorporate a polymer foam material. In some embodiments, as described below, a polymer foam material **18** may be utilized in combination with sole component **20**.

In the various embodiments of sole component **20** discussed above, sole component **20** extends through each of regions **15**-**17** and, therefore, extends under a substantial portion of the longitudinal length of the foot. Referring to FIGS. **22** and **23**, sole component **20** extends only through heel region **17**, and polymer foam material **18** forms midsole **13** in forefoot region **15** and midfoot region **16**. Sole component **20** may, therefore, extend through only a portion of the longitudinal length of footwear **10**. In further embodiments, sole

component **20** may also be limited to a single side of sole structure **12**. For example, the lateral side of sole structure **12** may incorporate sole component **20**, whereas the medial side incorporates foam material **18**. In yet further embodiments, a portion of bladder **30** may be replaced by foam material **18** such that reinforcing structure **40** extends around both bladder **30** and foam material **18**.

Sole component **20** may be directly bonded to upper **11**, as depicted in FIG. **1**. As an alternative, polymer foam material **18** may extend between sole component **20** and upper **11**, as depicted in FIG. **24**. Accordingly, an upper surface of foam material **18** may be bonded to upper **11**, and sole component **20** may be bonded to a lower surface of foam material **18**. Foam material **18** is depicted as having approximately one-half the height of sole component **20**, but the relative thicknesses of foam material **18** and sole component **20** may vary significantly.

The materials selected for bladder **30** and reinforcing structure **40** may exhibit different mechanical properties, such as the modulus of elasticity. In addition to mechanical properties, however, the materials selected for bladder **30** and reinforcing structure **40** may also exhibit different visual properties. For example, bladder **30** may be formed of a generally clear material, whereas reinforcing structure **40** may be formed of a generally translucent or opaque material. In addition, the colors of bladder **30** and reinforcing structure **40** may vary. Accordingly, examples of visual properties that may vary include the clarity and/or colors of the materials forming sole component **20**.

A sole component **20'** is depicted in FIG. **25** as incorporating a bladder **30'** and a reinforcing structure **40'** bonded to the exterior of bladder **30'**. As with sole component **20**, reinforcing structure **40'** forms a reinforcing cage that is bonded or otherwise secured to an exterior of bladder **30'**. In general, reinforcing structure **40'** generally extends around portions of the periphery of bladder **30'**, and portions of reinforcing structure **40'** extend along side surfaces of bladder **30'**. Reinforcing structure **40'** extends, therefore, between upper and lower surfaces of bladder **30'**. In addition, the material forming reinforcing structure **40'** may exhibit a greater modulus of elasticity than the material forming bladder **30'**. Accordingly, the configuration and material properties of reinforcing structure **40'** may impart reinforcement to bladder **30'**.

When incorporated into an article of footwear, sole component **20'** may be encapsulated within a polymer foam material, such as polyurethane or ethylvinylacetate. Accordingly, sole component **20'** may replace a conventional fluid-filled bladder within a conventional sole structure of an article of footwear. Portions of sole component **20'** may be exposed through apertures in the foam material so as to be visible from an exterior of the footwear, or sole component **20'** may be entirely encapsulated by the foam material. Sole component **20'** may also have more than one chamber with fluids of differing pressure.

CONCLUSION

The preceding discussion disclosed various embodiments of a sole component and a method of manufacturing the sole component. In general, the sole component includes a fluid-filled bladder and a reinforcing structure extending around the bladder. The reinforcing structure is bonded to the exterior of the bladder, and may be recessed into the bladder. In some embodiments, the reinforcing structure extends along the side surfaces of the bladder and between upper and lower surfaces of bladder. In manufacturing the sole component, the reinforcing structure may be located within a mold, and the poly-

US 7,401,420 B2

23

mer material forming the bladder may be bonded to the reinforcing structure during the molding process.

The present invention is disclosed above and in the accompanying drawings with reference to a variety of embodiments. The purpose served by the disclosure, however, is to provide an example of the various features and concepts related to the invention, not to limit the scope of the invention. One skilled in the relevant art will recognize that numerous variations and modifications may be made to the embodiments described above without departing from the scope of the present invention, as defined by the appended claims.

That which is claimed is:

**1**. An article of footwear having an upper and a sole structure secured to the upper, the sole structure comprising:

a bladder that defines a first surface, an opposite second surface, and a sidewall, the bladder enclosing a fluid that exerts an outward force upon the first surface, the second surface, and the sidewall; and

a reinforcing structure extending around at least a portion of the bladder, the reinforcing structure having a first portion that is at least partially recessed into the sidewall and bonded to the sidewall, the first portion being at least partially recessed into the first surface and bonded to a periphery of the first surface to expose a central area of the first surface,

wherein the first surface and the first portion of the reinforcing structure define a lasting surface, and the upper is secured to the lasting surface.

**2**. The article of footwear recited in claim **1**, wherein the reinforcing structure has a plurality of connecting portions extending between the first portion and a second portion of the reinforcing member, the connecting portions extending along the sidewall.

**3**. The article of footwear recited in claim **2**, wherein the connecting portions are at least partially recessed into the sidewall and bonded to the sidewall.

**4**. The article of footwear recited in claim **3**, wherein the connecting portions are placed in tension by the outward force upon the barrier material.

**5**. The article of footwear recited in claim **4**, wherein at least one of the connecting portions is inclined.

**6**. The article of footwear recited in claim **2**, wherein a space between two adjacent connecting portions is positioned in a rear-lateral region of the sole structure.

**7**. The article of footwear recited in claim **1**, wherein a plurality of interior bonds join the first surface with the second surface, the interior bonds being spaced inward from the sidewall to restrain distension of the first surface and the second surface.

**8**. The article of footwear recited in claim **1**, wherein a material forming the reinforcing structure is has a greater modulus of elasticity than a material forming the bladder.

24

**9**. The article of footwear recited in claim **1**, wherein the bladder and reinforcing structure are secured directly to the upper.

**10**. The article of footwear recited in claim **1**, wherein at least one flexion indentation is formed in the second surface, and a space that includes the fluid extends between the indentation and the first surface.

**11**. The article of footwear recited in claim **10**, wherein at least one interior bond joins the first surface with the indentation, the at least one interior bond being spaced inward from the sidewall.

**12**. The article of footwear recited in claim **1**, wherein the first portion of the reinforcing structure forms a ridge located on medial and lateral sides of the first surface, a portion of the lasting surface being an inclined surface of the ridge, and the lasting surface extends between portions of the ridge.

**13**. The article of footwear recited in claim **12**, wherein the ridge extends around a heel region of the sole structure.

**14**. An article of footwear comprising:

a sole structure incorporating a fluid-filled bladder and a reinforcing structure secured to the bladder, the reinforcing structure having an upper surface and an opposite lower surface, the upper surface forming a ridge that defines a first portion of a lasting surface, at least a portion of the ridge being an inclined surface formed by the reinforcing structure and located over the bladder, the bladder defining a second portion of the lasting surface; and

an upper secured directly to the first portion of the lasting surface and the second portion of the lasting surface.

**15**. The article of footwear recited in claim **14**, wherein the bladder is a single chamber that extends through substantially all of a length of the sole structure.

**16**. The article of footwear recited in claim **14**, wherein an adhesive directly bonds the bladder and the reinforcing structure to the upper.

**17**. The article of footwear recited in claim **14**, wherein the ridge extends along a medial side of the sole structure, along a lateral side of the sole structure, and around a heel region of the sole structure.

**18**. The article of footwear recited in claim **14**, wherein the upper surface of the sole structure forms a depression, and the ridge extends around the depression.

**19**. The article of footwear recited in claim **14**, wherein a material of the reinforcing has greater stiffness than a material of the bladder.

**20**. The article of footwear recited in claim **14**, wherein the reinforcing structure is recessed into a sidewall of the bladder, the sidewall extending between the upper surface and the lower surface.

*   *   *   *   *