# EXHIBIT H

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | How Nike Flyknit revolutionized the age-old craft of shoemaking \| Guardian Sustainable Business \| The Guardian |
| Capture URL: | https://www.theguardian.com/sustainable-business/partner-zone-nike1 |
| Captured site IP: | 151.101.33.111 |
| Page loaded at (UTC): | Sat, 20 Jan 2018 20:12:29 GMT |
| Capture timestamp (UTC): | Sat, 20 Jan 2018 20:13:03 GMT |
| Capture tool: | v5.4.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Capture ID: | a0e04f7e-eb77-47f3-9270-e003cf4ab9bd |
| User: | Banner-user1 |



Make a contribution    Subscribe    Find a job    Sign in    Search    US edition

News    Opinion    Sport    Culture    Lifestyle    More

The Guardian

**Partner zone Nike**

# How Nike Flyknit revolutionized the age-old craft of shoemaking

Nike designers pioneered the new Nike Flyknit technology to deliver a peak performance shoe for athletes in a sustainable way

**Sponsor's feature**



Supported by

About this content

*Nike*
Wed 27 Nov 2013 09.44 EST

54



When Nike footwear designers pioneered Nike Flyknit technology they had a primary goal in mind: create a shoe that delivers peak performance for athletes while reducing manufacturing waste in the process. Little did they know they were creating a revolution in sustainable design.

Yet that's exactly what Nike Flyknit promises to be thanks to a micro-level engineering process where computer-controlled "knitting" technology shapes the shoe upper by combining strands of polyester yarn. The innovative process has already proven to be a game changer, reducing waste of the Nike Flyknit Lunar1+ upper by some 80% compared to traditional Nike running footwear.

Nike Flyknit technology grew out of Nike's desire to answer a fundamental puzzle faced by footwear designers. How can you create a shoe that gives athletes exactly what they need, where they need it - without adding anything non-essential to a design?

**Nike Free Flyknit**

"Runners want performance without any distractions," says Tony Bignell, VP of footwear innovation at Nike.





most popular in US

 'Discovering my true sexual self': why I embraced polyamory

 **Live** Women's marches protest Donald Trump on anniversary of inauguration - live

 With government shutdown, Republicans reap what they sow | Richard Wolffe
*Richard Wolffe*

 US government shutdown: anniversary of Trump inauguration marred by chaos

 **Live** Manchester City 3-1 Newcastle United: Premier League - as it happened

"So we started thinking: how could you make a running shoe feel like a sock? And how do you build structure and support into the sock without adding layers? Our goal was to innovate based on our 'nature amplified' design principles, which focus on the body's movement in sport performance and aim to help realise the athlete's natural ability."

Creating lightweight yet sturdy athletic shoes has obsessed the entire footwear industry for decades. As far back as the late 1980s Nike had experimented with an ultra lightweight mesh shoe called the Sock Racer but it wasn't sturdy enough to provide performance support for athletes. Then in 2008 Nike unveiled the Nike Flywire technology that utilises high-strength threads with minimal weight that

focus on the body's movement in sport performance and aim to help realise the athlete's natural ability.

Creating lightweight yet sturdy athletic shoes has obsessed the entire footwear industry for decades. As far back as the late 1980s Nike had experimented with an ultra lightweight mesh shoe called the Sock Racer but it wasn't sturdy enough to provide performance support for athletes. Then in 2008 Nike unveiled the Nike Flywire technology that utilises high-strength threads with minimal weight that act like cables on a suspension bridge, delivering engineered support precisely where it's needed. The Nike Flyknit breakthrough grew out of similar innovative thinking that led Nike's team of computer programmers, engineers and designers to take a knitting machine for socks and sweaters and re-engineer it to produce the upper part of a sneaker.

The result was an upper that felt like a sock but had the strength and support of the best running footwear. The shoe excelled in terms of both performance and sustainable design. Nike Free Flyknit has 35 fewer pieces to assemble than Nike's Air Pegasus+ 28 runner and that equates to a considerable reduction in terms of waste.

It was exactly this intersection between performance and sustainability that quickly made this innovation a front-runner both at Nike and with athletes around the world.

The next opportunity for Nike lies in what Nike Flyknit can do when engineered for other sports or for specific movements, such as sharp, intense lateral movements compared to those demanded in running.

Whatever Nike has in store, one thing is for certain: Nike Flyknit's computerised "knitting" process lends itself to a highly customisable design and production process that is changing the entire footwear industry as we know it.

*Copy on this page is provided by Nike, supporter of the sustainable design hub*

**Since you're here …**

… we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters – because it might well be your perspective, too.

> I appreciate there not being a paywall: it is more democratic for the media to be available for all and not a commodity to be purchased by a few. I'm happy to make a contribution so others with less means still have access to information.
> Thomasine F-R.

If everyone who reads our reporting, who likes it, helps fund it, our future would be much more secure. **For as little as $1, you can support the Guardian – and it only takes a minute. Thank you.**

     

**Topics**
Partner zone Nike

        Reuse this content

### related stories


Nike's LAUNCH project expands search for

Nike ColorDry technology - infographic


Nike ColorDry adds water-free dyed fabric


Nike and bluesign technologies to scale

## related stories



**Nike's LAUNCH project expands search for sustainable materials innovations**
14 Mar 2014



**Nike ColorDry technology - infographic**
18 Dec 2013

**Nike ColorDry adds water-free dyed fabric to sustainable materials menu**
18 Dec 2013



**Nike and bluesign technologies to scale sustainable textiles in fashion**
27 Nov 2013

**Through the years: Nike's history of sustainable innovation**
27 Nov 2013

**LAUNCH surfaces 10 innovations that could change the world**
27 Nov 2013

**Nike + Training, Nike + Basketball, iFit Outside – reviews**
4 Aug 2012

**A crash course in shoemaking**
25 Aug 2010    17

## promoted links from around the web
Recommended by Outbrain
About this Content


Switch and you could save $620. Yay! Savings make me smile.
PROGRESSIVE


How this app made by 100 linguists gets you speaking a new language in 3 weeks
BABBEL


Chiropractors Baffled: Simple Stretch Ends Years of Back Pain (Try Tonight)
FRIENDLY HEALTHY


If Bill Gates is Right, This Could Be Like Buying Microsoft in 1996
THE MOTLEY FOOL

**Amazon Doesn't Want You To Find This Site.**
TOPHATTER

**Chicago, Illinois: This Brilliant Company Is Disrupting a $200 Billion Industry**
EVERQUOTE

**Bill Gates' Prediction Will Give You Goosebumps**
THE MOTLEY FOOL

**This Stock Could Be Like Buying Amazon for $3.19**
THE MOTLEY FOOL

[?]

## Most viewed



**across the guardian** | in guardian sustainable b…

1. 'Discovering my true sexual self': why I embraced polyamory
2. **Live /** Women's marches protest Donald Trump on anniversary of inauguration – live
3. ❝ With government shutdown, Republicans reap what they sow
4. US government shutdown: anniversary of Trump inauguration marred by chaos
5. Manchester City 3-1 Newcastle United: Premier League – as it happened
6. After the rescue: what does the future hold for California's Turpin children?
7. I have cancer. Don't tell me you're sorry
8. US government goes into shutdown after Senate rejects funding bill
9. Police shoot their own race relations adviser in Bristol with a Taser electronic weapon
   ⓘ This article is 1 year old
10. Use of sand vests to calm children with ADHD sparks concern


Advertisement

back to top 

Sign up to our daily email
Email address [____] Sign up

jobs
become a supporter
make a contribution
guardian labs

about us
work for us
contact us
advertise with us

ask for help
terms & conditions
privacy policy
cookie policy
securedrop
complaints & corrections

all topics
all contributors
facebook
twitter
subscribe
digital newspaper archive

© 2018 Guardian News and Media Limited or its affiliated companies. All rights reserved.

---

Document title: How Nike Flyknit revolutionized the age-old craft of shoemaking | Guardian Sustainable Business | The Guardian
Capture URL: https://www.theguardian.com/sustainable-business/partner-zone-nike1
Capture timestamp (UTC): Sat, 20 Jan 2018 20:13:03 GMT



|  **Nike's LAUNCH project expands search for sustainable materials innovations**<br>🕒 14 Mar 2014 |  **technology - infographic**<br>🕒 18 Dec 2013 |  **Nike ColorDry adds water-free dyed fabric to sustainable materials menu**<br>🕒 18 Dec 2013 |  **Nike and bluesign technologies to scale sustainable textiles in fashion**<br>🕒 27 Nov 2013 |
|---|---|---|---|
| **Through the years: Nike's history of sustainable innovation**<br>🕒 27 Nov 2013 | **LAUNCH surfaces 10 innovations that could change the world**<br>🕒 27 Nov 2013 | **Nike + Training, Nike + Basketball, iFit Outside – reviews**<br>🕒 4 Aug 2012 | **A crash course in shoemaking**<br>🕒 25 Aug 2010   💬 17 |

**promoted links from around the web**
Recommended by Outbrain
About this Content



- Switch and you could save $620. Yay! Savings make me smile. — PROGRESSIVE
- How this app made by 100 linguists gets you speaking a new language in 3 weeks — BABBEL
- Chiropractors Baffled: Simple Stretch Ends Years of Back Pain (Try Tonight) — FRIENDLY HEALTHY
- If Bill Gates is Right, This Could Be Like Buying Microsoft in 1996 — THE MOTLEY FOOL
- Amazon Doesn't Want You To Find This Site. — TOPHATTER
- Chicago, Illinois: This Brilliant Company Is Disrupting a $200 Billion Industry — EVERQUOTE
- Bill Gates' Prediction Will Give You Goosebumps — THE MOTLEY FOOL
- This Stock Could Be Like Buying Amazon for $3.19 — THE MOTLEY FOOL

## Most viewed

**across the guardian** | in guardian sustainable b...

1. 'Discovering my true sexual self': why I embraced polyamory
2. **Live** / Women's marches protest Donald Trump on anniversary of inauguration – live
3. With government shutdown, Republicans reap what they sow
4. US government shutdown: anniversary of Trump inauguration marred by chaos
5. Manchester City 3-1 Newcastle United: Premier League – as it happened
6. After the rescue: what does the future hold for California's Turpin children?
7. I have cancer. Don't tell me you're sorry
8. US government goes into shutdown after Senate rejects funding bill
9. Police shoot their own race relations adviser in Bristol with a Taser electronic weapon — This article is 1 year old
10. Use of sand vests to calm children with ADHD sparks concern

back to top ⌃



Sign up to our daily email — Email address — Sign up

jobs | about us | ask for help | all topics
become a supporter | work for us | terms & conditions | all contributors
make a contribution | contact us | privacy policy | facebook
guardian labs | advertise with us | cookie policy | twitter
| | securedrop | subscribe
| | complaints & corrections | digital newspaper archive

© 2018 Guardian News and Media Limited or its affiliated companies. All rights reserved.