# EXHIBIT J

This site uses cookies. By using this site, you agree to our: Cookie Policy, Privacy Policy and Terms of Service. OK

Style  Pop Culture  Sports  Life  Sneakers  Shows  TV



# Puma's the Latest Brand to Hop on the Knitted Sneaker Wave

**BY RILEY JONES**
Contributing writer specializing in Sneakers and Style. @rchrstphr

OCT 22, 2015

SHARE   TWEET

NOW TRENDING



STYLE   LIKE COMPLEX SNEAKERS

CLOSE

FOLLOW COMPLEX SNEAKERS

New Details Emerge in Lil Peep's Death
Pigeons & Planes

Backstreet Boys' Nick Carter Accused of Rape by Former…

You Can Sign Up for the Next Adidas Yeezy Boost Release Now
Sole Collector



Images via **Kenlu**

It's official — knitted sneaker technology is still the move. Nike's Flyknit-based sneakers remain some of the brand's best-selling styles, while adidas' Primeknit is one of the defining technologies behind two of its best sneakers, the Ultra Boost and Yeezy Boost 350. Now, Puma becomes the newest brand to make use of performance knits in its footwear.

Known as Puma Proknit, this technology is pretty self-explanatory. Like its competitors' materials, Proknit is engineered to deliver targeted support in areas where athletes need it most, which is apparent at the toe box, side panel, and heel. Currently featured on the Ignite Proknit running sneaker, we're confident that we'll be seeing even more of this Puma tech sooner than later.

If you like what you see, the Puma Ignite Proknit is now available from the brand's online store for $150. Go up close with the details and colorways below.

STYLE    LIKE COMPLEX SNEAKERS



FOLLOW COMPLEX SNEAKERS





FOLLOW COMPLEX SNEAKERS





    

FOLLOW COMPLEX SNEAKERS





FOLLOW COMPLEX SNEAKERS





## WATCH NOW





**Tags:** News, Nike Flyknit, Puma, Sneaker News, sneaker-culture, sneaker-releases, adidas Primeknit, knitted shoes, Sneaker technology

 LIKE     FOLLOW     STREAM

SHOW COMMENTS 

## POPULAR IN THE COMMUNITY



Kevin Durant on the Criticism He's…

Jay Z Tells 9-Year-Old Girl at 4:44…

The Latest Ball Cont…



Howard   Dale Gosnell   Pur
 5d

STYLE    LIKE COMPLEX SNEAKERS   



MJ did not join a | I doubt that seriously | You can ta...

FOLLOW COMPLEX SNEAKERS

## FROM THE WEB

Sponsored Links

**You should never shop on Amazon without using this trick – here's why**
Honey

**Don't Like Guns? Carry This Instead**
Safesound Personal Alarm

**2 modes Sonic electric toothbrush HX8911/02**
$119.99 - usa.philips.com

**Shoppers Are Getting Unbelievable Deals With This Little-Known Site**
Tophatter

**Two Savings Accounts That Pay 10x What Your Bank Pays**
MyFinance Bank Referrals

**6 Reasons Why This Subscription Box Is Everyone's Favorite**
Maker.Me | FabFitFun

by Taboola 

## LATEST STORIES



**SOLE COLLECTOR**

### Where to Buy 'Gold Top 3' Air Jordan 1s Releasing on Cyber Monday

By Brendan Dunne    3 minutes ago

 STYLE    LIKE COMPLEX SNEAKERS





**SOLE COLLECTOR**
### Nike Combines Kyries Sneakers for a Hybrid Model

FOLLOW COMPLEX SNEAKERS

By Brendan Dunne    20 minutes ago



**SOLE COLLECTOR**
### PSNY Makes Exclusive Michigan Air Jordans

By Brendan Dunne    49 minutes ago



**SNEAKERS**
### No One Could Buy the Off-White x Nikes and That's OK

By Matt Welty    20 hours ago



**SNEAKERS • COMPLEX UK**
### Footpatrol and New Balance Join Forces On Super Exclusive '576' Collab

By Sam Inerfield    Nov 21, 2017

STYLE       





 SOLE COLLECTOR

# You Can Sign Up for the Next Adidas Yeezy Boost Release Now

By Brendan Dunne

Nov 21, 2017

  LIKE COMPLEX SNEAKERS   



### Another Off-White x Air Jordan 1 Is Coming

FOLLOW COMPLEX SNEAKERS

By Brendan Dunne    Nov 21, 2017



**SNEAKERS**

### New Balance and Concepts Team Up To Re-Release The 999 "Hyannis" at ComplexCon



**SNEAKERS • COMPLEX UK**

### N.D.G Studio Unveil Their New Footwear Silhouette With The 1984 Basketball Sneaker

By Sam Cole    Nov 20, 2017



**SNEAKERS • COMPLEX UK**

### AJ Tracey, Little Simz And More Share Their Perspectives On The Nike Air Force 1's London Legacy

By Sam Cole    Nov 20, 2017

**MORE STORIES**

---

**COMPLEX**

| MUSIC | STYLE | CONTACT US | TERMS OF USE |
| POP CULTURE | SPORTS | CAREERS | PRIVACY POLICY |
| SNEAKERS | LIFE | ADVERTISE | SITE MAP |
| | | FEEDS | PERSONALIZE |

STYLE    LIKE COMPLEX SNEAKERS



COMPLEX participates in various affiliate marketing programs, which means COMPLEX gets paid commissions on purchases made through our links to retailer sites. Our editorial content is not influenced by any commissions we receive.

© 2017 Complex Media, Inc. All Rights Reserved.

FOLLOW COMPLEX SNEAKERS

STYLE

LIKE COMPLEX SNEAKERS