# EXHIBIT K

# PUMA Joins The Knit Runner Game With The Ignite Proknit

Oct 22, 2015





Nike and adidas have been making their presence felt with their "knit" sneakers thanks to their Flyknit and Primeknit technology, respectively.

Joining in on the knit sneaker craze is PUMA. PUMA's first silhouette that incorporates knit technology is the PUMA Ignite Proknit that you see above. Offered in a handful of different colorways, we can see that the entire upper of this sleek runner is composed of a knit material that looks to hug your foot for a sock-like fit. Each colorway features a two-tone upper with an IGNITE midsole cushion system.

CLOSE



FOLLOW KICKSONFIRE     LIKE KICKSONFIRE

If you would like to try out the new PUMA Ignite Proknit for yourself you can purchase the shoe now directly from Puma.com for $150.

via: Kenlu

## Author's Take

The more competition we see the better is is for us as consumers. This new PUMA Ignite Proknit gives us another knitted runner to try out. The only problem for me is that this sneaker has too much of a "running shoe" look in my opinion if that makes any sense. It would be pretty hard to make these look good with a pair of jeans. But then again they are runners.

**Available Now on Kixify & eBay**

 FOLLOW KICKSONFIRE   LIKE KICKSONFIRE