# EXHIBIT L



December 9, 2016

Puma North America, Inc.
Attention: General Counsel
10 Lyberty Way
Westford, Massachusetts 01886

>    **Re:    Notice of Patent Infringement Under 35 U.S.C. § 287**
>    <u>**U.S. Patent Nos. 7,637,032 and 6,973,746**</u>

Dear General Counsel:

    I am Senior Director, Global Intellectual Property Litigation for NIKE, Inc.  I write pursuant to 35 U.S.C. § 287 to inform you that Puma North America, Inc. ("PUMA") is offering to sell and selling shoes that infringe claims of at least NIKE's U.S. Patent Nos. 7,637,032 (the "'032 patent") and 6,973,746 (the "'746 patent").  I have enclosed copies of the patents for your reference.

    Puma's infringing shoes as to the '032 patent include at least the IGNITE Proknit.  An image of the IGNITE Proknit is reproduced below.  The IGNITE Proknit is an article of footwear with an upper substantially constructed from textile material, wherein the upper includes an exterior portion substantially constructed from knitted textile material.  The exterior portion includes a first region having stability ribs integrally formed in the knitted textile material and a second region continuous with the first region, the second region not including stability ribs.  A first portion of the first region extends along a forefoot portion of the upper and a second portion of the first region extends along a lateral midfoot side of the upper.  A portion of the second region extends along a junction between the upper and the sole and between the first portion of the first region and the second portion of the first region.  The IGNITE Proknit also has a sole engaged with the upper.

Puma North America, Inc.
December 9, 2016
Page 2



Puma's infringing shoes as to the '746 patent include at least the evoSPEED SL FG and evoSPEED SL II (the "evoSPEED SL").  Images of the evoSPEED SL are reproduced below. The evoSPEED SL are articles of footwear with an upper and a cleat assembly coupled to the upper.  The cleat assembly includes a base having medial and lateral sides, a plurality of downwardly extending ground engaging members, a medial support bar located on the medial side, a lateral support bar located on the lateral side, a lateral stiffened section located in a region of the cleat assembly generally corresponding to a midfoot portion of the lateral support bar, and a medial stiffened section located in a region of the cleat assembly generally corresponding to a midfoot portion of the medial support bar, the medial stiffened section being stiffer than the lateral stiffened section.



PUMA's unauthorized use of the inventions covered by the '032 and '746 patents constitutes patent infringement.  NIKE requests that PUMA immediately and permanently cease all manufacturing, use, sales, offers to sell, and importation into the United States of all footwear that infringes the '032 patent or the '746 patent, including at least the IGNITE Proknit and the evoSPEED SL.

Puma North America, Inc.
December 9, 2016
Page 3

      NIKE would prefer to avoid litigation and amicably resolve this matter with PUMA.  To that end, please contact me within 15 calendar days to discuss this matter.

      Note that we are only writing to you today regarding Puma's infringement of the specific intellectual property rights described above.  As you are likely aware, NIKE owns many other valuable intellectual property rights.  This letter is without prejudice to NIKE's assertion of any and all rights and remedies it may have against PUMA, all of which are expressly reserved.

      We look forward to hearing from you.

                  Very truly yours,

                  */s/Brian M. Fogarty*

                  Brian M. Fogarty
                  Sr. Director, Global IP Litigation
                  NIKE, Inc.