# EXHIBIT N



October 24, 2017

**Via E-Mail (*peter.mastrostefano@puma.com*)**

Peter Mastrostefano
SVP, General Counsel
Puma North America, Inc.
10 Lyberty Way
Westford, Massachusetts 01886

      Re:    **Notice of Patent Infringement Under 35 U.S.C. § 287**
               **U.S. Patent Nos. 9,078,488 and 9,375,046**

Dear Pete:

      I write pursuant to 35 U.S.C. § 287 to notify you that Puma North America, Inc. ("PUMA") is offering to sell and selling shoes that infringe claims of NIKE's U.S. Patent Nos. 9,078,488 (the "'488 patent") and 9,375,046 (the "'746 patent"). I have enclosed copies of the patents for your reference.

      PUMA's infringing footwear includes at least its IGNITE Speed Netfit. We have reproduced an image of the footwear below.



      PUMA infringes claims of the '488 patent. For example, PUMA infringes claim 1 because the IGNITE Speed Netfit is an article of footwear including an upper and a sole structure attached to the upper, the upper incorporating a knitted component formed of unitary knit construction, the knitted component comprising: at least one lenticular knit structure including a first portion and a second portion disposed on opposite sides of the lenticular knit structure; and a base portion disposed adjacent to the at least one lenticular knit structure; wherein the at least one lenticular knit structure extends away from the base portion on an exterior surface of the upper; and wherein the first portion of the at

Peter Mastrostefano
Puma North America, Inc.
October 24, 2017
Page 2

least one lenticular knit structure is associated with a first visual effect when the upper is viewed from a first viewing angle and the second portion of the at least one lenticular knit structure is associated with a second visual effect when the upper is viewed from a second viewing angle that is different than the first viewing angle.

PUMA also infringes claims of the '746 patent. For example, PUMA infringes claim 20 because the IGNITE Speed Netfit is an article comprising: a plurality of webbed areas having a front surface, the webbed areas configured to move between a neutral position and an extended position, the webbed areas being biased to move toward the neutral position, and a plurality of tubular structures that are adjacent to the webbed areas, the tubular structures; wherein at least one of the webbed areas or tubular structures is configured to stretch to move the webbed areas to the extended position in response to a force applied to the article; wherein in the neutral position, a first area of the front surface is hidden from visual observation from a first viewing perspective, and wherein in the extended position, the first area of the front surface is revealed for visual observation from the first viewing perspective.

PUMA's unauthorized use of the inventions covered by the '488 and '746 patents constitutes patent infringement. Moreover, PUMA continues to infringe NIKE's U.S. Patent Nos. 7,637,032 and 6,973,746, which I first notified you about in my letter dated December 9, 2016. PUMA infringes those patents by selling at least its IGNITE Proknit and evoSPEED SL footwear, as I detailed in my prior correspondence.

NIKE cannot permit PUMA to continue to violate its intellectual property rights. Please confirm within two weeks of this letter that PUMA will immediately and permanently cease all manufacturing, use, sales, offers to sell, and importation into the United States of the IGNITE Proknit, the IGNITE Speed Netfit, and the evoSPEED SL footwear.

This letter addresses PUMA's infringement of the specific intellectual property rights described above. As you are likely aware, NIKE owns many other valuable intellectual property rights. NIKE reserves all rights and remedies it may have against PUMA.

Very truly yours,

Brian Fogarty
Senior Director, Global IP Litigation
NIKE, Inc.

Enclosures

NIKE, INC.  One Bowerman Drive, Beaverton, Oregon 97005-6453  T:503.671.6453  F:503.671.6300  NIKE.COM
BRIAN FOGARTY, Director of Global IP Litigation T: 503.532.7988 C: 858.532.591