# EXHIBIT P

Menu 1

**TAKE 30% OFF NOW THROUGH WEDNESDAY WITH CODE: CYBRSAVE**
SEE DETAILS (HTTPS://US.PUMA.COM/EN_US/CYBER-MONDAY-DETAILS-LIGHTBOX.HTML)

# FIND A PUMA STORE

Sudbury, MA 01776 US >

## 3 PUMA STORES FOUND NEAR YOU massachusetts

Currently displaying: ☑ PUMA Stores  ☑ PUMA Outlets

| 1 | **Somerville-Assembly Row Outlet**<br>341 Artisan Way Somerville, MA 02145<br>UNITED STATES | 15.0 miles away | **GET DIRECTIONS**<br>STORE INFO<br>PHONE 617.623.1159 |

| 2 | **Wrentham-Wrentham Village Premium Outlets**<br>1 Premium Outlet Blvd. Wrentham, MA 02093<br>UNITED STATES | 25.5 miles away | **GET DIRECTIONS**<br>STORE INFO<br>PHONE 508.384.0052 |

| 3 | **Merrimack-Premium Outlet**<br>80 Premium Outlets Blvd Merrimack, NH 03054<br>UNITED STATES | 29.5 miles away | **GET DIRECTIONS**<br>STORE INFO<br>PHONE 603.424.6611 |

< Page 1 of 1 >


Google

BACK TO TOP

#### EMAIL SIGN UP

Enter your email  >

○ MALE    ○ FEMALE

#### FIND A PUMA STORE

Enter a postal code  >

#### GET SOCIAL

[https://twitter.com/puma] [https://instagram.com/puma] [https://facebook.com/puma] [https://youtube.com/puma]

Live Chat [https://us.puma.com/on/demandware.store/Sites-US-Site/en_US/Radial-LiveChat]

GIFT CARDS [https://us.puma.com/on/demandware.store/Sites-US-Site/en_US/GiftCard-Show]

#### REGION

United States [http://puma.com/?noredirect]

**STUDENT DISCOUNT**

[https://us.puma.com/en_US/student-program-unidays.html]

**CUSTOMER SERVICE**

FAQ [https://us.puma.com/en_US/faq/FAQ.html]

Contact Us [https://us.puma.com/en_US/contact-us.html]

Return Policy [https://us.puma.com/en_US/HELP_Returns.html]

Privacy Policy [https://us.puma.com/en_US/PRIVACY_POLICY.html]

Terms of Use [https://us.puma.com/en_US/TERMS_AND_CONDITIONS.html]

CALL US:
888-565-PUMA

**ABOUT PUMA**

Company [http://about.puma.com/en/this-is-puma]

Corporate News [http://about.puma.com/en/newsroom]

Press Center [http://news.puma.com/]

Investors [http://about.puma.com/en/investor-relations]

Sustainability [http://about.puma.com/en/sustainability]

Careers [http://about.puma.com/en/careers]