# EXHIBIT Q

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA Online Shop - Payment |
| Capture URL: | https://us.puma.com/en_US/cart?dwcont=C370143196 |
| Captured site IP: | 104.16.56.43 |
| Page loaded at (UTC): | Thu, 14 Dec 2017 17:51:21 GMT |
| Capture timestamp (UTC): | Thu, 14 Dec 2017 17:51:57 GMT |
| Capture tool: | v5.3.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | c9a22296-8f48-436c-bbea-f8aef267cb79 |
| User: | Banner-user1 |







FEEL SECURE WITH YOUR PUMA PURCHASE

| PARTNER | SECURE PAYMENTS | SHIPPING GUARANTEE |
| --- | --- | --- |
| Payment Types: VISA, MasterCard, AMEX, Discover, Paypal | VeriSign Certificate SSL | Free shipping over $75, always FREE returns. |



Need help? Call us at **888-565-PUMA**



**EMAIL SIGN UP**
Enter your email

**FIND A PUMA STORE**
Enter a postal code



**SHOP**
Mens
Womens
Kids
Sale

**SPORTS**
Soccer
Running
Training
Golf

**TEAMS**
Arsenal
BVB
Italia

**AMBASSADORS**
Rihanna
The Weeknd
Selena Gomez
Cara Delevingne
Antoine Griezmann
Sergio Agüero
Mario Balotelli
Cesc Fabregas
Marco Reus
Usain Bolt
Andre De Grasse
Jenna Prandini
Julian Edelman
Rickie Fowler
Bryson DeChambeau
Lexi Thompson

**STUDENT DISCOUNT**
**CUSTOMER SERVICE**
FAQ
Contact Us
Return Policy
Privacy Policy
Terms of Use

**CALL US:**
888-565-PUMA

**ABOUT PUMA**
Company
Corporate News
Press Center
Investors
Sustainability
Careers

**GET SOCIAL**

Live Chat

**GIFT CARDS**

**REGION**
United States

**PUMA at a Glance** / PUMA is one of the world's leading Sports Brands, designing, developing, selling, and marketing footwear, apparel, and accessories. For over 65 years, PUMA has established a history of making fast product designs for the fastest athletes on the planet. PUMA engages in exciting collaborations with major brand advocates including musical superstar Rihanna and her acclaimed Fenty collection. It also offers performance and sport-inspired lifestyle products in categories such as Soccer/Football, Running, Training and Fitness, Golf, and Motorsport.

The official PUMA Online Store offers a large selection of PUMA shoes, clothing, accessories, and equipment.

PUMA's family of star players in soccer include Antoine Griezmann, Michael Bradley, Sergio Agüero, Cesc Fàbregas, Marco Reus, Olivier Giroud, Mario Balotelli, Marco Verratti, Santi Cazorla and, in women's soccer, Brazilian powerhouse Marta. PUMA also sponsors a number of influential national and club teams, including Arsenal FC, Borussia Dortmund, Leicester City FC, Newcastle United FC, four-time world champion Italy, Austria, Switzerland, Czech Republic, Slovakia, Uruguay, Chile, Ghana, Ivory Coast, and Cameroon.

In the Olympics, powerful athletes such as Usain Bolt, Andre De Grasse, and Jenna Prandini proudly represent PUMA.

In Golf, game-changing athletes such as Rickie Fowler and Lexi Thompson represent COBRA PUMA GOLF.

PUMA's sport-inspired lifestyle products include the PUMA Motorsport collection, which features officially licensed gear from Ferrari, BMW Motorsport, Mercedes, and Red Bull Racing.

PUMA has created famous sneaker styles such the Suede, Roma, Clyde, Speed Cat, Basket, Match, as well as Platform sneakers and Fierce for our women. Creative partnerships with influential brand advocates like Rihanna round out our lifestyle category. Lifestyle and training styles come to life with ambassadors such as Cara Delevingne, Big Sean, and Julian Edelman.

The PUMA Group owns the brands PUMA, Cobra Golf and Dobotex. The company distributes its products in more than 120 countries, employs more than 11,000 people worldwide, and is headquartered in Herzogenaurach/Germany.

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA Online Shop - Payment |
| Capture URL: | https://us.puma.com/en_US/cart?dwcont=C1275999361 |
| Captured site IP: | 104.16.56.43 |
| Page loaded at (UTC): | Sat, 16 Dec 2017 16:05:27 GMT |
| Capture timestamp (UTC): | Sat, 16 Dec 2017 16:06:07 GMT |
| Capture tool: | v5.3.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | 9d30a73c-7545-4a18-a9e3-8d569e5bd29f |
| User: | Banner-user1 |



Phone: 312-463-5530

FEEL SECURE WITH YOUR PUMA PURCHASE

| PARTNER | SECURE PAYMENTS | SHIPPING GUARANTEE |
|---|---|---|
| Payment Types: VISA, MasterCard, AMEX, Discover, Paypal | VeriSign Certificate SSL | Free shipping over $75, always FREE returns. |



Need help? Call us at **888-565-PUMA**

---

EMAIL SIGN UP

FIND A PUMA STORE

---



**PUMA**®

**SHOP**
Mens
Womens
Kids
Sale

**SPORTS**
Soccer
Running
Training
Golf

GET SOCIAL

Live Chat

GIFT CARDS

REGION

United States

**TEAMS**
Arsenal
BVB
Italia

**AMBASSADORS**
Rihanna
The Weeknd
Selena Gomez
Cara Delevingne
Antoine Griezmann
Sergio Agüero
Mario Balotelli
Cesc Fàbregas
Marco Reus
Usain Bolt
Andre De Grasse
Jenna Prandini
Julian Edelman
Rickie Fowler
Bryson DeChambeau
Lexi Thompson

**STUDENT DISCOUNT**

CUSTOMER SERVICE
FAQ
Contact Us
Return Policy
Privacy Policy
Terms of Use

CALL US:
888-565-PUMA

**ABOUT PUMA**
Company
Corporate News
Press Center
Investors
Sustainability
Careers

---

**PUMA at a Glance** / PUMA is one of the world's leading Sports Brands, designing, developing, selling, and marketing footwear, apparel, and accessories. For over 65 years, PUMA has established a history of making fast product designs for the fastest athletes on the planet. PUMA engages in exciting collaborations with major brand advocates including musical superstar Rihanna and her acclaimed Fenty collection. It also offers performance and sport-inspired lifestyle products in categories such as Soccer/Football, Running, Training and Fitness, Golf, and Motorsport.

The official PUMA Online Store offers a large selection of PUMA shoes, clothing, accessories, and equipment.

PUMA's family of star players in soccer includes Antoine Griezmann, Michael Bradley, Sergio Agüero, Cesc Fàbregas, Marco Reus, Olivier Giroud, Mario Balotelli, Marco Verratti, Santi Cazorla and, in women's soccer, Brazilian powerhouse Marta. PUMA also sponsors a number of influential national and club teams, including Arsenal FC, Borussia Dortmund, Leicester City FC, Newcastle United FC, four-time world champion Italy, Austria, Switzerland, Czech Republic, Slovakia, Uruguay, Chile, Ghana, Ivory Coast, and Cameroon.

In the Olympics, powerful athletes such as Usain Bolt, Andre De Grasse, and Jenna Prandini proudly represent PUMA.

In Golf, game-changing athletes such as Rickie Fowler and Lexi Thompson represent COBRA PUMA GOLF.

PUMA's sport-inspired lifestyle products include the PUMA Motorsport collection, which features officially licensed gear from Ferrari, BMW Motorsport, Mercedes, and Red Bull Racing.

PUMA has created famous sneaker styles such as the Suede, Roma, Clyde, Speed Cat, Basket, Match, as well as Platform sneakers and Fierce for our women. Creative partnerships with influential brand advocates like Rihanna round out our lifestyle category. Lifestyle and training styles come to life with ambassadors such as Cara Delevingne, Big Sean, and Julian Edelman.

The PUMA Group owns the brands PUMA, Cobra Golf and Dobotex. The company distributes its products in more than 120 countries, employs more than 11,000 people worldwide, and is headquartered in Herzogenaurach/Germany.

---

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

Document title:            PUMA Online Shop - Payment

Capture URL:               https://us.puma.com/en_US/cart?dwcont=C1280628741

Captured site IP:          104.16.56.43

Page loaded at (UTC):      Sat, 16 Dec 2017 16:12:47 GMT

Capture timestamp (UTC):   Sat, 16 Dec 2017 16:14:39 GMT

Capture tool:              v5.3.1

Collection server IP:      52.7.109.102

Browser engine:            Chrome/54.0.2840.99

Operating system:          Microsoft Windows NT 6.2.9200.0 (6.2.9200.0)

PDF length:                3

Capture ID:                b5e8088a-7cf1-4367-992d-4b2e1c7de5b6

User:                      Banner-user1



Phone: 312-463-5530

FEEL SECURE WITH YOUR PUMA PURCHASE



| PARTNER | SECURE PAYMENTS | SHIPPING GUARANTEE |
|---|---|---|
| Payment Types: VISA, MasterCard, AMEX, Discover, Paypal | VeriSign Certificate SSL | Free shipping over $75, always FREE returns. |

Need help? Call us at **888-565-PUMA**

EMAIL SIGN UP

FIND A PUMA STORE







**SHOP**
Mens
Womens
Kids
Sale

**SPORTS**
Soccer
Running
Training
Golf

GET SOCIAL

Live Chat

GIFT CARDS

REGION
United States

**TEAMS**
Arsenal
BVB
Italia

**AMBASSADORS**
Rihanna
The Weeknd
Selena Gomez
Cara Delevingne
Antoine Griezmann
Sergio Agüero
Mario Balotelli
Cesc Fàbregas
Marco Reus
Usain Bolt
Andre De Grasse
Jenna Prandini
Julian Edelman
Rickie Fowler
Bryson DeChambeau
Lexi Thompson

**STUDENT DISCOUNT**

CUSTOMER SERVICE
FAQ
Contact Us
Return Policy
Privacy Policy
Terms of Use

CALL US:
888-565-PUMA

**ABOUT PUMA**
Company
Corporate News
Press Center
Investors
Sustainability
Careers

**PUMA at a Glance** / PUMA is one of the world's leading Sports Brands, designing, developing, selling, and marketing footwear, apparel, and accessories. For over 65 years, PUMA has established a history of making fast product designs for the fastest athletes on the planet. PUMA engages in exciting collaborations with major brand advocates including musical superstar Rihanna and her acclaimed Fenty collection. It also offers performance and sport-inspired lifestyle products in categories such as Soccer/Football, Running, Training and Fitness, Golf, and Motorsport.

The official PUMA Online Store offers a large selection of PUMA shoes, clothing, accessories, and equipment.

PUMA's family of star players in soccer includes Antoine Griezmann, Michael Bradley, Sergio Agüero, Cesc Fàbregas, Marco Reus, Olivier Giroud, Mario Balotelli, Marco Verratti, Santi Cazorla and, in women's soccer, Brazilian powerhouse Marta. PUMA also sponsors a number of influential national and club teams, including Arsenal FC, Borussia Dortmund, Leicester City FC, Newcastle United FC, four-time world champion Italy, Austria, Switzerland, Czech Republic, Slovakia, Uruguay, Chile, Ghana, Ivory Coast, and Cameroon.

In the Olympics, powerful athletes such as Usain Bolt, Andre De Grasse, and Jenna Prandini proudly represent PUMA.

In Golf, game-changing athletes such as Rickie Fowler and Lexi Thompson represent COBRA PUMA GOLF.

PUMA's sport-inspired lifestyle products include the PUMA Motorsport collection, which features officially licensed gear from Ferrari, BMW Motorsport, Mercedes, and Red Bull Racing.

PUMA has created famous sneaker styles such as the Suede, Roma, Clyde, Speed Cat, Basket, Match, as well as Platform sneakers and Fierce for our women. Creative partnerships with influential brand advocates like Rihanna round out our lifestyle category. Lifestyle and training styles come to life with ambassadors such as Cara Delevingne, Big Sean, and Julian Edelman.

The PUMA Group owns the brands PUMA, Cobra Golf and Dobotex. The company distributes its products in more than 120 countries, employs more than 11,000 people worldwide, and is headquartered in Herzogenaurach/Germany.

PAGE**V**AULT®

WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA Online Shop - Payment |
| Capture URL: | https://us.puma.com/en_US/cart?dwcont=C1288725591 |
| Captured site IP: | 104.16.56.43 |
| Page loaded at (UTC): | Sat, 16 Dec 2017 16:23:54 GMT |
| Capture timestamp (UTC): | Sat, 16 Dec 2017 16:27:12 GMT |
| Capture tool: | v5.3.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | 08043177-be20-4ba6-9d35-be671a156d87 |
| User: | Banner-user1 |

PDF REFERENCE #:            s9bxGt8cPngdDCM8w1bLZb



Phone: 312-463-5530

FEEL SECURE WITH YOUR PUMA PURCHASE

| PARTNER | SECURE PAYMENTS | SHIPPING GUARANTEE |
|---|---|---|
| Payment Types: VISA, MasterCard, AMEX, Discover, Paypal | VeriSign Certificate SSL | Free shipping over $75, always FREE returns. |



Need help? Call us at **888-565-PUMA**

---

**EMAIL SIGN UP**

Enter your email

**FIND A PUMA STORE**

Enter a postal code

---



**SHOP**
Mens
Womens
Kids
Sale

**SPORTS**
Soccer
Running
Training
Golf

**GET SOCIAL**

Live Chat

GIFT CARDS

**REGION**

United States

**TEAMS**
Arsenal
BVB
Italia

**AMBASSADORS**
Rihanna
The Weeknd
Selena Gomez
Cara Delevingne
Antoine Griezmann
Sergio Agüero
Mario Balotelli
Cesc Fàbregas
Marco Reus
Usain Bolt
Andre De Grasse
Jenna Prandini
Julian Edelman
Rickie Fowler
Bryson DeChambeau
Lexi Thompson

**STUDENT DISCOUNT**

**CUSTOMER SERVICE**
FAQ
Contact Us
Return Policy
Privacy Policy
Terms of Use

**CALL US:**
888-565-PUMA

**ABOUT PUMA**
Company
Corporate News
Press Center
Investors
Sustainability
Careers

---

**PUMA at a Glance** / PUMA is one of the world's leading Sports Brands, designing, developing, selling, and marketing footwear, apparel, and accessories. For over 65 years, PUMA has established a history of making fast product designs for the fastest athletes on the planet. PUMA engages in exciting collaborations with major brand advocates including musical superstar Rihanna and her acclaimed Fenty collection. It also offers performance and sport-inspired lifestyle products in categories such as Soccer/Football, Running, Training and Fitness, Golf, and Motorsport.

The official PUMA Online Store offers a large selection of PUMA shoes, clothing, accessories, and equipment.

PUMA's family of star players in soccer includes Antoine Griezmann, Michael Bradley, Sergio Agüero, Cesc Fàbregas, Marco Reus, Olivier Giroud, Mario Balotelli, Marco Verratti, Santi Cazorla and, in women's soccer, Brazilian powerhouse Marta. PUMA also sponsors a number of influential national and club teams, including Arsenal FC, Borussia Dortmund, Leicester City FC, Newcastle United FC, four-time world champion Italy, Austria, Switzerland, Czech Republic, Slovakia, Uruguay, Chile, Ghana, Ivory Coast, and Cameroon.

In the Olympics, powerful athletes such as Usain Bolt, Andre De Grasse, and Jenna Prandini proudly represent PUMA.

In Golf, game-changing athletes such as Rickie Fowler and Lexi Thompson represent COBRA PUMA GOLF.

PUMA's sport-inspired lifestyle products include the PUMA Motorsport collection, which features officially licensed gear from Ferrari, BMW Motorsport, Mercedes, and Red Bull Racing.

PUMA has created famous sneaker styles such as the Suede, Roma, Clyde, Speed Cat, Basket, Match, as well as Platform sneakers and Fierce for our women. Creative partnerships with influential brand advocates like Rihanna round out our lifestyle category. Lifestyle and training styles come to life with ambassadors such as Cara Delevingne, Big Sean, and Julian Edelman.

The PUMA Group owns the brands PUMA, Cobra Golf and Dobotex. The company distributes its products in more than 120 countries, employs more than 11,000 people worldwide, and is headquartered in Herzogenaurach/Germany.

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA Online Shop - Payment |
| Capture URL: | https://us.puma.com/en_US/cart?dwcont=C1426400051 |
| Captured site IP: | 104.16.55.43 |
| Page loaded at (UTC): | Sat, 16 Dec 2017 19:00:54 GMT |
| Capture timestamp (UTC): | Sat, 16 Dec 2017 19:01:16 GMT |
| Capture tool: | v5.3.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | b8fbbdbc-8e1c-4cd4-8864-b876063fa022 |
| User: | Banner-user1 |



Phone: 312-463-5530

FEEL SECURE WITH YOUR PUMA PURCHASE



**PARTNER**

Payment Types: VISA, MasterCard, AMEX, Discover, Paypal

**SECURE PAYMENTS**

VeriSign Certificate SSL

**SHIPPING GUARANTEE**

Free shipping over $75, always FREE returns.



Need help? Call us at **888-565-PUMA**

EMAIL SIGN UP

Enter your email  ▶

FIND A PUMA STORE

Enter a postal code  ▶



**SHOP**
Mens
Womens
Kids
Sale

**SPORTS**
Soccer
Running
Training
Golf

GET SOCIAL

Live Chat

GIFT CARDS

REGION

United States  ›

**TEAMS**
Arsenal
BVB
Italia

**AMBASSADORS**
Rihanna
The Weeknd
Selena Gomez
Cara Delevingne
Antoine Griezmann
Sergio Agüero
Mario Balotelli
Cesc Fàbregas
Marco Reus
Usain Bolt
Andre De Grasse
Jenna Prandini
Julian Edelman
Rickie Fowler
Bryson DeChambeau
Lexi Thompson

**STUDENT DISCOUNT**

CUSTOMER SERVICE
FAQ
Contact Us
Return Policy
Privacy Policy
Terms of Use

CALL US:
888-565-PUMA

**ABOUT PUMA**
Company
Corporate News
Press Center
Investors
Sustainability
Careers



PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA Online Shop - Payment |
| Capture URL: | https://us.puma.com/en_US/cart?dwcont=C1428480774 |
| Captured site IP: | 104.16.56.43 |
| Page loaded at (UTC): | Sat, 16 Dec 2017 19:05:17 GMT |
| Capture timestamp (UTC): | Sat, 16 Dec 2017 19:05:38 GMT |
| Capture tool: | v5.3.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | d2f33af2-4352-4392-aacd-eadb3a68647d |
| User: | Banner-user1 |



Phone: 312-463-5530

FEEL SECURE WITH YOUR PUMA PURCHASE

| PARTNER | SECURE PAYMENTS | SHIPPING GUARANTEE |
|---|---|---|
| Payment Types: VISA, MasterCard, AMEX, Discover, Paypal | VeriSign Certificate SSL | Free shipping over $75, always FREE returns. |



Need help? Call us at **888-565-PUMA**

EMAIL SIGN UP

FIND A PUMA STORE



**PUMA**®

**SHOP**
Mens
Womens
Kids
Sale

**SPORTS**
Soccer
Running
Training
Golf

GET SOCIAL

Live Chat

GIFT CARDS

REGION

United States

**TEAMS**
Arsenal
BVB
Italia

**AMBASSADORS**
Rihanna
The Weeknd
Selena Gomez
Cara Delevingne
Antoine Griezmann
Sergio Agüero
Mario Balotelli
Cesc Fàbregas
Marco Reus
Usain Bolt
Andre De Grasse
Jenna Prandini
Julian Edelman
Rickie Fowler
Bryson DeChambeau
Lexi Thompson

**STUDENT DISCOUNT**

CUSTOMER SERVICE

FAQ
Contact Us
Return Policy
Privacy Policy
Terms of Use

CALL US:
888-565-PUMA

**ABOUT PUMA**

Company
Corporate News
Press Center
Investors
Sustainability
Careers

**PUMA at a Glance** / PUMA is one of the world's leading Sports Brands, designing, developing, selling, and marketing footwear, apparel, and accessories. For over 65 years, PUMA has established a history of making fast product designs for the fastest athletes on the planet. PUMA engages in exciting collaborations with major brand advocates including musical superstar Rihanna and her acclaimed Fenty collection. It also offers performance and sport-inspired lifestyle products in categories such as Soccer/Football, Running, Training and Fitness, Golf, and Motorsport.

The official PUMA Online Store offers a large selection of PUMA shoes, clothing, accessories, and equipment.

PUMA's family of star players in soccer includes Antoine Griezmann, Michael Bradley, Sergio Agüero, Cesc Fàbregas, Marco Reus, Olivier Giroud, Mario Balotelli, Marco Verratti, Santi Cazorla and, in women's soccer, Brazilian powerhouse Marta. PUMA also sponsors a number of influential national and club teams, including Arsenal FC, Borussia Dortmund, Leicester City FC, Newcastle United FC, four-time world champion Italy, Austria, Switzerland, Czech Republic, Slovakia, Uruguay, Chile, Ghana, Ivory Coast, and Cameroon.

In the Olympics, powerful athletes such as Usain Bolt, Andre De Grasse, and Jenna Prandini proudly represent PUMA.

In Golf, game-changing athletes such as Rickie Fowler and Lexi Thompson represent COBRA PUMA GOLF.

PUMA's sport-inspired lifestyle products include the PUMA Motorsport collection, which features officially licensed gear from Ferrari, BMW Motorsport, Mercedes, and Red Bull Racing.

PUMA has created famous sneaker styles such as the Suede, Roma, Clyde, Speed Cat, Basket, Match, as well as Platform sneakers and Fierce for our women. Creative partnerships with influential brand advocates like Rihanna round out our lifestyle category. Lifestyle and training styles come to life with ambassadors such as Cara Delevingne, Big Sean, and Julian Edelman.

The PUMA Group owns the brands PUMA, Cobra Golf and Dobotex. The company distributes its products in more than 120 countries, employs more than 11,000 people worldwide, and is headquartered in Herzogenaurach/Germany.

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA Online Shop - Checkout |
| Capture URL: | https://us.puma.com/en/us/checkout/start?stage=payment#payment |
| Captured site IP: | 104.16.56.43 |
| Page loaded at (UTC): | Wed, 02 May 2018 20:14:36 GMT |
| Capture timestamp (UTC): | Wed, 02 May 2018 20:19:19 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | f7b2ace9-d385-476b-be82-4860a6e86981 |
| User: | Banner-user1 |



## CHECKOUT

### 1. ADDRESSES

EDIT

**Shipping Address:**

Mr. Tim Haugh
28 STATE ST
BOSTON MA 02109-1775
US

**Billing Address:**

Mr. Tim Haugh
28 STATE ST
BOSTON MA 02109-1775
US

**Shipping Method**

Standard - $7.00

**Contact Info**

thaugh@bannerwitcoff.com
312-463-5530

### 2. PAY

+ ADD A GIFT CARD

**Pay**

🔴 Credit Card   

**Enter Credit Card Info**

| NAME ON CARD* |
Please fill out this field.

| CARD NUMBER* |
Please fill out this field.

| SECURITY CODE* |
Please fill out this field.

**Expiration Date**

| MONTH* ⌄ |   | YEAR* ⌄ |
Please select an item in the list.   Please select an item in the list.

CONTINUE TO REVIEW & PAY

### 3. REVIEW



---

### ORDER DETAILS [1]



**ONE 18.1 Syn FG
Men's Soccer Cleats**                  $200.00

COLOR  Black-Silver-Red
SIZE  9
STYLE NUMBER  104869_01
QTY  1

SUBTOTAL                          $200.00

SHIPPING COSTS                     $7.00

SHIPPING DISCOUNT                - $7.00

SALES TAX (SALES TAX IS ESTIMATED)  $12.50

**ESTIMATED TOTAL**               $212.50

---

Document title: PUMA Online Shop - Checkout
Capture URL: https://us.puma.com/en/us/checkout/start?stage=payment#payment
Capture timestamp (UTC): Wed, 02 May 2018 20:19:19 GMT



BOSTON MA 02109-1775
US

| | |
|---|---|
| SHIPPING COSTS | $7.00 |
| SHIPPING DISCOUNT | - $7.00 |
| SALES TAX (SALES TAX IS ESTIMATED) | $12.50 |
| **ESTIMATED TOTAL** | $212.50 |

## 2. PAY

<u>+ ADD A GIFT CARD</u>

### Pay

◉ Credit Card    AMERICAN EXPRESS   DISCOVER   MasterCard   VISA

### Enter Credit Card Info

| NAME ON CARD* | ⓘ |
|---|---|

Please fill out this field.

| CARD NUMBER* | ⓘ |
|---|---|

Please fill out this field.

| SECURITY CODE* | ⓘ ⓘ |
|---|---|

Please fill out this field.

### Expiration Date

| MONTH* ▼ | ⓘ | YEAR* ▼ | ⓘ |
|---|---|---|---|

Please select an item in the list.    Please select an item in the list.

CONTINUE TO REVIEW & PAY

## 3. REVIEW



**PUMA**

🔲 **CONTACT US**

US
1-888-565-PUMA (7862)
7am - MIDNIGHT ET
7 days a week
customerservice@puma.com

📍 Store Locator
🗨 Live Chat

❓ **SUPPORT**

Customer Service          **Student Discount**
Contact Us                Privacy Policy
Return Policy             Terms of Use

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA Online Shop - Checkout |
| Capture URL: | https://us.puma.com/en/us/checkout/start?stage=payment#payment |
| Captured site IP: | 104.16.56.43 |
| Page loaded at (UTC): | Wed, 02 May 2018 20:20:23 GMT |
| Capture timestamp (UTC): | Wed, 02 May 2018 20:25:50 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | 389215cd-c1ea-4e6e-93c1-696bd1cc31fa |
| User: | Banner-user1 |


## CHECKOUT

### 1. ADDRESSES                                                                    EDIT

**Shipping Address:**                          **Shipping Method**

Mr. Tim Haugh                                  Standard - $7.00
28 STATE ST
BOSTON MA 02109-1775
US

**Billing Address:**                           **Contact Info**

Mr. Tim Haugh                                  thaugh@bannerwitcoff.com
28 STATE ST                                    312-463-5530
BOSTON MA 02109-1775
US

### 2. PAY

+ ADD A GIFT CARD

**Pay**

🔴 Credit Card     AMERICAN EXPRESS  DISCOVER  MasterCard  VISA

**Enter Credit Card Info**

| NAME ON CARD* |  ⓘ
Please fill out this field.

| CARD NUMBER* |  ⓘ
Please fill out this field.

| SECURITY CODE*        ? |  ⓘ
Please fill out this field.

**Expiration Date**

| MONTH*      ⌄ |  ⓘ      | YEAR*      ⌄ |  ⓘ
Please select an item in the list.      Please select an item in the list.

CONTINUE TO REVIEW & PAY

### 3. REVIEW

---

### ORDER DETAILS [1]



**FUTURE 18.1 NETFIT
FG/AG Men's Soccer
Cleats**                               $220.00

COLOR  Deep Lagoon-White-Green
SIZE  9
STYLE NUMBER  104466_04
QTY  1

---

SUBTOTAL                                $220.00

SHIPPING COSTS                            $7.00

SHIPPING DISCOUNT                       - $7.00

SALES TAX [SALES TAX IS ESTIMATED]       $13.75

**ESTIMATED TOTAL**                     $233.75

---

Document title: PUMA Online Shop - Checkout
Capture URL: https://us.puma.com/en/us/checkout/start?stage=payment#payment
Capture timestamp (UTC): Wed, 02 May 2018 20:25:50 GMT



BOSTON MA 02109-1775
US

| | |
|---|---|
| SHIPPING COSTS | $7.00 |
| SHIPPING DISCOUNT | - $7.00 |
| SALES TAX (SALES TAX IS ESTIMATED) | $13.75 |
| **ESTIMATED TOTAL** | $233.75 |

## 2. PAY

<u>+ ADD A GIFT CARD</u>

**Pay**

● Credit Card

**Enter Credit Card Info**

| NAME ON CARD* | |
|---|---|

Please fill out this field.

| CARD NUMBER* | |
|---|---|

Please fill out this field.

| SECURITY CODE* | ? |
|---|---|

Please fill out this field.

**Expiration Date**

| MONTH* ▾ |   | YEAR* ▾ |
|---|---|---|

Please select an item in the list.   Please select an item in the list.

CONTINUE TO REVIEW & PAY

## 3. REVIEW



### CONTACT US

US
1-888-565-PUMA (7862)
7am - MIDNIGHT ET
7 days a week
customerservice@puma.com

⊙ Store Locator
⊟ Live Chat

### SUPPORT

Customer Service       **Student Discount**
Contact Us             Privacy Policy
Return Policy          Terms of Use