# EXHIBIT R



☰    News    Where to buy    Jordan Release Dates    Sneaker Release Dates           🔍

# Puma To Debut New JAMMING Cushion On November 9th

3 / 5    November 7, 2017    by Ben Felderstein

 🔥 🔥 🔥 🔥 ⚪    **3.73 / 5**    66 VOTES



Puma has been making headlines by partnering itself with big names in the music industry like Rihanna, the Weeknd, and Big Sean. Now, the brand is riding that momentum and introducing new silhouettes that adapt to the always-changing climate of today's sneaker world to its diverse arsenal. Puma's newest design features a transparent midsole unit that is filled with small "Jamming" pebbles to provide a never-before-seen cushion system. The model set to kick off the new line comes with a forest green and black knit upper, an evoKNIT sockliner, and a modernized lacing system for easy slip-on access. The Puma JAMMING Cushion will be available globally at Puma retailers such as Sneakersnstuff on November 9th.











Source: asphaltgold



**Puma Fenty By Rihanna Long Sleeve Greeen Hoodie In Xxs (uk6)**

| | |
|---|---|
| $80.0 | Buy it |
| $88.99 | Buy it |
| $180.0 | Buy it |
| $79.99 | Buy it |
| $79.99 | Buy it |



View All

FEATURED   PUMA   RELEASE DATES   UPCOMING SNEAKERS

PUMA JAMMING CUSHION

# Shopping Links







adidas Yeezy Powerphase Calabasas "Grey"

Style Code: CG6422

Stadium Goods  Buy

eBay Buy

Air Jordan 11 "Win Like 96"

Style Code: 378037-623

JD Sports Buy

Stadium Goods Buy

eBay Buy

adidas Yeezy 350 Boost V2 "Blue Tint"

Style Code: B37571

eBay Buy

## POPULAR STORIES



Store List For adidas YEEZY Boost 350 v2 "Blue Tint"



Official Release Dates For Three Upcoming adidas YEEZY Boost 350 v2



James Whitner Of Social Status Reveals This True Origin Of The Upcoming adidas Ultra BOOST



Scott Disick Drops Over $15,000 At Stadium Goods In Latest Sneaker Shopping Episode



LeBron James' Nike Air Zoom Generation In Black Confirmed To Return On December 28th



Detailed Look At The Air Jordan 6 "Gatorade" In Green Suede



Nike Continues To Evolve The MetCon Series With Fourth Model

0 / 5   37 mins   0   by Nick Del Bene



Another Reason For Yankees Fans To Love Derek Jeter Is Coming This Thursday

4 / 5   1 hour   0   by Nick Del Bene



Puma Revives Classic "Lakers" Theme On The Suede For The Collectors

4 / 5   2 hours   0   by Ben Felderstein

More

Contact        Career        Advertise        Privacy

© 2007-2017 Sneaker News Inc    Powered by **WordPress.com** VIP