# EXHIBIT S

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Jamming Men's Running Shoes \| PUMA Footwear \| PUMA United States |
| Capture URL: | https://us.puma.com/en/us/pd/jamming-mens-running-shoes/190629.html |
| Captured site IP: | 104.16.56.43 |
| Page loaded at (UTC): | Wed, 02 May 2018 21:13:19 GMT |
| Capture timestamp (UTC): | Wed, 02 May 2018 21:14:31 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Capture ID: | c63a5e0c-e3c8-447c-8880-77f4512d110d |
| User: | Banner-user1 |

WOMENS    Search the Site    Login    EN    0

‹   FREE SHIPPING ORDERS OVER $75. FREE RETURNS, ALWAYS.   ›




## Jamming Men's Running Shoes

**$160.00**
★★★★★ 2
Style Number 190629_01

Color Forest Night-Puma Black

| SIZE | QTY |
|------|-----|
| 9 | 1 |

Availability:  In Stock

**ADD TO BAG**

SIZE CHART



## PRODUCT DETAILS

### PRODUCT STORY

Meet Jamming, PUMA's newest top-of-the-line running shoe. With a form-fitting evoKNIT upper and a high-tech midsole comprised of free-floating NRGY beads, your feet won't just look cool, they'll feel good too.

### DETAILS

- evoKNIT upper provides form-fitting comfort
- Free-floating NRGY beads made from high cushioning PU foam adjust to your foot as you run for adaptive support
- Translucent TPU encases the multi-coloured NRGY beads, providing a visually stunning outsole design
- Rubber pods in the heel and toe provide ground contact traction without weighing you down
- An internal 3D heel clip ensures optimal heel support

## YOU MAY ALSO LIKE






# YOU MAY ALSO LIKE









| AVID Men's Sneakers | IGNITE Flash evoKNIT Men's Training S... | IGNITE Limitless SR evoKNIT Men's Run... | IGNITE evoKNIT Men's Training Shoes |
|---|---|---|---|
| $95.00 | $80.00 | $130.00 | $79.99 – $130.00 |

# PRODUCT Q&A

No questions have been asked about this item. Be the first!

**ASK A NEW QUESTION**

# CUSTOMER REVIEWS

What other customers are saying

    

## 100% OF REVIEWERS RECOMMEND THIS PRODUCT.

---

Tell us what you think about this product. It helps us provide you with better gear and helps your fellow fans make smarter purchases in the future.

WRITE A REVIEW

| ENTER PHRASE OR KEYWORD 🔍 | SORT BY ⌄ |
|---|---|

---

★★★★★ February 21, 2018

### It looks and feels great

AHMAD222 Springfield, MA, USA  🚩 Top 500 Contributor

AGE: 18 to 24    GENDER: Male    LENGTH OF OWNERSHIP: 1 month    USAGE FREQUENCY: Monthly    YES/NO: Yes

the style is nice, it's unique design
and it's really comfy

PROS Perfect fit, Quality, Style/Design, Value for money    CONS Expensive    ⊘ Yes, I recommend this product.

SIZE: True to size
Too small — Very large

WIDTH: Average
Too narrow — Too wide

COMFORT: Love it!
Just okay — Love it!



Document title: Jamming Men&#39;s Running Shoes | PUMA Footwear | PUMA United States
Capture URL: https://us.puma.com/en/us/pd/jamming-mens-running-shoes/190629.html
Capture timestamp (UTC): Wed, 02 May 2018 21:14:31 GMT

★★★★★ February 21, 2018

## It looks and feels great

AHMAD222 Springfield, MA, USA   🚩 Top 500 Contributor

AGE: 18 to 24   GENDER: Male   LENGTH OF OWNERSHIP: 1 month   USAGE FREQUENCY: Monthly   YES/NO: Yes

the style is nice, it's unique design
and it's really comfy

PROS Perfect fit, Quality, Style/Design, Value for money   CONS Expensive   ⊘ Yes, I recommend this product.



Was This Helpful?   YES (3)   NO (0)

SIZE: True to size
Too small — Very large
WIDTH: Average
Too narrow — Too wide
COMFORT: Love it!
Just okay — Love it!

★★★★★ January 10, 2018

## This product is extremely comfortable

LEWIS18 Lake Elsinore, CA, USA   🚩 Top 250 Contributor

AGE: 18 to 24   GENDER: Male   LENGTH OF OWNERSHIP: 1 month   USAGE FREQUENCY: Weekly   YES/NO: Yes

I bought these pair of shoes for myself for Christmas and i ended up falling in love with the look of on foot and the comfort. I really appreciate the detail they put into making the shoe and i hope they will release more colorways, i will definitely purchase more if they do.

PROS Perfect fit, Quality, Style/Design, Value for money   CONS Color selection   ⊘ Yes, I recommend this product.

SIZE: True to size
Too small — Very large
WIDTH: Average
Too narrow — Too wide
COMFORT: Love it!
Just okay — Love it!

Was This Helpful?   YES (8)   NO (0)

**WRITE A REVIEW**

**PUMA**®

📧 EMAIL SIGN UP   | Email | → |

### 📓 CONTACT US

US

1-888-565-PUMA (7862)
7am - MIDNIGHT ET
7 days a week
customerservice@puma.com

📍 Store Locator

💬 Live Chat

### ❓ SUPPORT

Customer Service
Contact Us
Return Policy

**Student Discount**
Privacy Policy
Terms of Use

### 🐾 ABOUT PUMA

Company
Corporate News
Press Center

Investors
Sustainability
Careers

All Rights Reserved © PUMA NA, 2018 | Imprint & Legal Data

f 🐦 📷 📌 ▶️