# EXHIBIT T

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | PUMA TIMELINE – PUMA Annual Report |
| Capture URL: | http://report.puma-annual-report.com/en/puma-timeline-2/ |
| Captured site IP: | 81.169.145.164 |
| Page loaded at (UTC): | Wed, 29 Nov 2017 17:27:32 GMT |
| Capture timestamp (UTC): | Wed, 29 Nov 2017 17:28:09 GMT |
| Capture tool: | v5.3.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Capture ID: | 9b4eab09-a660-4be3-a858-5193586cc6d0 |
| User: | Banner-user1 |

  

Imprint | Privacy | GRI Index @en | Contact



Search …

Home
PUMA Timeline
1 // To our Shareholders
2 // Company Overview
3 // Group Management Report
4 // Consolidated Financial Statements
5 // Report by the Administrative Board
6 // The PUMA Share
7 // Further Information

# PUMA TRAINING 2015
Annual Report

# PUMA TIMELINE

**January**



LAUNCH OF THE EVOPOWER 1.2 FG PUMA kicks off the year with the evolution of its most powerful football boot. Shortly after the launch, PUMA starts its "Head to Head" campaign with its most prominent players competing in evoSPEED and evoPOWER boots.

**February**



RUNNING INNOVATION IGNITE The World's Fastest Man Usain Bolt is at the heart of a spectacular stunt in New York City's Times Square to launch the PUMA IGNITE, which provides maximum energy return, comfort and optimal durability.

**March**



EXTENSION WITH ITALIAN FOOTBALL FEDERATION Together with the Italian Football Federation (FIGC), PUMA announces a new comprehensive partnership extending and increasing PUMA's marketing rights to manage the entire global licensing portfolio of the federation's assets.





EXTENSION WITH ITALIAN FOOTBALL FEDERATION Together with the Italian Football Federation (FIGC), PUMA announces a new comprehensive partnership extending and increasing PUMA's marketing rights to manage the entire global licensing portfolio of the federation's assets.

**April**

RED BULL PARTNERSHIP ANNOUNCEMENT PUMA announces a new long-term partnership with the INFINITI RED BULL RACING F1 team. Effective from January 2016, PUMA has become the official licensed partner and official supplier of team and racewear.

**May**

ARSENAL RECORD FA CUP WIN Arsenal FC wins the FA Cup for the second year in a row to become the most successful club in the history of the competition with a record of 12 titles.

**June**

LIGHTEST FOOTBALL BOOT TO DATE PUMA introduces its lightest football match boot to date. The evoSPEED SL is designed to give footballers a new game advantage by enhancing speed and agility.

**July**

CHILE WINS COPA AMÉRICA For the first time ever, the Chilean football national team wins the Copa América wearing PUMA kits. The host team Chile beats Argentina 4-1 on penalties to win the title.

Home
PUMA Timeline
1 // To our Shareholders
2 // Company Overview
3 // Group Management Report
4 // Consolidated Financial Statements
5 // Report by the Administrative Board
6 // The PUMA Share
7 // Further Information



CHILE WINS COPA AMÉRICA For the first time ever, the Chilean football national team wins the Copa América wearing PUMA kits. The host team Chile beats Argentina 4-1 on penalties to win the title.

**August**

IAAF WORLD CHAMPIONSHIPS 9 Gold Medals, 4 Silver and 5 Bronze across PUMA's teams: The Athletics World Championships in Beijing are a big PUMA success with six-time Olympic Champion Usain Bolt winning three gold medals and further cementing his reputation as a legend.

**September**

PUMA BY RIHANNA DEBUT The "Creeper", the maiden sneaker from PUMA BY RIHANNA under her FENTY Label, comes into the stores and is sold out within hours. It is the first in a series of Rihanna-inspired footwear and apparel styles.

**October**

LEXI THOMPSON WINS AGAIN COBRA PUMA GOLF athlete Lexi Thompson wins the LPGA KEG Hana Bank Championship in South Korea, proving her outstanding talent once again with her second victory of the year and sixth overall.

**November**

EURO 2016 KIT LAUNCH PUMA introduces the new home kits for Italy, Switzerland, Austria, Czech

---

Home
PUMA Timeline

1 // To our Shareholders
2 // Company Overview
3 // Group Management Report
4 // Consolidated Financial Statements
5 // Report by the Administrative Board
6 // The PUMA Share
7 // Further Information

