# EXHIBIT U

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Next-Gen Puma evoSPEED SL II Tricks Euro 2016 Boots Released - Footy Headlines |
| Capture URL: | http://www.footyheadlines.com/2016/04/next-gen-puma-evospeed-sl-ii-tricks-euro-2016-boots.html |
| Captured site IP: | 172.217.12.243 |
| Page loaded at (UTC): | Fri, 01 Dec 2017 17:40:43 GMT |
| Capture timestamp (UTC): | Fri, 01 Dec 2017 17:41:46 GMT |
| Capture tool: | v5.3.1 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 13 |
| Capture ID: | 63125817-79c0-47ff-807d-4292c00048d0 |
| User: | Banner-user1 |

PDF REFERENCE #:    g5jcMjpSvhsVSsoqGwCHzf

FOOTY HEADLINES | BALLS | BOOTS | BOOT CALENDAR | KITS | KIT OVERVIEW | WORLD CUP KIT OVERVIEW | Search | English

# Next-Gen Puma evoSPEED SL II Tricks Euro 2016 Boots Released

Wednesday, April 20, 2016





Following the differently colored boots concept put to eye-catching use by Puma at the 2014 World Cup, the next-gen Puma evoSPEED SL II Euro 2016 cleats introduce an even more striking look: the right boot is yellow, while the left boot is pink. Weighting in at a mere 107 gram, the cutting-edge Puma evoSPEED SL II boots were officially unveiled on April 20, 2016.



Designed to stand out on the pitch, the extremely bold Puma evoSPEED SL II Tricks football boots are set to be worn at Euro 2016 by the likes of Antoine Griezmann (France) and Marco Reus (Germany). Argentina's Sergio Agüero will be amongst the high-profile players representing the Puma evoSPEED SL II Tricks at Copa America Centenario in the United States.

### PUMA EVOSPEED SL II TRICKS - PINK GLO / SAFETY YELLOW / BLACK

This image shows the striking next-gen Puma evoSPEED SL 2 Euro 2016 cleats.



The new Puma evoSPEED SL II cleats introduce one of the boldest football boot designs ever to guarantee maximum on-pitch visibility. While the right shoe of the new Puma evoSPEED SL II Tricks is colored in garish yellow, and the left shoe is pink, both colors fade towards black for the rear

The new Puma evoSPEED SL II cleats introduce one of the boldest football boot designs ever to guarantee maximum on-pitch visibility. While the right shoe of the new Puma evoSPEED SL II Tricks is colored in garish yellow, and the left shoe is pink, both colors fade towards black for the rear half. The Puma and evoSPEED brandings are not only large in size, they really pop thanks to being painted in the same colors as the boots themselves, just applied to the respective other shoe.



## "A SPECIAL SHOE FOR SPECIAL MOMENTS"

Tech-wise, the second-generation Puma evoSPEED SL II boots follow on their much-ridiculed predecessors. And just like the first generation, the new Puma evoSPEED SL 2 boots will only last for a very limited amount of match time. Or as Puma puts it, the Puma evoSPEED SL II is "a special shoe for special moments". Fortunately for Puma enthusiasts with a limited budget, there is also a Puma evoSPEED 1.5 football boot with the same design, but without the extreme construction.



Overall, the technical specifications of the new Puma evoSPEED SL II are similar to those of the first generation. The Nylon sole plate, for one, is the same. It combines bladed and conical studs while featuring an unusual alignment with just three, triangularly aligned cleats at the back.

Although it's again a lightweight, ultra-thin textile material that's used for the upper of the new Puma evoSPEED SL II, the underlying support structure has seen the biggest changes compared to the first-ever Puma evoSPEED SL. It now has a different structure, especially in the forefoot part of the Puma evoSPEED SL 2.

Document title: Next-Gen Puma evoSPEED SL II Tricks Euro 2016 Boots Released - Footy Headlines
Capture URL: http://www.footyheadlines.com/2016/04/next-gen-puma-evospeed-sl-ii-tricks-euro-2016-boots.html
Capture timestamp (UTC): Fri, 01 Dec 2017 17:41:46 GMT
Page 2 of 12

Although it's aesthetically a natural evolution of the first Puma evoSPEED SL II, the underlying support structure has seen the biggest changes compared to the first-ever Puma evoSPEED SL. It now has a different structure, especially in the forefoot part of the Puma evoSPEED SL 2.



Available from April 21, 2016, the striking Puma evoSPEED SL II football boots should retail at a similar price as the first generation: 240 USD (230 Euro, 160 GBP).

Half pink, half yellow - what do you think of the all-new Puma evoSPEED SL II boots? Let us know in the comments below.

**Share**   **Tweet**

Boots | evoSPEED | evoSPEED SL II | Puma



STYLE | TECHNOLOGY | PERFORMANCE

Legal

DODGE
**2017 CHALLENGER**
Up to 707 horsepower. That's Best-in-Class muscle.

BUILD & PRICE | VIEW INCENTIVES

Powered by Google

- Tallest Men in Hollywood — Livingly Photo Gallery
- Adidas Ace Primeknit 2017 K-Leather Boots Revealed — footyheadlines.com
- Most Paused Movie Moments — www.providr.com
- Exclusive: Next-Gen Nike Mercurial Vapor XII Elite 2018 Boots... — footyheadlines.com
- Stephen Curry Nixed Nike — sportschew.com
- Puma Future 18 Launch Boots Colorway Leaked — footyheadlines.com
- Here Are All Adidas Predator 18 Boots Leaked So Far — footyheadlines.com
- Adidas Predator 18.1 Debut Colorway Boots Leaked — footyheadlines.com

Show 23 Comments





### England 2018 World Cup Home & Away Kits Leaked

The new Nike England 2018 World Cup jerseys are set for a release in March 2018. We leaked detailed drafts of the jerseys, and thanks to kit...

7 Comments    10h

2018 World Cup | England | Kits | Nike





### Spain 2018 World Cup Away Kit Design Leaked

Following our first leak, we are now able to give you even more details about the Spain 2018 World Cup away shirt. The new Adidas Spain 2018...

7 Comments    20h

2018 World Cup | adidas | Kits | Spain





### Serious Competition For The Adidas Predator 18.1: Green Laceless Next-Gen Puma ONE 2018 Boot Leaked

Puma is set to introduce a very fresh colorway for their all-new, first-ever laceless football boot. The laceless Green Gecko Puma ONE 2018 ...

💬 3 Comments   🕐 1h

`Boots`  `Puma`  `Puma One`

Got a story? **Let us know.**





### 2018 FIFA World Cup Draw

Finally complete, here are the official groups of the 2018 FIFA World Cup in Russia. Are you happy with how your team fared?...

💬 7 Comments   🕐 1h



### Classic Football Shirts - 10% OFF with Code 'FH10'

Get 10% OFF EVERYTHING including clearance items using our new code 'FH10'.



#### Classic Football Shirts - 10% OFF with Code 'FH10'

Get 10% OFF EVERYTHING including clearance items using our new code 'FH10'.

Ad Classic Football Shirts





#### Dark Grey Nike Hypervenom Phantom III 2018 Boots Leaked

Update: The first official pictures of the first 2018 Nike Hypervenom Phantom III cleats have been leaked. They are the first of its kind t...

💬 4 Comments   ⏱ 5h

| Boots | Hypervenom | Hypervenom Phantom III | Nike |



#### 2018 World Cup Kit Overview - All 2018 World Cup Jersey Leaks & Infos

Over the last few weeks, new details on Nike's kits for the 2018 World Cup have leaked, adding to what we...

💬 37 Comments   ⏱ 27 May 2017

#### Awesome Manchester United Players Shirt Collection

Document title: Next-Gen Puma evoSPEED SL II Tricks Euro 2016 Boots Released - Footy Headlines
Capture URL: http://www.footyheadlines.com/2016/04/next-gen-puma-evospeed-sl-ii-tricks-euro-2016-boots.html
Capture timestamp (UTC): Fri, 01 Dec 2017 17:41:46 GMT                                                                                                   Page 7 of 12



### Awesome Manchester United Players Shirt Collection Released

English Premier League giants Manchester United have released a special shirt collection featuring player illustrations graphic designer Sta...

💬 1 Comment  🕐 16h

| Lifestyle | Manchester United | Shirts | Stanley Chow |





### Classic Football Shirts - 10% OFF with Code 'FH10'

Get 10% OFF EVERYTHING including clearance items using our new code 'FH10'.

Ad Classic Football Shirts



### 2017 Boot Calendar: Updated 14/10/17

Following up on the latest Adidas and Nike soccer cleat launches, leaks and release date changes, we have updated the 2017-2018 Boot Calendar to keep it up to date with all things boots from the biggest bran...

💬 374 Comments  🕐 14 August 2017



### The Pricing System of Adidas' Laceless Predator Boots is Ridiculous

Adidas this week launched the all-new Adidas Predator 18 soccer cleat, including the first-ever laceless Adidas Predator in history. However...

💬 8 Comments  🕐 19h

Adidas this week launched the all-new Adidas Predator 18 soccer cleat, including the first-ever laceless Adidas Predator in history. However...

💬 8 Comments  🕑 19h

`adidas` `Boots` `Predator` `Predator 18`



### Brand-New 2017-18 Kit Overview - All Leaked & Released 17-18 Shirts

As most kit release business is all but concluded across the European leagues, we gave the 2017-18 Kit Over...

💬 20 Comments  🕑 5 July 2017



### Special-Edition Nike Mercurial Vapor XI 'New Year' 2018 Boots Leaked

Nike will launch a rather special Mercurial Vapor XI football boot to kick off the new year. Scheduled for a launch on 1 January 2018 and fe...

💬 0 Comments  🕑 1d

`Boots` `Mercurial` `Mercurial Vapor XI` `Nike`



### Holiday Gift Guide

The best deals for the Holiday Season.

Ad Soccer.com







Document title: Next-Gen Puma evoSPEED SL II Tricks Euro 2016 Boots Released - Footy Headlines
Capture URL: http://www.footyheadlines.com/2016/04/next-gen-puma-evospeed-sl-ii-tricks-euro-2016-boots.html
Capture timestamp (UTC): Fri, 01 Dec 2017 17:41:46 GMT
Page 9 of 12



### Southampton 17-18 Third Kit Revealed

Just like last season, Southampton and shirt supplier Under Armour have unveiled a makeshift third kit to be worn away against Bournemouth t...

💬 13 Comments   🕐 1d

| Kits | Premier League | Southampton | Under Armour |





### Limited Offer: Get a Free World Cup Ball When Buying Boots from the Skystalker Pack

Lovell Soccer have kicked off another incredible promotion, just in time for Christmas. Starting today and for a limited time only, you can ...

🕐 1d



### Goodbye Adidas - Jozy Altidore Signs Long-Term Puma Deal

Toronto FC and United States national team striker Jozy Altidore becomes the face...

💬 2 Comments   🕐 1d

FOOTY Headlines | BALLS | BOOTS | BOOT CALENDAR | KITS | KIT OVERVIEW | WORLD CUP KIT OVERVIEW | Search | English



Toronto FC and United States national team striker Jozy Altidore becomes the face...

💬 2 Comments  🕐 1d

**Christmas at Unisport**

Get the perfect gift for Christmas.

Ad Unisportstore.com

STYLE › TECHNOLOGY › PERFORMANCE



Legal

DODGE
2017 CHALLENGER
Up to 707 horsepower. That's Best-in-Class muscle.

› BUILD & PRICE    › VIEW INCENTIVES



### Adidas-Sponsored Lucas Ocampos Borrows Nike Boots From Teammate

It was a very special and successful day for Olympique Marseille's Lucas Ocampos yesterday. His team not only won 3-0 against Metz to re...

💬 1 Comment  🕐 1d

adidas | Boot Watch | Lucas Ocampos | Nike | Olympique Marseille

2018 CRUZE — READY WHEN YOU ARE — OFFERING BUILT-IN 4G LTE WI-FI® CONNECTIVITY — *Important info — Build & Price — Current Offers — Locate A Vehicle — CHEVROLET



Document title: Next-Gen Puma evoSPEED SL II Tricks Euro 2016 Boots Released - Footy Headlines
Capture URL: http://www.footyheadlines.com/2016/04/next-gen-puma-evospeed-sl-ii-tricks-euro-2016-boots.html
Capture timestamp (UTC): Fri, 01 Dec 2017 17:41:46 GMT    Page 11 of 12



### Outstanding 'Black / Total Orange' Nike Tiempo Legend VII Elite 2018 Boots Leaked

Nike will kick off 2018 with a truly eye-catching colorway for its Tiempo Legend football boot model. Combining a dark base with bright oran...

💬 7 Comments   🕒 1d

`Boots`  `Nike`  `Tiempo`





### Odd Manchester United Christmas 2017 Collection Released

Premier League giants Manchester United have revealed a special Christmas collection these days. Meant to be funny, Manchester United's ...

💬 4 Comments   🕒 1d

`Christmas`  `Lifestyle`  `Manchester United`

### Liverpool 18-19 Home, Away & Third + Goalkeeper Kits Info Leaked

Document title: Next-Gen Puma evoSPEED SL II Tricks Euro 2016 Boots Released - Footy Headlines
Capture URL: http://www.footyheadlines.com/2016/04/next-gen-puma-evospeed-sl-ii-tricks-euro-2016-boots.html
Capture timestamp (UTC): Fri, 01 Dec 2017 17:41:46 GMT
Page 12 of 12