# EXHIBIT V

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Meet the new PUMA One 18.1 and new FUTURE boot \| |
| Capture URL: | https://www.unisportstore.com/blog/9561-meet-the-new-puma-one-181-and-new-future-boot/ |
| Captured site IP: | 52.214.250.46 |
| Page loaded at (UTC): | Wed, 02 May 2018 20:11:06 GMT |
| Capture timestamp (UTC): | Wed, 02 May 2018 20:11:49 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Capture ID: | 41ebcee0-3606-48d2-b70b-ca23107fe90a |
| User: | Banner-user1 |

Don't miss our Spring Sale! Shop now

 Football Boots ▼ Football Shirts ▼ Equipment ▼ Customer service & FAQ ▼ Search our shop  

Home Meet the new PUMA One 18.1 and new FUTURE boot   Trusted Shops - certified since 2013    Est. 1995 - foo



# Meet the all-new PUMA One and the newest FUTURE

12.01.2018



Written by
**Mathias Boughey-Svendsen**

2018 has only just started and PUMA are already ready to revamp their One for the new year. They flex their design muscles with a new colourway for the FUTURE and a brand new ONE 18.1. Read more here.

2017 was a big year for PUMA, where they made the bold decision to not only discontinue the popular evoSPEED, but also the equally loved evoPOWER. It had us scared for a second, but upon seeing the two boots they have now replaced them with we were as calm as Agüero one-on-one with the keeper. The **PUMA FUTURE** is a crazy design with real function behind it and the PUMA One is a fast boot for anyone who enjoys premium materials. Both top of the line.

With today's launch PUMA update their ONE silo for 2018 and make a series of

We use cookies to improve your experience, show you products you may like and save your cart. Continue if you're ok with this, or **read more** in our privacy policy. ✕

anyone who enjoys premium materials. Both top of the line.

With today's launch PUMA update their ONE silo for 2018 and make a series of modifications to the original design that make it faster, better fitting and with even more feel for the ball than before. In case you haven't gotten to know the concept behind the PUMA One boots just yet, then it is made to give players the confidence they need to play at their best. What that means is it gives players a close fit, so you feel locked into the boot and feel fast.

Continued below



Last year, the **PUMA One** only came in a version that features a very thin and soft forefoot of kangaroo leather, but with the 2018 update PUMA have also chosen to design a purely synthetic option that is for players who just feel leather is too clunky. I personally never felt the leather forefoot on the boot was too thick and the weight difference won't have any influence on your performance, so if it was up to me I would definitely still choose the leather boot, but it's always great when brands offer more options for players.

These versions of the boot, are the ones that the PUMA players will wear during the World Cup in Russia this summer. They are out early with their designs and now it will just be exciting to see what colourways they dish out for Agüero, Griezmann and the rest of the star-studded PUMA roster. Can't wait!!

The **PUMA One 18.1** and **PUMA FUTURE** are available from today and you can pick up your pair through this link.

Remember to also stay tuned for our forthcoming YouTube video, where we play test the PUMA-1's latest.

Don't miss our Spring Sale!   Shop now

Football Boots   Football Shirts   Equipment   Customer service & FAQ

Search our shop

Remember to also stay tuned for our forthcoming YouTube video, where we play test the PUMA Future.



0 Comments

Sort by  Newest

Add a comment...

Facebook Comments plugin

## Unisport newsletter

Subscribe to the newsletter. It is sent out once a week.

Enter email   Subscribe

## E-Trade awards

User Award in 2011 and 2012, Social Commerce in 2012, B2C in 2013, E-Commerce Price Gold in 2013. Bronze at European E-Commerce Award 2013. Cross-border 2014 and 2016. Users Favorite in 2017.



## #unisportlife

Get the best football experience with the latest boots, gear and reviews. Share your best football moment with #unisportlife

   

    
    

See all brands

| Football Boots | Football Shirts | Equipment | Unisportlife | Contact |
|---|---|---|---|---|
| Nike Football boots | Top 10 Teams | Footballs | Giftcard | **Contact information** |
| adidas Football boots | National team shirts | Shin pads | News | Tlf.: +45 33254040 |
| PUMA Football boots | English football shirts | Football socks | WebTV | support@unisportstore.com |
| Indoor shoes | Spanish football shirts | Football equipment | About Unisport | Start live chat |
| Surfaces | German football shirts | Goalkeeper equipment | Contact | **Opening hours** |
| Kids football boots | Italian football shirts | Training wear | Frequently asked questions | Mon – Fri: 10.00 – 17.00 |
| Women football boots | Merchandise | Sport fashion | | **Unisport A/S** |
| | | | Delivery | Bådehavnsgade 38 |
| accessories | | Return | | Denmark |

We use cookies to improve your experience, show you products you may like and save your cart. Continue if you're ok with this, or **read more** in our privacy policy.

Add a comment...

Facebook Comments plugin

## Unisport newsletter

Subscribe to the newsletter. It is sent out once a week.

## E-Trade awards

User Award in 2011 and 2012, Social Commerce in 2012, B2C in 2013, E-Commerce Price Gold in 2013. Bronze at European E-Commerce Award 2013. Cross-border 2014 and 2016. Users Favorite in 2017.

## #unisportlife

Get the best football experience with the latest boots, gear and reviews. Share your best football moment with #unisportlife

Enter email    Subscribe

     

    
    

See all brands

### Football Boots
- Nike Football boots
- adidas Football boots
- PUMA Football boots
- Indoor shoes
- Surfaces
- Kids football boots
- Women football boots
- Football boots accessories
- Football boots on sale

### Football Shirts
- Top 10 Teams
- National team shirts
- English football shirts
- Spanish football shirts
- German football shirts
- Italian football shirts
- Merchandise

### Equipment
- Footballs
- Shin pads
- Football socks
- Football equipment
- Goalkeeper equipment
- Training wear
- Sport fashion
- Running shoes
- Sneakers

### Unisportlife
- Giftcard
- News
- WebTV
- About Unisport
- Contact
- Frequently asked questions
- Delivery
- Return
- Affiliate

### Contact

**Contact information**
Tlf.: +45 33254040
support@unisportstore.com

Start live chat

**Opening hours**
Mon — Fri: 10.00 — 17.00

**Unisport A/S**
Bådehavnsgade 38
DK-2450 Copenhagen SV
Denmark
SE/CVR Nr. 30800680

  

© 2018 Unisport. All right reserved    |    Conditions of use    |    Privacy notice

PayPal VISA MasterCard  *All prices incl. vat.

English



We use cookies to improve your experience, show you products you may like and save your cart. Continue if you're ok with this, or **read more** in our privacy policy.

---

Document title: Meet the new PUMA One 18.1 and new FUTURE boot |
Capture URL: https://www.unisportstore.com/blog/9561-meet-the-new-puma-one-181-and-new-future-boot/
Capture timestamp (UTC): Wed, 02 May 2018 20:11:49 GMT                                Page 4 of 4