# EXHIBIT W

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Puma Future 18 Launch Boots Colorway Released - Footy Headlines |
| Capture URL: | https://www.footyheadlines.com/2017/08/puma-future-18-boots.html |
| Captured site IP: | 172.217.7.147 |
| Page loaded at (UTC): | Wed, 02 May 2018 21:08:56 GMT |
| Capture timestamp (UTC): | Wed, 02 May 2018 21:09:59 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 10 |
| Capture ID: | 77463a45-1b3c-4b3f-b3e5-240151face40 |
| User: | Banner-user1 |



# Puma Future 18 Launch Boots Colorway Released

🕐 Friday, January 12, 2018


SimpliSafe   MEET THE ALL NEW SIMPLISAFE.

The launch colorway of the Puma Future 18.1 football boot has been released today. The first Puma soccer cleat to feature the brand's new Netfit lacing system, the Future 18.1 is worn by Antoine Griezmann and Marco Reus.



With the launch of the Puma Future, Puma again more or less completely revamped its soccer boot offering, ditching the evoPOWER after the evoSPEED was discontinued earlier this year. Puma's 2018 World Cup boots will be the ONE and the Future.

## PUMA FUTURE 18.1 - BLACK / LIME / RED

This image shows the launch colorway of the brand-new Puma Netfit 18.1 football boot.






ROGUE

Contact
F   Twitter   Instagram

This website uses cookies to ensure you get the best experience. More info    Got it!





Swing Tips for Golfers Over 65
Could this one simple tweak to your golf swing help you add **30 yards** to your drives? Take 36 seconds and find out how it works...

**See How It Works »**

RevolutionGolf.com

As it is so often the case, the Puma Future 18 is introduced with an absolutely garish and eye-catching colorway. It has a black and lime green base with a polka dot graphic design and combines it with bright red Puma brandings along the sides and on the heel.



Features-wise, the Puma Future 18.1 football boots are the brand's first 11-a-side soccer shoes to feature its new Netfit lacing system, which allows for near endless possibilities in lacing.



The one-piece upper construction of the Puma Future Netfit 2018 World Cup boots comes with a heightened collar that is shaped in a unique way with peaks at the front and back. The collar part is



 

ROGUE

Contact

f  twitter  instagram

This website uses cookies to ensure you get the best experience. More info


Got it!

SHOP   BOOTS   BOOT CALENDAR   KITS   KIT OVERVIEW   WORLD CUP KIT OVERVIEW   Search

The one-piece upper construction of the Puma Future Netfit 2018 World Cup boots comes with a heightened collar that is shaped in a unique way with peaks at the front and back. The collar part is ribbed, especially at the front, in what we believe is an effort to reduce friction.



Finally, the sole plate of the Puma Future 18 comes without an external heel counter and features both conical and bladed studs, not unlike the Puma ONE.



The Puma Future 18 soccer cleat retails at USD 200 (EUR 200, GBP 160).





ROGUE

Contact



This website uses cookies to ensure you get the best experience. More info   Got it!



Document title: Puma Future 18 Launch Boots Colorway Released - Footy Headlines
Capture URL: https://www.footyheadlines.com/2017/08/puma-future-18-boots.html
Capture timestamp (UTC): Wed, 02 May 2018 21:09:59 GMT

Do you like the official launch colorway of the brand-new Puma 18.1 boots with Netfit lacing technology? Drop us a line below, and check out the Boot Calendar for more.

**f Share**   **🐦 Tweet**

Boots   Future   Puma

The Coaches' Voice

No one knows the game like coaches know the game

Ad The Coaches' Voice

Powered by Google

PUMA One 18.1 Syn Fg Men's Soccer...
Ad PUMA

Closer Look + LEAK: Sadio Mane to Join New Balance, Trains in...
footyheadlines.com

Crypto's First Real Coin
Ad XYO Network

2017-2018 Boot Calendar: Updated 05/03/18
footyheadlines.com

Rogue Mounted Chalk Bowl - 2x3 (2...
Ad Rogue Fitness

Nike Mercurial Superfly VI 360 2018 World Cup Boots Leaked
footyheadlines.com

No More Opus: 'Dark Grey / Total Orange' Nike Magista Obra II...
footyheadlines.com

Is this Even Legal? Puma Puts evoTOUCH Verratti DF Boots on...
footyheadlines.com

Show 15 Comments

Recommended Video

This website uses cookies to ensure you get the best experience. More info    Got it!



Document title: Puma Future 18 Launch Boots Colorway Released - Footy Headlines
Capture URL: https://www.footyheadlines.com/2017/08/puma-future-18-boots.html
Capture timestamp (UTC): Wed, 02 May 2018 21:09:59 GMT



#1 Reason the Average Golfer Can't Hit 200+ Yards...    **Watch Video »**



## EXCLUSIVE: Full Chelsea 18-19 Home Kit Leaked

Updated with an exclusive full look at the Chelsea 18-19 home kit. Scroll all the...

💬 44 Comments   🕒 3h



### OFFICIAL Pictures: Manchester United 18-19 Third Kit Leaked

💬 48 Comments   🕒 3h



### Puma Marseille 18-19 Third Kit Leaked

💬 6 Comments   🕒 11h


COUPONS AVAILABLE    Activate coupons →

### Popular Today



**Arsenal 18-19 Home Kit Leaked + Release Date Revealed**

💬 90 Comments   🕒 16h



**Adidas Real Madrid 18-19 Home & Away Kits + Release Dates Leaked**

💬 1 Comment   🕒 7h



**Stunning Nike Zenit 18-19 Home & Away Kit Concepts by Franco Carabajal**

💬 5 Comments   🕒 13h



**All-New White / Chrome Nike Merlin 2018-19 Ball Leaked**

💬 3 Comments   🕒 18h

UPDATE Nike x Off-White Football Kit Leaked


SHOP WITH PAYPAL AND SAVE
TERMS APPLY
SIGN UP

This website uses cookies to ensure you get the best experience. More info      Got it!

SHOP   BOOTS   BOOT CALENDAR   KITS   KIT OVERVIEW   WORLD CUP KIT OVERVIEW

**FOOTY HEADLINES**



### UPDATE Nike x Off-White Football Kit Leaked

💬 5 Comments   🕐 21h



### Lukas Podolski Shows Off New Adidas Captain Tsubasa ...

Former German international Lukas Podolski, who is currently playing for Japanese...

💬 0 Comments   🕐 0m



### EXCLUSIVE: Full Chelsea 18-19 Home Kit Leaked

Updated with an exclusive full look at the Chelsea 18-19 home kit. Scroll all the...

💬 0 Comments   🕐 3h



### OFFICIAL Pictures: Manchester United 18-19 Third Kit Le...

Update #2: 10 new pictures of the Manchester United 2018-19 third kit have leaked,...

💬 0 Comments   🕐 3h



### Unique Nike Corinthians 18-19 Home & Away Kits Relea...

The new Nike Corinthians 2018-19 home and away jerseys have been released today....

💬 17 Comments   🕐 5h

      



### The Coaches' Voice

No one knows the game like coaches know the game

Ad The Coaches' Voice

 

### Adidas Real Madrid 18-19 Home & Away Kits + Release D...

Both the new Real Madrid 18-19 home and away kits have been leaked last week, with...

💬 0 Comments   🕐 7h


SHOP WITH PAYPAL AND SAVE

TERMS APPLY

SIGN UP
PayPal

Contact

  

This website uses cookies to ensure you get the best experience. More info

Got it!



### Vasco da Gama 2018 Home and Away Kits Released

The Italian manufacturer of sports equipment Diadora released new Vasco da Gama...

💬 6 Comments   🕒 7h



### Puma Marseille 18-19 Third Kit Leaked

Following on home and away, we are today able to give you a first look at the Olympique...

💬 0 Comments   🕒 11h



### Stunning Nike Zenit 18-19 Home & Away Kit Concepts by...

Graphic designer Franco Carabajal ( @FrancooC07 ) has created two stylish Zenit...

💬 0 Comments   🕒 13h



*Your* **Domain**

Buy your domain today, and build your site with WordPress, the software powering 27% of the internet.

Find Your Domain

WordPress.com



### Arsenal 18-19 Home Kit Leaked + Release Date Revealed

Update: The Arsenal 2018-2019 home kit will hit stores on Friday, June 1 2018,...

💬 0 Comments   🕒 16h



COLDER IS BETTER
**POWER YOUR PERFORMANCE**
TAKEYA
LEARN MORE



WWW.FOOTYHEADLINES.COM

### All-New White / Chrome Nike Merlin 2018-19 Ball Leaked

Nike will release a stunning version of their all-new Merlin ball very soon. The...

💬 0 Comments   🕒 18h

Contact



AND SAVE
TERMS APPLY

SIGN UP
PayPal



ESPN+

GET MORE LIVE SPORTS.

LIVE AND ON DEMAND
$4.99/MONTH

START MY FREE TRIAL

MADE IN AMERICA

us open   COLLEGE FOOTBALL   DRAFT

COLLEGE BASKETBALL   TR TOP RANK

MLS

This website uses cookies to ensure you get the best experience. More info   Got it!

FOOTY HEADLINES



### UPDATE Nike x Off-White Football Kit Leaked

Update: The first official pictures showing the socks from the Nike Football x...

💬 0 Comments    🕓 21h



### The Coaches' Voice

Insight. Opinion. Tactics. This is our voice.

**Ad** The Coaches' Voice



### Next-Gen Adidas Nemeziz Messi 2018-2019 Boots Leaked

Update: A picture of a takedown version of the next-gen Adidas Nemeziz Messi football...

💬 9 Comments    🕓 23h

### All-New Nike La Liga Merlin 18-19 Ball Leaked

Update: The fist real pictures of the new Nike Merlin 2018-2019 La Liga ball have...

💬 6 Comments    🕓 1d



### Unique Nike South Africa 2018 Home & Away Kits Relea...

One week after the reveal of the Bafana Bafana 2018 home jersey, Nike revealed the...

💬 16 Comments    🕓 1d


BRILLIANT EARTH
SHOP RINGS ▶



### The Coaches' Voice

Top coaches tell the stories of the matches that matter to them

**Ad** The Coaches' Voice



### Free EA Sports FIFA 18 2018 World Cup Update Announced

EA Sports yesterday announced the arrival of its new World Cup 2018 update. The...


ESPN+
GET MORE LIVE SPORTS.
LIVE AND ON DEMAND
$4.99/MONTH

START MY FREE TRIAL

This website uses cookies to ensure you get the best experience. More info    Got it!



Document title: Puma Future 18 Launch Boots Colorway Released - Footy Headlines
Capture URL: https://www.footyheadlines.com/2017/08/puma-future-18-boots.html
Capture timestamp (UTC): Wed, 02 May 2018 21:09:59 GMT





EA Sports yesterday announced the arrival of its new World Cup 2018 update. The...

💬 6 Comments  🕐 1d

### Next-Gen Adidas Predator 19 Boot Info Leaked

Update: The features of the upcoming Adidas Predator 19 boots (Adidas Predator...

💬 4 Comments  🕐 1d



### Doncaster Rovers 18-19 Home and Away Kits Released

League One club Doncaster Rovers has released new Home and Away Kits made by F...

💬 5 Comments  🕐 1d





### Exclusive: Borussia Dortmund 18-19 Away Kit Leaked

The Puma Borussia Dortmund 2018-2019 away kit introduces a clean design with a bold...

💬 4 Comments  🕐 1d

### Exclusive: Silver Nike Mercurial Superfly 6 Boots Leaked

One of the first 2018-2019 colorways of the Nike Mercurial Superfly 6 Elite football...

💬 3 Comments  🕐 1d

### Tactical Analysis: Liverpool 5 Roma 2

The Coaches' Voice analyses the tactics and key moments from Liverpool's pulsating victory over Roma in the Champions League semi final first leg at Anfield.

This website uses cookies to ensure you get the best experience. More info    Got it!

Document title: Puma Future 18 Launch Boots Colorway Released - Footy Headlines
Capture URL: https://www.footyheadlines.com/2017/08/puma-future-18-boots.html
Capture timestamp (UTC): Wed, 02 May 2018 21:09:59 GMT