AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the District of Massachusetts_ on the following ✓ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED<br>5/3/2018 | U.S. DISTRICT COURT<br>for the District of Massachusetts |
|---|---|---|
| PLAINTIFF<br><br>NIKE, Inc. | | DEFENDANT<br><br>Puma North America, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,637,032 | 12/29/2009 | NIKE, Inc. |
| 2 | 8,266,749 | 9/18/2012 | NIKE, Inc. |
| 3 | 9,078,488 | 7/14/2015 | NIKE, Inc. |
| 4 | 9,375,046 | 7/28/2016 | NIKE, Inc. |
| 5 | 7,401,420 | 7/22/2008 | NIKE, Inc. |
| 6. | 6,973,746 | 12/13/2005 | NIKE, Inc. |
| 7. | 9,314,065 | 4/19/2016 | NIKE, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ✓ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**