**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NIKE, INC. <br><br> Plaintiff, <br><br> v. <br><br> PUMA NORTH AMERICA, INC. <br><br> Defendant. | C. A. No. 1:18-cv-10876 <br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF PAYMENT OF ADDITONAL FEES FOR ATTORNEY ADMISSION *PRO HAC VICE*

TO THE CLERK OF THE ABOVE NAMED COURT:

This filing event is to pay an additional $100.00 for the seventh attorney listed in our Motion for Admission Pro HacVice. The Court's ECF system only allowed for a selection of a maximum of six attorneys when the motion was originally filed.

           Respectfully submitted,

           */s/ John P. Iwanicki*
           John P. Iwanicki (BBO# 556465)
           Banner & Witcoff, Ltd.
           28 State Street, Suite 1800
           Boston, Massachusetts 02109
           Telephone: (617) 720-9600
           Facsimile: (617) 720-9601
           JIwanicki@bannerwitcoff.com