UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NIKE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PUMA NORTH AMERICA, INC.,<br><br>        Defendant. | No. 1:18-cv-10876-LTS |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned matter for defendant PUMA North America, Inc.

                                        Respectfully submitted,

                                        */s/ Wayne F. Dennison*
                                        Wayne F. Dennison (BBO No. 558879)
                                        BROWN RUDNICK LLP
                                        One Financial Center
                                        Boston, Massachusetts 02111
                                        t: (617) 856-8200
                                        f: (617) 856-8201
                                        wdennison@brownrudnick.com

                                        *Counsel for Defendant*
Dated: May 25, 2018                  *PUMA North America, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2018.

                                                          */s/ Wayne F. Dennison*