UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NIKE, INC.,

            Plaintiff,

    v.

PUMA NORTH AMERICA, INC.,

            Defendant.

No. 1:18-cv-10876-LTS

**PUMA'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant PUMA North America, Inc. ("PUMA") identifies PUMA Mostro GmbH and PUMA Suede Holdings, Inc. as its parent corporations. PUMA Mostro GmbH's parent corporation is PUMA Suede Holdings, Inc. PUMA Suede Holding's Inc.'s parent corporation is PUMA Sprint GmbH. PUMA Sprint GmbH's parent corporation is PUMA SE. No other publicly held corporation owns 10% or more of PUMA's stock.

Respectfully submitted,

*/s/ Wayne F. Dennison*
Wayne F. Dennison (BBO No. 558879)
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
t: (617) 856-8200
f: (617) 856-8201
wdennison@brownrudnick.com

Timothy J. Rousseau (BBO No. 673205)
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
t: (212) 209-4800
f: (212) 209-4801
trousseau@brownrudnick.com

*Counsel for Defendant*
*PUMA North America, Inc.*

Dated: May 25, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2018.

/s/ Wayne F. Dennison