UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PUMA NORTH AMERICA, INC.,<br><br>　　　　Defendant. | No. 1:18-cv-10876-LTS |

**PUMA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NIKE'S COMPLAINT**

Defendant PUMA North America, Inc. ("PUMA") hereby moves for a 30-day extension of time until June 28, 2018 to respond to plaintiff Nike, Inc. ("Nike")'s Complaint for Patent Infringement ("Complaint," D.I. 1).

The grounds for this motion are as follows:

1. on May 3, 2018, Nike filed its Complaint in this action;

2. on May 7, 2018, Nike served PUMA's registered agents with a copy of the Complaint;

3. PUMA's response to Nike's Complaint is therefore due by May 29, 2018;

4. on May 22, 2018, counsel for PUMA and counsel for Nike discussed PUMA's request for an extension of time to respond to Nike's Complaint;

5. PUMA seeks a 30-day extension of time (until June 28, 2018) to respond to Nike's Complaint to provide PUMA sufficient time to investigate the allegations of Nike's Complaint and to accommodate competing scheduling demands among Puma and its counsel; and

6. Nike does not oppose this motion.

WHEREFORE, PUMA respectfully requests that the Court grant PUMA a 30-day extension of time until June 28, 2018 to answer or otherwise respond to Nike's Complaint.

Respectfully submitted,

*/s/ Wayne F. Dennison*
Wayne F. Dennison (BBO No. 558879)
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
t: (617) 856-8200
f: (617) 856-8201
wdennison@brownrudnick.com

Timothy J. Rousseau (BBO No. 673205)
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
t: (212) 209-4800
f: (212) 209-4801
trousseau@brownrudnick.com

Dated: May 25, 2018

*Counsel for Defendant*
*PUMA North America, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certificate that in accordance with Local Rule 7.1(a)(a), counsel for Puma North America, Inc. and counsel for Nike, Inc. have conferred in in good faith regarding the resolution of this motion. Counsel for Nike have indicated that Nike does not oppose this motion.

*/s/ Wayne F. Dennison*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2018.

*/s/ Wayne F. Dennison*